IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PENNANT MANAGEMENT, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> FIRST FARMERS FINANCIAL, LLC, ) <br> NIKESH AJAY PATEL, TRISHA N. PATEL, ) <br> ALENA HOSPITALITY, LLC, ALENA ) <br> LABORATORIES, LLC, ALENA AVIATION, ) <br> LLC, ABLE CONNECTION, LLC, NPSSS, ) <br> LLC, KUBER CAPITAL FUNDING, LLC, ) <br> KUBER CONSULTING, SURI HOSPITALITY, ) <br> LLC, and SURI HOSPITALITY ) <br> INTERNATIONAL, LLC ) <br> ) <br> Defendants. ) <br> ) | Case No. 14 CV 7581 |

**INJUNCTION BOND**

On September 29, 2014, Plaintiff Pennant Management, Inc. ("Pennant") obtained an Order Granting Temporary Restraining Order [D.E. # 10] from the United States District Court for the Northern District of Illinois (the "Injunction Order"). The Injunction Order requires Pennant to execute and file a bond, as to which surety was waived by the Court for good cause shown, in the amount of One Hundred Thousand and 00/100 Dollars ($100,000.00) for the payment of any costs and damages that may be incurred by any party who is found to have been wrongfully enjoined or restrained.

As a result of the facts set forth above, Pennant, which has an office and place of business in Lisle, Illinois, undertakes and promises to pay up to the sum of One Hundred Thousand and 00/100 Dollars ($100,000.00) for any costs and damages that may be incurred as a result of the Injunction Order if it is determined that a party was wrongfully enjoined or restrained.

Dated: October 1, 2014                                PENNANT MANAGEMENT, INC.

By: *[signature]*
Name: Walter Yurkain
Its: Secretary

Submitted by:

Paul T. Fox
Paul J. Ferak
Jonathan H. Claydon
Kyle L Flynn
Greenberg Traurig, LLP
77 West Wacker Drive, Suite 3100
Chicago, Illinois 60601

*Attorneys for Pennant Management, Inc.*