### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| PENNANT MANAGEMENT, INC., )<br>)<br>    Plaintiff, )<br>)<br>    v. )<br>)<br>FIRST FARMERS FINANCIAL, LLC, )<br>NIKESH AJAY PATEL, )<br>ALENA HOSPITALITY, LLC, ALENA )<br>LABORATORIES, LLC, and )<br>ALENA AVIATION, LLC, )<br>)<br>    Defendants. )<br>_____ ) | Case No. 1:14-cv-007581 |

### NOTICE OF APPEARANCE

**COMES NOW,** Mark E. NeJame, Thomas A. Sadaka, Stephen J. Calvacca, and the firm of NeJame Law, P.A. and files this Notice of Appearance, as counsel, on behalf of Defendant, FIRST FARMERS FINANCIAL, LLC, NIKESH AJAY PATEL, ALENA HOSPITALITY, LLC, ALENA, LABORATORIES, LLC, and ALENA AVIATION, LLC, in the above-captioned matter.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 14th day of October, 2014, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF or in

1

some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

          By:  <u>/s/ Thomas A. Sadaka</u>
                Thomas A. Sadaka
                Fla. Bar No. 0915890
                tom@nejamelaw.com
                Mark E. NeJame
                Fla. Bar No. 310931
                mark@nejamelaw.com
                Stephen J. Calvacca
                Fla. Bar No. 561495
                Stephen@nejamelaw.com
                NeJame Law, P.A.
                189 S. Orange Avenue
                Suite 1800
                Orlando, FL  32801
                Phone:  407-245-1232
                Fax:  407-245-2980