# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| PENNANT MANAGEMENT, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 14 CV 7581 |
| ) | |
| FIRST FARMERS FINANCIAL, LLC, ) | Hon. Amy J. St. Eve |
| NIKESH AJAY PATEL, TRISHA N. PATEL, ) | United States District Judge |
| ALENA HOSPITALITY, LLC, ALENA ) | |
| LABORATORIES, LLC, ALENA AVIATION, ) | |
| LLC, ABLE CONNECTION, LLC, NPSSS, ) | |
| LLC, KUBER CAPITAL FUNDING, LLC, ) | |
| KUBER CONSULTING, SURI HOSPITALITY, ) | |
| LLC, and SURI HOSPITALITY ) | |
| INTERNATIONAL, LLC, ) | |
| ) | |
| Defendants. ) | |

FILED

NOV 17 2014

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

## OATH OF RECEIVER

STATE OF FLORIDA            )
                            ) ss.:
COUNTY OF PALM BEACH        )

I, Michael M. Nanosky, acting on behalf of Janus Hotel Management Services, LLC ("Janus"), do hereby swear under oath that in connection with my appointment as Receiver in this action by the Court, I shall faithfully discharge the duties of Receiver, and I, along with Janus and its employees, agents, and other representatives, shall obey all orders of the Court in this action.

FURTHER AFFIANT SAYETH NOT.

Executed on November 11, 2014

_____
Michael M. Nanosky
President, Janus Hotel Management Services, LLC

Subscribed and sworn to before me
this 11 day of November 2014.

_____
Notary Public



ERIC L. GLAZER
MY COMMISSION # FF 139265
EXPIRES: November 7, 2018
Bonded Thru Budget Notary Services

My commission expires: