**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6,1**
**Eastern Division**

Pennant Management, Inc.
                                  Plaintiff,

v.                                           Case No.: 1:14−cv−07581
                                                         Honorable Amy J. St. Eve

First Farmers Financial, LLC, et al.
                                  Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, April 7, 2015:

      MINUTE entry before the Honorable Amy J. St. Eve: Defendants Alena Aviation, LLC, Alena Hospitality, LLC, Alena Laboratories, LLC, First Farmers Financial, LLC, and Nikesh Ajay Patel's motion for extension of time to file answer to complaints filed by Pennant Management, Inc., IMET and Harvard Savings Bank [108] is granted. Said defendants shall answer or otherwise plead by 5/7/15. No appearance is required on the 4/13/15 notice date. Mailed notice(kef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.