**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1**
**Eastern Division**

Pennant Management, Inc.

           Plaintiff,

v.                 Case No.: 1:14−cv−07581
                 Honorable Amy J. St. Eve

First Farmers Financial, LLC, et al.

           Defendant.


**NOTIFICATION OF DOCKET ENTRY**


This docket entry was made by the Clerk on Monday, April 13, 2015:

  MINUTE entry before the Honorable Amy J. St. Eve: Status hearing held on 4/13/15 and continued to 5/11/15 at 9:15 a.m. The proposed agreed order with the court's proposed modifications as stated in open court should be filed on the docket. Any objections to the Parties Agreed Order Clarifying, Modifying and Expanding the Duties of Receiver Michael Nanosky and to Appoint an Overall Receiver and Regarding Payments to Attorneys and Other Professionals and Related Items shall be filed by 4/17/15. Mailed notice(kef, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.