# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| PENNANT MANAGEMENT, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 14 CV 7581 |
| ) | |
| FIRST FARMERS FINANCIAL, LLC, ) | Hon. Amy J. St. Eve |
| NIKESH AJAY PATEL, TIMOTHY GLENN ) | United States District Judge |
| FISHER, TRISHA N. PATEL, ) | |
| ALENA HOSPITALITY, LLC, ALENA ) | |
| LABORATORIES, LLC, ALENA AVIATION, ) | |
| LLC, ABLE CONNECTION, LLC, NPSSS, ) | |
| LLC, KUBER CAPITAL FUNDING, LLC, ) | |
| KUBER CONSULTING, SURI HOSPITALITY, ) | |
| LLC, SURI HOSPITALITY ) | |
| INTERNATIONAL, LLC, TRANSLUCENT ) | |
| ENTERTAINMENT, LLC, ALENA ) | |
| PRODUCTION, LLC, and ASL PICTURES, LLC, ) | |
| ) | |
| Defendants. ) | |
| ) | |

## NOTICE OF FILING

    PLEASE TAKE NOTICE that on Wednesday**, April 15, 2015,**.the undersigned filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, **RECEIVER'S REPORT**, a copy of which is attached here.

Dated: April 15, 2015                    Respectfully submitted,

                                            By: /s/ Paul J. Ferak
                                            Paul T. Fox
                                            Paul J. Ferak
                                            Jonathan H. Claydon
                                            Kyle L. Flynn
                                            Greenberg Traurig, LLP
                                            77 West Wacker Drive, Suite 3100
                                            Chicago, Illinois 60601

                                            *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

      I, Paul J. Ferak, certify that on April 15, 2015, a true and correct copy of the foregoing **RECEIVER'S REPORT** was served electronically through the Northern District of Illinois CM/ECF electronic filing system on all counsel of record.


                                                /s/ Paul J. Ferak
                                                  Paul J. Ferak