UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
Eastern Division

Pennant Management, Inc.
                        Plaintiff,

v.                                            Case No.: 1:14−cv−07581
                                                       Honorable Amy J. St. Eve

First Farmers Financial, LLC, et al.
                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, April 22, 2015:

      MINUTE entry before the Honorable Amy J. St. Eve: Motion hearing held on 4/22/2015. Defendant Trisha Patel's motion to dismiss [116] is denied under Rule 4. Mr. Acosta agrees to accept service on behalf of Trisha Patel. Defendant Trisha Patel shall answer or otherwise plead by 5/22/15. Parties are to submit the revised proposed Order Clarifying, Modifying and Expanding the Duties of Receiver Michael Nanosky and to Appoint an Overall Receiver and Regarding Payments to Attorneys and Other Professionals and Related Items as stated in open court. Status hearing remains set for 5/11/15 at 9:15 a.m. Mailed notice(kef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.