IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PENNANT MANAGEMENT, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> FIRST FARMERS FINANCIAL, LLC, ) <br> NIKESH AJAY PATEL, TIMOTHY GLEN ) <br> FISHER, TRISHA N. PATEL, ALENA ) <br> HOSPITALITY, LLC, ALENA LABORATORIES, LLC, ) <br> ALENA AVIATION, LLC, ABLE CONNECTION, LLC, ) <br> NPSSS, LLC, KUBER CAPITAL FUNDING, LLC, ) <br> KUBER CONSULTING, SURI HOSPITALITY, LLC, ) <br> SURI HOSPITALITY INTERNATIONAL, LLC, ) <br> TRANSLUCENT ENTERTAINMENT, LLC, ALENA ) <br> PRODUCTION, LLC and ASL PICTURES, LLC. ) <br> ) <br> Defendants. ) <br> ) <br> ILLINOIS METROPOLITAN INVESTMENT ) <br> FUND, HARVARD SAVINGS BANK, an ) <br> Illinois Savings Bank, ) <br> ) <br> Plaintiffs – Intervenors, ) <br> ) <br> v. ) <br> ) <br> FIRST FARMERS FINANCIAL, LLC, ) <br> NIKESH AJAY PATEL, TIMOTHY GLEN ) <br> FISHER, TRISHA N. PATEL, ALENA ) <br> HOSPITALITY, LLC, ALENA LABORATORIES, LLC, ) <br> ALENA AVIATION, LLC, ABLE CONNECTION, LLC, ) <br> NPSSS, LLC, KUBER CAPITAL FUNDING, LLC, ) <br> KUBER CONSULTING, SURI HOSPITALITY, LLC, ) <br> SURI HOSPITALITY INTERNATIONAL, LLC, ) <br> TRANSLUCENT ENTERTAINMENT, LLC, ALENA ) <br> PRODUCTION, LLC and ASL PICTURES, LLC. ) <br> ) <br> Defendants. ) | Case No. 14 CV 7581 <br><br> Hon. Amy J. St. Eve <br> United States District Judge |

## OATH OF RECEIVER

STATE OF ILLINOIS    )
                     ) ss:
COUNTY OF COOK       )

    I, Patrick D. Cavanaugh, acting on behalf of High Ridge Partners, Inc. ("HRP"), do hereby swear under oath that in connection with my appointment as Receiver in this action by the Court, I shall

faithfully discharge the duties of Receiver, and I, along with HRP and its employees, agents and other representatives, shall obey all orders of the Court in this action.

FURTHER AFFIANT SAYETH NOT.

Executed on April 27, 2015

                                                Patrick D. Cavanaugh
                                                High Ridge Partners, Inc.

Subscribed and sworn to before me this 27th day of April, 2015.

OFFICIAL SEAL
LORAINE TORRES
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:09/09/18

Loraine Torres
Notary Public

My commission expires: 9/9/18