**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1**
**Eastern Division**

Pennant Management, Inc.
                                    Plaintiff,

v.                                                             Case No.: 1:14−cv−07581
                                                              Honorable Amy J. St. Eve

First Farmers Financial, LLC, et al.
                                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, May 14, 2015:

      MINUTE entry before the Honorable Amy J. St. Eve:Motion hearing held on 5/14/2015. Motion for leave to withdraw appearances of certain counsel of record for defendants Nikesh Patel, First Farmers Financial, Alena Hospitality, Alena Laboratories and Alena Aviation [127] is entered & continue 5/26/2015 at 08:30 AM. Fee application shall be filed on 5/14/15. Mailed notice(kef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.