

9120 Kilgore Road
Orlando, Florida 32836

July 2, 2015

VIA HAND DELIVERY

Hon. Amy St. Eve
United States District Court for the Northern District of Illinois
Courtroom 1241
219 S. Dearborn Street
Chicago, Illinois 60604

RE: Pennant Management, Inc. v. First Farmers Financial, Inc. et al

~~14 CV 7851~~   14cv7581

Dear Judge St. Eve,

As you recall, my lawyers of record from Foley & Lardner LLP were granted leave to withdraw last Friday, so I am acting pro se.

I understand that my answer to the amended complaint is due today. A lawyer acting on my behalf in my criminal case spoke with Steven Tobin, attorney for the overall receiver, and Paul Fox, attorney for plaintiff Pennant Management, and asked for additional time to respond. I understand that Mr. Tobin and Mr. Fox agreed to that request.

I am still seeking a lawyer to assist me in this case. I ask that you give me at least an additional three weeks to file my answer.

Sincerely,

Nikesh A. Patel

CC: Paul Fox

Steven Tobin