# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

Pennant Management, Inc.

                                  Plaintiff,

v.                                                               Case No.: 1:14−cv−07581

                                                               Honorable Amy J. St. Eve

First Farmers Financial, LLC, et al.

                                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, July 9, 2015:

      MINUTE entry before the Honorable Amy J. St. Eve: Motion hearing held on 7/9/15. Trisha Patel's motion to dismiss [135] is denied as moot in light of the filing of the Amended Complaint. All parties shall answer or otherwise plead by 8/21/15. Overall Receiver's motion for the entry of a bar date order as to claims of the U.S. and for related relief from certain provisions of this courts 4/23/15 order relating to distributions [169] is entered. Responses by 8/7/15. Replies by 8/14/15. Motion to approve Overall Receiver's initial report [171] is entered and taken under advisement. Overall Receiver's motion for clarification of the amended receiver order [171] is granted in part as stated in open court. The United States' motion to intervene [180] is granted. The United States is granted until 7/15/15 to respond to the Receiver's motion for entry of order authorizing sale [160]. Reply by 7/17/15. In its response, the United States should clarify which agencies its response covers as stated in open court. Receiver's reply (other than to the United States' response) to its motion for entry of order authorizing sale [160] shall be filed by 7/13/15.Mailed notice(kef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.