**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| PENNANT MANAGEMENT, INC.,<br><br>                            Plaintiff,<br>vs.<br><br>FIRST FARMERS FINANCIAL, LLC, *et al.*,<br><br>                            Defendants.<br><br>ILLINOIS METROPOLITAN<br>INVESTMENT FUND and HARVARD<br>SAVINGS BANK, an Illinois Savings Bank,<br><br>                            Plaintiff-Intervenors,<br>vs.<br><br>FIRST FARMERS FINANCIAL, LLC, *et al.*,<br><br>                            Defendants. | Case No. 14 CV 7581<br><br>Hon. Amy J. St. Eve |

**ORDER GRANTING OVERALL RECEIVER'S INITIAL REPORT AND FOR
CLARIFICATION OF THE AMENDED RECEIVER ORDER**

      Upon consideration of the motion ("Motion") of Patrick Cavanaugh, not individually, but solely in his capacity as Overall Receiver, requesting the entry of an order, pursuant to the *Agreed Order Clarifying, Modifying and Expanding the Duties of Receiver Michael Nanosky and to Appoint an Overall Receiver and Regarding Payments to Attorneys and Other Professionals and Related Items* dated April 23, 2015 ("Amended Receiver Order")[1] [Dkt. No. 122], seeking the entry of an order approving the *Overall Receiver's Initial Report* dated June 19, 2015 ("Initial Report") [Dkt. No. 154] and clarifying the provisions of Paragraph 29 of the Amended Receiver Order; the Court having jurisdiction to hear and determine the Motion; and after due deliberation and consideration of the Motion, and there being good cause to grant the relief provided herein; it is **ORDERED**:

      1.      The Motion is granted.

---

[1] Capitalized terms not defined herein shall have the meanings ascribed to them in the Amended Receiver Order.

2.  The Initial Report and all disbursements made or to be made therein are hereby approved.

3.  The Overall Receiver and High Ridge Partners ("HRP") are allowed (i) $99,155.00 in compensation for professional services rendered to the Estates for the period of April 23, 2015 through and including May 31, 2015 and (ii) $4,556.73 in expense reimbursement attendant to those services. The Overall Receiver is authorized to pay HRP the allowed compensation and expense reimbursement from assets of the Estates.

4.  Notwithstanding anything to the contrary contained in the Amended Receiver Order, the following procedures will be implemented for the approval of the Overall Receiver's monthly reports and the payment of his fees and expenses:

    (a)  On or before the 25th day of each month, the Receiver shall file a motion seeking court approval his monthly report summarizing the activities performed by the Overall Receiver for the prior calendar month, which shall include a detailed accounting of all cash receipts and expenses and a statement of the Overall Receiver's and High Ridge Partners' fees and expenses ("Monthly Report"). The Overall Receiver shall provide 14 days' notice of the motion to approve the Monthly Report on all parties in this case through the court's CM/ECF system and by e-mail to any Distribution Participant that made a written request for copies of each Monthly Report.

    (b)  Any objection to a Monthly Report must be filed with the court and served on Overall Receiver and all parties in this case at least 3 days prior to the scheduled hearing on the Monthly Report.

5.  The Overall Receiver is authorized to pay the administrative expenses of the Overall Receivership Estate up to $10,000 prior to the filing of his Monthly Report if such expenses are recurring monthly charges that must be paid in the ordinary course or if the Overall Receiver determines in his business judgment that such expenses must be paid immediately to avoid harm to the Overall Receivership Estate. Any such expenses shall be identified in the next Monthly Report.

6.  In the event of any inconsistency between the terms of this Order and the Amended Receiver Order, the terms of this Order will control.

Dated: July 14, 2015

Chicago, Illinois

_____
Honorable Amy J. St. Eve
United States District Court Judge