UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | |
|---|---|
| PENNANT MANAGEMENT, INC.,<br><br>　　　　　　　　　Plaintiff,<br>　vs.<br>FIRST FARMERS FINANCIAL, LLC, *et al.*,<br>　　　　　　　　　Defendants.<br><br>ILLINOIS METROPOLITAN INVESTMENT FUND and HARVARD SAVINGS BANK, an Illinois Savings Bank,<br>　　　　　　　Plaintiff-Intervenors,<br>　vs.<br>FIRST FARMERS FINANCIAL, LLC, *et al.*,<br>　　　　　　　　　Defendants.<br><br>FOLEY & LARDNER LLP, a limited liability partnership,<br>　　　　　　　　　Plaintiff,<br>　vs.<br>NIKESH AJAY PATEL, an individual, *et al.*,<br>　　　　　　　　　Defendants.<br><br>PATRICK CAVANAUGH, not individually, but as the Receiver of the Overall Receivership Estate,<br>　　　　　　　　　Plaintiff<br>　vs.<br>TRISHA N. PATEL, *et al.*<br>　　　　　　　　　Defendants. | Case No. 14 CV 7581<br>Hon. Amy J. St. Eve |

## NOTICE OF MOTION

　　　　　To: All Counsel Of Record

**PLEASE TAKE NOTICE** that on August 6, 2015, at 8:30 a.m., or as soon thereafter as counsel may be heard, we will appear before the Honorable Amy St. Eve in Courtroom Number 1241, 219 South Dearborn Street, Chicago, Illinois 60604, or before any judge who may be sitting in her place and stead, and shall then and there present Plaintiff's Motion For Leave To Pay Funds Into Registry Of The Court.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

Dated:  July 30, 2015　　　　　　　　　　/s Ehren M. Fournier

WILLIAM J. MCKENNA
IL ID 3124763
Foley & Lardner LLP
321 North Clark Street, Suite 2800
Chicago, IL 60654-5313
Telephone (312) 832-4541
Facsimile (312) 832-4700
Email  wmckenna @ foley.com

Ehren M. Fournier
IL ID 6312831
Foley & Lardner LLP
321 North Clark Street, Suite 2800
Chicago, IL 60654-5313
Telephone (312) 832-4371
Facsimile (312) 832-4700
Email  efournier @ foley.com

Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I, Ehren M. Fournier an attorney, certify that I caused to be served a true copy of the above and foregoing motion upon the attached Electronic Mail Notice List through the ECF System (unless otherwise indicated) which sent notification of such filing via electronic means on July 30, 2015.

/s/ Ehren M. Fournier

Ehren M. Fournier
Foley & Lardner LLP
321 North Clark Street, Suite 2800
Chicago, IL 60654-5313
Telephone (312) 832-4371
Facsimile (312) 832-4700
Email efournier @ foley.com

**Electronic Mail Notice List (Case No 14-7581)**

**Sergio E. Acosta**
sacosta@hinshawlaw.com,amedina@hinshawlaw.com,courtfiling@hinshawlaw.com
**Virginia Brette Bensinger**
bbensinger@hinshawlaw.com,courtfiling@hinshawlaw.com
**Jonathan Hale Claydon**
claydonj@gtlaw.com,CHILitDock@gtlaw.com,michalekm@gtlaw.com
**Brooke Elizabeth Conner**
bconner@vedderprice.com,ecfdocket@vedderprice.com,cpotter@vedderprice.com
**Paul Joseph Ferak**
FerakP@gtlaw.com,scavom@gtlaw.com,CHILitDock@gtlaw.com,MitchellK@gtlaw.com
**Jeffrey Wayne Finke**
jwfinke@mindspring.com
**Kyle L Flynn**
flynnk@gtlaw.com,torresa@gtlaw.com,CHILitDock@GTLAW.com
**Ehren M. Fournier**
efournier@foley.com
**Paul Thaddeus Fox**
foxp@gtlaw.com,CHILitDock@gtlaw.com,mitchellk@gtlaw.com
**Allen Jay Guon**
aguon@shawfishman.com,cowens@shawfishman.com
**Edward J. Halper**
ehalper@shefskylaw.com,sfdocket@shefskylaw.com
**Harvard Savings Bank**
ehalper@taftlaw.com
**Michael Joseph Kelly**
michael.kelly@usdoj.gov,MRavelo@usa.doj.gov

