## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | |
|---|---|
| PENNANT MANAGEMENT, INC.,<br><br>           Plaintiff,<br> vs.<br>FIRST FARMERS FINANCIAL, LLC, *et al.*,<br>           Defendants. | Case No. 14 CV 7581<br>Hon. Amy J. St. Eve |
| ILLINOIS METROPOLITAN INVESTMENT FUND and HARVARD SAVINGS BANK, an Illinois Savings Bank,<br>           Plaintiff-Intervenors,<br> vs.<br>FIRST FARMERS FINANCIAL, LLC, *et al.*,<br>           Defendants. | |
| FOLEY & LARDNER LLP, a limited liability partnership,<br>           Plaintiff,<br> vs.<br>NIKESH AJAY PATEL, an individual, *et al.*,<br>           Defendants. | |
| PATRICK CAVANAUGH, not individually, but as the Receiver of the Overall Receivership Estate,<br>           Plaintiff<br> vs.<br>TRISHA N. PATEL, *et al.*<br>           Defendants. | |

**ORDER GRANTING THIRD PARTY MOVANT
FOLEY & LARDNER LLP'S MOTION FOR LEAVE TO PAY
<u>FUNDS INTO REGISTRY</u>**

On July 30, 2015, Foley & Lardner LLP ("Foley") filed a Motion For Leave To Pay Funds Into Registry Of The Court, in conjunction with its Complaint For Interpleader filed on July 6, 2015. The Court, finding such motion to be for good cause, hereby GRANTS said motion. Accordingly, it is hereby:

ORDERED that Foley & Lardner LLP pay $375,000.00 (the "Funds") from its trust account into the registry of this Court, or alternative, to pay the Funds into an interest-bearing account designated by the Clerk of the Court;

ORDERED that Foley & Lardner LLP is hereby discharged from any and all liability to any Defendant or third party solely with respect to the Funds;

ORDERED that all Defendants are further enjoined from pursuing any action against Foley & Lardner LLP in connection with the Funds.

Date: <u>August 6, 2015</u>  By: _____
Hon. Amy J. St. Eve

4830-5327-4406.1       2