**Randall Marc Lending**
rlending@vedderprice.com,ecfdocket@vedderprice.com,trobinson@vedderprice.com
**Felicia Valerie Manno**
mannof@gtlaw.com,chilitdock@gtlaw.com,mescom@gtlaw.com
**Joseph M Mannon**
ecfdocket@vedderprice.com,cthill@vedderprice.com
**William J. McKenna, Jr.**
wmckenna@foley.com
**Christopher R. Parker**
crparker@michaelbest.com,pguevara@michaelbest.com
**Thomas A Sadaka**
tom@nejamelaw.com,shannon@nejamelaw.com
**Richard A. Saldinger**
rsaldinger@shawfishman.com,msalazar@shawfishman.com
**Michael Loren Shacter**
MShacter@shacterlawfirm.com,michaelshacter@gmail.com
**Nidhi Srivastava**
nsrivastava@taftlaw.com,sfdocket@shefskylaw.com
**Peter G. Swan**
peter@esb-law.com,michael@esb-law.com
**Steven Bennett Towbin**
stowbin@shawfishman.com,cknez@shawfishman.com
**Daniel J. Vaccaro**
djvaccaro@michaelbest.com,kjbrandt@michaelbest.com
**James Constantine Vlahakis**
jvlahakis@hinshawlaw.com,courtfiling@hinshawlaw.com
**James Donehoo Wilson**
jwilson@shefskylaw.com,sfdocket@shefskylaw.com
**Adam E Witkov**
aewitkov@michaelbest.com,sllorenz@michaelbest.com

**Manual Notice List (Via Email)**

Patrick D. Cavanaugh
Tina Hughes
Greg Apathy
High Ridge Partners, Inc.
140 S. Dearborn St., Suite 420
Chicago, IL 60603
pcavanaugh@high-ridge.com
thughes@high-ridge.com
gapathy@high-ridge.com

Patrick J. King, Jr.
Assistant U.S. Attorney
U.S. Department of Justice
219 S. Dearborn St., Suite 500
Chicago, IL 60604
Patrick.king@usdoj.gov

Jonathan I. Katz
Office of Enforcement No. 1
U.S. Securities & Exchange Commission
175 W Jackson Blvd., Suite 900
Chicago, IL 60604
katzj@sec.gov

Kate R. O'Loughlin
Special Assistant U.S. Attorney
US Small Business Administration
500 W Madison St., Suite 1150
Chicago, IL 60661
kate.oloughlin@sba.gov

Eric Glazer
General Counsel
Janus Hotels & Resorts
2300 Corporate Blvd. NW, Suite 232
Boca Raton, FL 33431
eglazer@janushotels.com

Michael M. Nanosky,
Receiver President/CEO Janus Hotels & Resorts
2300 Corporate Blvd. NW, Suite 232
Boca Raton, FL 33431
mnanosky@janushotels.com

Marshall Seeder Tressler LLP
233 S. Wacker Dr., 22nd Fl.
Chicago, IL 60606
mseeder@tresslerllp.com

Donald J. Kreger
Ruth E. Krugly
Schiff Hardin LLP
233 S. Wacker Dr., Suite 6600
Chicago, IL 60606
dkreger@schiffhardin.com
rkrugly@schiffhardin.com

Michael Dockterman
Steptoe & Johnson LLP
115 S. LaSalle St., Suite 3100
Chicago, IL 60603
mdockterman@steptoe.com

Ward J. Mazzucco
Chipman Mazzucco
Matrix Corporate Center 39
Old Ridgebury Rd., Suite D-2
Danbury, CT 06810
wjm@danburylaw.com

Stephen J. Calvacca
NeJame Law
189 S. Orange Ave., Suite 1800
Orlando, FL 32801
stephen@nejamelaw.com

Michael A. Nardella
Attorney at Law
Nardella & Nardella, PLLC
250 East Colonial Drive, Suite 102
Orlando, Florida 32801
mnardella@nardellalaw.co

4842-5679-1590.1