| INVOICE # | DATE | TOTAL |
|---|---|---|
| 5020069-0006 | 8/4/2014 | $2,091.85 |
| 5021278-0002 | 8/7/2014 | $402.50 |
| 5020733-0004 | 8/14/2014 | $3,737.50 |
| 5020848-0004 | 8/20/2014 | $817.09 |
| 5020310-0006 | 8/22/2014 | $1,711.35 |
| 5020984-0004 | 8/23/2014 | $1,063.75 |
| 5020985-0004 | 8/24/2014 | $2,276.33 |
| 5020069-0007 | 9/1/2014 | $2,091.85 |
| 5021278-0003 | 9/4/2014 | $402.50 |
| 5020733-0005 | 9/11/2014 | $3,737.50 |
| 5020069-0008 | 9/17/2014 | $733.70 |
| 5020848-0005 | 9/17/2014 | $700.94 |
| 5020310-0007 | 9/19/2014 | $1,711.35 |
| 5020984-0005 | 9/20/2014 | $1,063.75 |
| 5020985-0005 | 9/21/2014 | $2,276.33 |
| 5020733-0006 | 10/9/2014 | $3,737.50 |
| 5020310-0008 | 10/17/2014 | $1,711.35 |
| 5020984-0006 | 10/18/2014 | $1,063.75 |
| 5020985-0006 | 10/19/2014 | $2,276.33 |
| 5020985-0008 | 11/7/2014 | $206.04 |
| 5020310-0009 | 11/7/2014 | $1,284.05 |
| 5020985-0007 | 11/7/2014 | $776.25 |
| 5020984-0007 | 11/7/2014 | $603.75 |
| 5020733-0007 | 11/7/2014 | $3,737.50 |
| | | $40,214.81 |

EXHIBIT B



**One Source**
RENTALS • SALES • SERVICE

945 DETROIT AVE.
MORTON, IL 61550
309-266-8700

**Remit To:**
DEPT #30733/ONE SOURCE RENTALS
P.O. BOX 790126
ST. LOUIS, MO 63179-0126
309-266-8700

**Job Site:**
FOUR POINTS BY SHERATON
500 HAMILTON BLVD
PEORIA, IL 61601

C#: 321-392-4413  J#: 321-392-4413

# RENTAL INVOICE
## COPY

| | |
|---|---|
| Invoice #... | 5020069-0006 |
| Invoice date | 8/04/14 |
| Date out.... | 2/28/14    8:21 AM |
| Billed thru. | 8/15/14 |
| Job Loc..... | 500 HAMILTON BLVD, PEORI |
| Job No...... | 1 - FOUR POINTS BY S |
| P.O. #...... | |
| Ordered By.. | PETE 413-686-3980 |
| Terms....... | Net 10 Days |
| Written by.. | |

**Customer: 3006858**
VISION HOSPITALITY CONST.
7335 W. SAND LAKE RD STE 390
ORLANDO, FL 32819

Salesman... 01203

| Qty | Equipment # | Min | Day | Week | 4 Week | Amount |
|-----|-------------|-----|-----|------|--------|--------|
| 1 | CORE DRILL | 83.00 | 83.00 | 226.00 | 633.00 | 633.00 |
| | 330246    Make: HUSQVARNA  Model: DMS 280 ATS-VP  Ser #: 110100131752500 2 | | | | | |
| | UNIT SENT WITH PRESSURE TANK | | | | | |
| 1 | ROTARY HAMMER - 1-1/8" - 1-1/ | 61.00 | 61.00 | 182.00 | 545.00 | 545.00 |
| | J02023    Make: MILWAUKEE  Model: 5321-21  Ser #: 354A1014402 | | | | | |
| 1 | ROTARY HAMMER - 1-1/8" - 1-1/ | 61.00 | 61.00 | 182.00 | 545.00 | 545.00 |
| | J03264    Make: MILWAUKEE  Model: 5321-21  ELC  Ser #: 338A10148004 | | | | | |
| 2 | CHIPPING STEEL - MOIL | 6.00 | 6.00 | 12.00 | 24.00 | 48.00 |
| 2 | CHIPPING STEEL - STD CHISEL | 6.00 | 6.00 | 12.00 | 24.00 | 48.00 |

SALES ITEMS:

| Qty | Item number | Unit | Price | | |
|-----|-------------|------|-------|---|---|
| 1 | EPA | EA | 18.190 | | 18.19 |
| | ENVIRONMENTAL FEE | | | | |

|  | |
|---|---|
| Sub-total: | 1837.19 |
| Damage waiver: | 254.66 |
| Total: | 2091.85 |

BILLED FOR FOUR WEEKS  7/18/14 THRU  8/15/14  08:21 AM

| **IF THE EQUIPMENT DOES NOT WORK PROPERLY, NOTIFY THE OFFICE AT ONCE** | **MULTIPLE SHIFTS OR OVERTIME RATES APPLY** | **CUSTOMER IS RESPONSIBLE FOR REFUELING, DAMAGES OR REPAIRS** |
|---|---|---|

Lessee acknowledges receipt of operating instructions.  Lessee assumes responsibility to adequately instruct subsequent operators and will permit only competent and qualified personnel to operate equipment.  Lessee acknowledges that during the term of the lease, Lessor has no responsibility over the equipment's proper application, operation and conformance to operating and safety premises. Lessee will cease using equipment and call One Source Equipment Rentals, LLC for serivice if unit fails to operate properly.

This piece of equipment shall be used no more than eight (8) hours in any one day, nor more than five (5) days in any one week (except as provided in paragraph 4 hereof).  Additional charges may result from neglected maintenance, improper use or excessive clean-up.

Rental terminates when One Source Equipment Rentals, LLC is notified and a termination number is assigned.  Failure to comply constitutes additional rental charges.

**All deliveries are subject to the terms and conditions on the reverse side.**
**I have read and agree to the terms of this rental contract and acknowledge receipt of the above stated equipment.**

X _____

| CUSTOMER SIGNATURE | DATE | NAME PRINTED | DELIVERED BY | DATE |
|---|---|---|---|---|

**Terms: Payment Due Net 10 - Delinquency charges, at the maximum monthly rate allowed by law, will apply 30 days from the date of invoice.**
** WWW.ONESOURCERENTAL.COM **

EXHIBIT B

# One Source
RENTALS • SALES • SERVICE

945 DETROIT AVE.
MORTON, IL  61550
309-266-8700

**Remit To:**
DEPT #30733/ONE SOURCE RENTALS
P.O. BOX 790126
ST. LOUIS, MO  63179-0126
309-266-8700

**Job Site:**
FOUR POINTS BY SHERATON
500 HAMILTON BLVD
PEORIA, IL  61601

C#: 321-392-4413 J#: 321-392-4413

# RENTAL INVOICE
# COPY

Invoice #...     5021278-0002
Invoice date  8/07/14
Date out....  6/25/14    7:00 AM
Billed thru.  8/20/14
Job Loc.....  500 HAMILTON BLVD, PEORIA
Job No......  1 - FOUR POINTS BY S
P.O. #......
Ordered By..  PETE
Terms.......  Net 10 Days
Written by..
Salesman...  01203

**Customer: 3006858**
VISION HOSPITALITY CONST.
7335 W. SAND LAKE RD STE 390
ORLANDO, FL  32819

| Qty | Equipment # | Min | Day | Week | 4 Week | Amount |
|-----|-------------|-----|-----|------|--------|--------|
| 1 | SCISSOR LIFT - 19' NARROW ELE | 65.00 | 65.00 | 170.00 | 350.00 | 350.00 |
| | 270660    Make: JLG  Model: 1930ES | | ELC | Ser #: 0200168220 | | |
| | HR OUT1    205.20    HR IN1 | | TOTAL: | 205.20 | | |

SALES ITEMS:

| Qty | Item number | Unit | Price | | | |
|-----|-------------|------|-------|--|--|--|
| 1 | EPA | EA | 3.500 | | | 3.50 |
| | ENVIRONMENTAL FEE | | | | | |

Sub-total:  353.50
Damage waiver:  49.00
Total:  402.50

BILLED FOR FOUR WEEKS  7/23/14 THRU  8/20/14  07:00 AM

| IF THE EQUIPMENT DOES NOT WORK PROPERLY, NOTIFY THE OFFICE AT ONCE | MULTIPLE SHIFTS OR OVERTIME RATES APPLY | CUSTOMER IS RESPONSIBLE FOR REFUELING, DAMAGES OR REPAIRS |
|---|---|---|

Lessee acknowledges receipt of operating instructions. Lessee assumes responsibility to adequately instruct subsequent operators and will permit only competent and qualified personnel to operate equipment. Lessee acknowledges that during the term of the lease, Lessor has no responsibility over the equipment's proper application, operation and conformance to operating and safety premises. Lessee will cease using equipment and call One Source Equipment Rentals, LLC for service if unit fails to operate properly.
This piece of equipment shall be used no more than eight (8) hours in any one day, nor more than five (5) days in any one week (except as provided in paragraph 4 hereof). Additional charges may result from neglected maintenance, improper use or excessive clean-up.
Rental terminates when One Source Equipment Rentals, LLC is notified and a termination number is assigned. Failure to comply constitutes additional rental charges.
**All deliveries are subject to the terms and conditions on the reverse side.**
I have read and agree to the terms of this rental contract and acknowledge receipt of the above stated equipment.

X

| CUSTOMER SIGNATURE | DATE | NAME PRINTED | DELIVERED BY | DATE |
|---|---|---|---|---|

Terms: Payment Due Net 10 - Delinquency charges, at the maximum monthly rate allowed by law, will apply 30 days from the date of invoice.
** WWW.ONESOURCERENTAL.COM **

EXHIBIT B



**One Source Rentals**



# RENTAL INVOICE
## COPY

**To:** DEANNA

**Company:** VISION HOSPITALITY

**Message:** 40,214.81    THANKS

**From:** JOY

**Location:** ONE SOURCE – MORTON

**Phone:** 309-266-8700

**Fax #:** 309-266-8708

If you have a problem with this transmission please call the number listed above.

EXHIBIT B



## One Source
RENTALS • SALES • SERVICE

945 DETROIT AVE.
MORTON, IL 61550
309-266-8700

**Remit To:**
DEPT #30733/ONE SOURCE RENTALS
P.O. BOX 790126
ST. LOUIS, MO 63179-0126
309-266-8700

**Job Site:**
FOUR POINTS BY SHERATON
500 HAMILTON BLVD
PEORIA, IL 61601

C#: 321-710-4860 J#: 321-392-4413

**Customer: 3006858**
VISION HOSPITALITY CONST.
7335 W SAND LAKE RD STE 390
ORLANDO, FL 32819

# RENTAL INVOICE

Invoice #...      5020733-0004
Invoice date  8/14/14
Date out....  5/06/14    7:00 AM
Billed thru.  8/26/14
Job Loc.....  500 HAMILTON BLVD, PEO
Job No......  1 - FOUR POINTS BY S
P.O. #......
Ordered By.. PETE
Terms.......  Net 10 Days
Written by..

Salesman... 01203

| Qty | Equipment # | Min | Day | Week | 4 Week | Amount |
|-----|-------------|-----|-----|------|--------|--------|
| 1 | DEHUMIDIFIERS | 85.00 | 85.00 | 260.00 | 650.00 | 650.00 |
| | 330106  Make: DRI-EAZ  Model: LGR7000XLI  Ser #: 7085 | | | | | |
| 1 | DEHUMIDIFIERS | 85.00 | 85.00 | 260.00 | 650.00 | 650.00 |
| | 330219  Make: DRI-EAZ  Model: LGR7000XLI  Ser #: 7526 | | | | | |
| 1 | DEHUMIDIFIERS | 85.00 | 85.00 | 260.00 | 650.00 | 650.00 |
| | 330100  Make: DRI-EAZ  Model: LGR7000XLI  Ser #: 6813 | | | | | |
| 1 | DEHUMIDIFIERS | 85.00 | 85.00 | 260.00 | 650.00 | 650.00 |
| | 330126  Make: DRI-EAZ  Model: LGR7000XLI  Ser #: 6788 | | | | | |
| 1 | DEHUMIDIFIERS | 85.00 | 85.00 | 260.00 | 650.00 | 650.00 |
| | 330119  Make: DRI-EAZ  Model: LGR7000XLI  Ser #: 7170 | | | | | |
| 1 | MISCELLANEOUS RENTAL ITEM | | | | | N/C |
| | 6" CORE BIT | | | | | |

SALES ITEMS:

| Qty | Item number | Unit | Price | |
|-----|-------------|------|-------|---|
| 1 | EPA | EA | 32.500 | 32.50 |
| | ENVIRONMENTAL FEE | | | |

Sub-total:   3282.50
Damage waiver:    455.00
Total:   3737.50

BILLED FOR FOUR WEEKS  7/29/14 THRU  8/26/14  07:00 AM

---

**IF THE EQUIPMENT DOES NOT WORK PROPERLY, NOTIFY THE OFFICE AT ONCE** · **MULTIPLE SHIFTS OR OVERTIME RATES APPLY** · **CUSTOMER IS RESPONSIBLE FOR REFUELING, DAMAGES OR REPAIRS**

Lessee acknowledges receipt of operating instructions. Lessee assumes responsibility to adequately instruct subsequent operators and will permit only competent and qualified personnel to operate equipment. Lessee acknowledges that during the term of the lease, Lessor has no responsibility over the equipment's proper application, operation and conformance to operating and safety premises. Lessee will cease using equipment and call One Source Equipment Rentals, LLC for service if unit fails to operate properly.
This piece of equipment shall be used no more than eight (8) hours in any one day, nor more than five (5) days in any one week (except as provided in paragraph 4 hereof). Additional charges may result from neglected maintenance, improper use or excessive clean-up.
Rental terminates when One Source Equipment Rentals, LLC is notified and a termination number is assigned. Failure to comply constitutes additional rental charges.
All deliveries are subject to the terms and conditions on the reverse side.
**I have read and agree to the terms of this rental contract and acknowledge receipt of the above stated equipment.**

X _____

| CUSTOMER SIGNATURE | DATE | NAME PRINTED | DELIVERED BY | DATE |

Terms: Payment Due Net 10 - Delinquency charges, at the maximum monthly rate allowed by law, will apply 30 days from the date of invoice.
** WWW.ONESOURCERENTAL.COM **

EXHIBIT B



**One Source**
RENTALS • SALES • SERVICE

945 DETROIT AVE.
MORTON, IL 61550
309-266-8700

**Remit To:**
DEPT #30733/ONE SOURCE RENTALS
P.O. BOX 790126
ST. LOUIS, MO 63179-0126
309-266-8700

**Job Site:**
FOUR POINTS BY SHERATON
500 HAMILTON BLVD
PEORIA, IL 61601

C#: 321-710-4860 J#: 321-392-4413

## RENTAL INVOICE

Invoice #...    5020848-0004
Invoice date  8/20/14
Date out....  5/19/14   12:35 PM
Billed thru.  9/08/14
Job Loc.....  500 HAMILTON BLVD, PEO
Job No......  1 - FOUR POINTS BY S
P.O. #......
Ordered By.. PETE
Terms....... Net 10 Days
Written by..

**Customer: 3006858**
VISION HOSPITALITY CONST.
7335 W SAND LAKE RD STE 390
ORLANDO, FL 32819

Salesman... 01203

| Qty | Equipment # | Min | Day | Week | 4 Week | Amount |
|-----|-------------|-----|-----|------|--------|--------|
| 1 | MISCELLANEOUS RENTAL ITEM 10" CORE BIT | 116.00 | 116.00 | 578.00 | 809.00 | 809.00 |

SALES ITEMS:

| Qty | Item number | Unit | Price | | | |
|-----|-------------|------|-------|---|---|---|
| 1 | EPA ENVIRONMENTAL FEE | EA | 8.090 | | | 8.09 |

Sub-total:   817.09
Total:   817.09

BILLED FOR FOUR WEEKS  8/11/14 THRU  9/08/14  12:35 PM

**IF THE EQUIPMENT DOES NOT WORK PROPERLY, NOTIFY THE OFFICE AT ONCE**     **MULTIPLE SHIFTS OR OVERTIME RATES APPLY**     **CUSTOMER IS RESPONSIBLE FOR REFUELING, DAMAGES OR REPAIRS**

Lessee acknowledges receipt of operating instructions. Lessee assumes responsibility to adequately instruct subsequent operators and will permit only competent and qualified personnel to operate equipment. Lessee acknowledges that during the term of the lease, Lessor has no responsibility over the equipment's proper application, operation and conformance to operating and safety premises. Lessee will cease using equipment and call One Source Equipment Rentals, LLC for serivice if unit fails to operate properly.
This piece of equipment shall be used no more than eight (8) hours in any one day, nor more than five (5) days in any one week (except as provided in paragraph 4 hereof). Additional charges may result from neglected maintenance, improper use or excessive clean-up.
Rental terminates when One Source Equipment Rentals, LLC is notified and a termination number is assigned. Failure to comply constitutes additional rental charges.
All deliveries are subject to the terms and conditions on the reverse side.
I have read and agree to the terms of this rental contract and acknowledge receipt of the above stated equipment.

X _____
CUSTOMER SIGNATURE     DATE     NAME PRINTED          DELIVERED BY          DATE

Terms: Payment Due Net 10 - Delinquency charges, at the maximum monthly rate allowed by law, will apply 30 days from the date of invoice.
** WWW.ONESOURCERENTAL.COM **

EXHIBIT B

# One Source
### RENTALS • SALES • SERVICE

945 DETROIT AVE.
MORTON, IL  61550
309-266-8700

**Remit To:**
DEPT #30733/ONE SOURCE RENTALS
P.O. BOX 790126
ST. LOUIS, MO  63179-0126
309-266-8700

**Job Site:**
FOUR POINTS BY SHERATON
500 HAMILTON BLVD
PEORIA, IL  61601

C#: 321-392-4413 J#: 321-392-4413

# RENTAL INVOICE
## COPY

Invoice #...      5020310-0006
Invoice date  8/22/14
Date out....  3/19/14    11:37 AM
Billed thru.  9/03/14
Job Loc..... 500 HAMILTON BLVD, PEORIA
Job No...... 1 - FOUR POINTS BY S
P.O. #......
Ordered By.. PETE
Terms....... Net 10 Days
Written by..

**Customer: 3006858**
VISION HOSPITALITY CONST.
7335 W. SAND LAKE RD STE 390
ORLANDO, FL  32819

Salesman... 01203

| Qty | Equipment # | Min | Day | Week | 4 Week | Amount |
|-----|-------------|-----|-----|------|--------|--------|
| 1 | FORKLIFT (5000-6000#) INDUSTR | 185.00 | 185.00 | 460.00 | 1150.00 | 1150.00 |
|   | 290088    Make: CAT  Model: GC25K | | LP | Ser #: AT82C06967 | | |
|   | HR OUT1  6943.40    HR IN1 | | TOTAL: | 6943.40 | | |
| 1 | MISCELLANEOUS RENTAL ITEM | 65.00 | 65.00 | 155.00 | 385.00 | 385.00 |
|   | CARPET POLE ATTACHMENT | | | | | |

SALES ITEMS:

| Qty | Item number | Unit | Price | | | |
|-----|-------------|------|-------|---|---|---|
| 1 | EPA | EA | 15.350 | | | 15.35 |
|   | ENVIRONMENTAL FEE | | | | | |

Sub-total:    1550.35
Damage waiver:    161.00
Total:    1711.35

BILLED FOR FOUR WEEKS  8/06/14 THRU  9/03/14  11:37 AM

---

| IF THE EQUIPMENT DOES NOT WORK PROPERLY, NOTIFY THE OFFICE AT ONCE | MULTIPLE SHIFTS OR OVERTIME RATES APPLY | CUSTOMER IS RESPONSIBLE FOR REFUELING, DAMAGES OR REPAIRS |
|---|---|---|

Lessee acknowledges receipt of operating instructions.  Lessee assumes responsibility to adequately instruct subsequent operators and will permit only competent and qualified personnel to operate equipment.  Lessee acknowledges that during the term of the lease, Lessor has no responsibility over the equipment's proper application, operation and conformance to operating and safety premises. Lessee will cease using equipment and call One Source Equipment Rentals, LLC for service if unit fails to operate properly.
This piece of equipment shall be used no more than eight (8) hours in any one day, nor more than five (5) days in any one week (except as provided in paragraph 4 hereof).  Additional charges may result from neglected maintenance, improper use or excessive clean-up.
Rental terminates when One Source Equipment Rentals, LLC is notified and a termination number is assigned.  Failure to comply constitutes additional rental charges.
**All deliveries are subject to the terms and conditions on the reverse side.**
**I have read and agree to the terms of this rental contract and acknowledge receipt of the above stated equipment.**

X _____

| CUSTOMER SIGNATURE | DATE | NAME PRINTED | DELIVERED BY | DATE |

**Terms: Payment Due Net 10 - Delinquency charges, at the maximum monthly rate allowed by law, will apply 30 days from the date of invoice.**
** WWW.ONESOURCERENTAL.COM **

EXHIBIT B



**One Source Rentals**

**Date:** 11/07/14
**Time:** 17:40



## RENTAL INVOICE
## COPY

**To:** _DEANNA_

**Company:** _VISION HOSPITALITY_

**Message:** _40,214.81   THANKS_

_____

_____

_____

**From:** _JOY_

**Location:** _ONE SOURCE - MORTON_

**Phone:** _309-266-8700_

**Fax #:** _309-266-8708_

If you have a problem with this transmission please call the number listed above.

EXHIBIT B



**One Source**
RENTALS • SALES • SERVICE

945 DETROIT AVE.
MORTON, IL 61550
309-266-8700

**Remit To:**
DEPT #30733/ONE SOURCE RENTALS
P.O. BOX 790126
ST. LOUIS, MO 63179-0126
309-266-8700

**Job Site:**
FOUR POINTS WAREHOUSE
PERSIMMON & WASHINGTON
PEORIA, IL 61601

C#: 321-392-4413 J#: 321-392-4413

# RENTAL INVOICE
## COPY

Invoice #...     5020984-0004
Invoice date  8/23/14
Date out....  5/15/14     2:00 PM
Billed thru.  9/04/14
Job Loc.....  PERSIMMON & WASHINGTON,
Job No......  1 - FOUR POINTS WARE
P.O. #......
Ordered By.. .
Terms.......  Net 10 Days
Written by..
Salesman...  01203

**Customer: 3006858**
VISION HOSPITALITY CONST.
7335 W. SAND LAKE RD STE 390
ORLANDO, FL 32819

| Qty | Equipment # | Min | Day | Week | 4 Week | Amount |
|-----|-------------|-----|-----|------|--------|--------|
| 1 | FAN AIR MOVERS 36" - 42" ROUN | 30.00 | 30.00 | 75.00 | 185.00 | 185.00 |
| | 340318    Make: VENTAMATIC  Model: BF42BD RED | | | Ser #: NA | | |
| 1 | FAN AIR MOVERS 36" - 42" ROUN | 30.00 | 30.00 | 75.00 | 185.00 | 185.00 |
| | 340319    Make: VENTAMATIC  Model: BF42BD RED | | | Ser #: NA | | |
| 1 | FAN AIR MOVERS 36" - 42" ROUN | 30.00 | 30.00 | 75.00 | 185.00 | 185.00 |
| | 340320    Make: VENTAMATIC  Model: BF42BD RED | | | Ser #: NA | | |
| 1 | FAN AIR MOVERS 36" - 42" ROUN | 30.00 | 30.00 | 75.00 | 185.00 | 185.00 |
| | 340321    Make: VENTAMATIC  Model: BF42BD RED | | | Ser #: NA | | |
| 1 | FAN AIR MOVERS 36" - 42" ROUN | 30.00 | 30.00 | 75.00 | 185.00 | 185.00 |
| | 340322    Make: VENTAMATIC  Model: BF42BD RED | | | Ser #: NA | | |

SALES ITEMS:

| Qty | Item number | Unit | Price | | |
|-----|-------------|------|-------|--|--|
| 1 | EPA | EA | 9.250 | | 9.25 |
| | ENVIRONMENTAL FEE | | | | |

```
                                   Sub-total:      934.25
                              Damage waiver:       129.50
                                       Total:     1063.75
        BILLED FOR FOUR WEEKS  8/07/14 THRU  9/04/14  02:00 PM
```

| IF THE EQUIPMENT DOES NOT WORK PROPERLY, NOTIFY THE OFFICE AT ONCE | MULTIPLE SHIFTS OR OVERTIME RATES APPLY | CUSTOMER IS RESPONSIBLE FOR REFUELING, DAMAGES OR REPAIRS |
|---|---|---|

Lessee acknowledges receipt of operating instructions. Lessee assumes responsibility to adequately instruct subsequent operators and will permit only competent and qualified personnel to operate equipment. Lessee acknowledges that during the term of the lease, Lessor has no responsibility over the equipment's proper application, operation and conformance to operating and safety premises. Lessee will cease using equipment and call One Source Equipment Rentals, LLC for service if unit fails to operate properly.

This piece of equipment shall be used no more than eight (8) hours in any one day, nor more than five (5) days in any one week (except as provided in paragraph 4 hereof). Additional charges may result from neglected maintenance, improper use or excessive clean-up.

Rental terminates when One Source Equipment Rentals, LLC is notified and a termination number is assigned. Failure to comply constitutes additional rental charges.

**All deliveries are subject to the terms and conditions on the reverse side.**
I have read and agree to the terms of this rental contract and acknowledge receipt of the above stated equipment.

X

| CUSTOMER SIGNATURE | DATE | NAME PRINTED | DELIVERED BY | DATE |
|---|---|---|---|---|

**Terms: Payment Due Net 10 - Delinquency charges, at the maximum monthly rate allowed by law, will apply 30 days from the date of invoice.**
** WWW.ONESOURCERENTAL.COM **

EXHIBIT B



**One Source Rentals**



# RENTAL INVOICE
## COPY

**To:**     DEANNA

**Company:**     VISION HOSPITALITY

**Message:**     40,214.81    THANKS

**From:**     JOY

**Location:**     ONE SOURCE - MORTON

**Phone:**     309-266-8700

**Fax #:**     309-266-8708

If you have a problem with this transmission please call the number listed above.

EXHIBIT B



## One Source
RENTALS • SALES • SERVICE

945 DETROIT AVE.
MORTON, IL 61550
309-266-8700

**Remit To:**
DEPT #30733/ONE SOURCE RENTALS
P.O. BOX 790126
ST. LOUIS, MO 63179-0126
309-266-8700

**Job Site:**
FOUR POINTS BY SHERATON
500 HAMILTON BLVD
PEORIA, IL 61601

C#: 321-392-4413 J#: 321-392-4413

# RENTAL INVOICE
## COPY

Invoice #... 5020985-0004
Invoice date 8/24/14
Date out.... 5/16/14 2:00 PM
Billed thru. 9/05/14
Job Loc..... 500 HAMILTON BLVD, PEORIA
Job No...... 1 - FOUR POINTS BY S
P.O. #......
Ordered By.. .
Terms....... Net 10 Days
Written by..
Salesman... 01203

**Customer: 3006858**
VISION HOSPITALITY CONST.
7335 W. SAND LAKE RD STE 390
ORLANDO, FL 32819

| Qty | Equipment # | Min | Day | Week | 4 Week | Amount |
|-----|-------------|-----|-----|------|--------|--------|
| 1 | FAN AIR MOVERS 36" - 42" ROUN | 30.00 | 30.00 | 75.00 | 185.00 | 185.00 |
|   | 340323   Make: UTILITECH  Model: PRO 36"  Ser #: NA | | | | | |
| 1 | FAN AIR MOVERS 36" - 42" ROUN | 30.00 | 30.00 | 75.00 | 185.00 | 185.00 |
|   | 340324   Make: UTILITECH  Model: PRO 36"  Ser #: NA | | | | | |
| 1 | FAN AIR MOVERS 36" - 42" ROUN | 30.00 | 30.00 | 75.00 | 185.00 | 185.00 |
|   | 340325   Make: UTILITECH  Model: PRO 36"  Ser #: NA | | | | | |
| 1 | FAN AIR MOVERS 36" - 42" ROUN | 30.00 | 30.00 | 75.00 | 185.00 | 185.00 |
|   | 340326   Make: UTILITECH  Model: PRO 36"  Ser #: NA | | | | | |
| 1 | FAN AIR MOVERS 36" - 42" ROUN | 30.00 | 30.00 | 75.00 | 185.00 | 185.00 |
|   | 340327   Make: UTILITECH  Model: PRO 36"  Ser #: NA | | | | | |
| 1 | FAN AIR MOVERS 36" - 42" ROUN | 30.00 | 30.00 | 75.00 | 185.00 | 185.00 |
|   | 340328   Make: UTILITECH  Model: PRO 36"  Ser #: NA | | | | | |
| 1 | FAN AIR MOVERS 36" - 42" ROUN | 30.00 | 30.00 | 75.00 | 185.00 | 185.00 |
|   | 340330   Make: VENTAMATIC  Model: BF36DD RED  Ser #: NA | | | | | |
| 1 | FAN AIR MOVERS 36" - 42" ROUN | 30.00 | 30.00 | 75.00 | 185.00 | 185.00 |
|   | 340333   Make: VENTAMATIC  Model: BF42BD RED  Ser #: NA | | | | | |
| 1 | FAN AIR MOVERS 36" - 42" ROUN | 30.00 | 30.00 | 75.00 | 185.00 | 185.00 |
|   | 340334   Make: VENTAMATIC  Model: BF42BD RED  Ser #: NA | | | | | |
| 1 | MISCELLANEOUS RENTAL ITEM | 50.00 | 50.00 | 204.00 | 358.00 | 358.00 |
|   | 4" CORE BIT | | | | | |

SALES ITEMS:

| Qty | Item number | Unit | Price | | | |
|-----|-------------|------|-------|---|---|---|
| 1 | EPA | EA | 20.230 | | | 20.23 |
|   | ENVIRONMENTAL FEE | | | | | |

| IF THE EQUIPMENT DOES NOT WORK PROPERLY, NOTIFY THE OFFICE AT ONCE | MULTIPLE SHIFTS OR OVERTIME RATES APPLY | CUSTOMER IS RESPONSIBLE FOR REFUELING, DAMAGES OR REPAIRS |
|---|---|---|

Lessee acknowledges receipt of operating instructions. Lessee assumes responsibility to adequately instruct subsequent operators and will permit only competent and qualified personnel to operate equipment. Lessee acknowledges that during the term of the lease, Lessor has no responsibility over the equipment's proper application, operation and conformance to operating and safety premises. Lessee will cease using equipment and call One Source Equipment Rentals, LLC for service if unit fails to operate properly.

This piece of equipment shall be used no more than eight (8) hours in any one day, nor more than five (5) days in any one week (except as provided in paragraph 4 hereof). Additional charges may result from neglected maintenance, improper use or excessive clean-up.

Rental terminates when One Source Equipment Rentals, LLC is notified and a termination number is assigned. Failure to comply constitutes additional rental charges.

**All deliveries are subject to the terms and conditions on the reverse side.**
**I have read and agree to the terms of this rental contract and acknowledge receipt of the above stated equipment.**

X

| CUSTOMER SIGNATURE | DATE | NAME PRINTED | DELIVERED BY | DATE |
|---|---|---|---|---|

Terms: Payment Due Net 10 - Delinquency charges, at the maximum monthly rate allowed by law, will apply 30 days from the date of invoice.
** WWW.ONESOURCERENTAL.COM **

EXHIBIT B



**Date:** 11/07/14
**Time:** 17:40

## One Source Rentals



# RENTAL INVOICE
## COPY

**To:** DEANNA

**Company:** VISION HOSPITALITY

**Message:** 40,214.81   THANKS

**From:** JOY

**Location:** ONE SOURCE - MORTON

**Phone:** 309-266-8700

**Fax #:** 309-266-8708

If you have a problem with this transmission please call the number listed above.

EXHIBIT B



**One Source**
RENTALS • SALES • SERVICE

945 DETROIT AVE.
MORTON, IL   61550
309-266-8700

**Remit To:**
DEPT #30733/ONE SOURCE RENTALS
P.O. BOX 790126
ST. LOUIS, MO   63179-0126
309-266-8700

**Job Site:**
FOUR POINTS BY SHERATON
500 HAMILTON BLVD
PEORIA, IL   61601

C#: 321-392-4413 J#: 321-392-4413

# RENTAL INVOICE
## COPY

Invoice #...      5020985-0004
Invoice date  8/24/14
Date out....  5/16/14     2:00 PM
Billed thru.  9/05/14
Job Loc..... 500 HAMILTON BLVD, PEORI
Job No...... 1 - FOUR POINTS BY S
P.O. #......
Ordered By.. .
Terms....... Net 10 Days
Written by..
Salesman... 01203

**Customer: 3006858**
VISION HOSPITALITY CONST.
7335 W. SAND LAKE RD STE 390
ORLANDO, FL   32819

| Qty | Equipment # | Min | Day | Week | 4 Week | Amount |
|-----|-------------|-----|-----|------|--------|--------|
| | | | | Sub-total: | | 2043.23 |
| | | | | Damage waiver: | | 233.10 |
| | | | | Total: | | 2276.33 |

BILLED FOR FOUR WEEKS  8/08/14 THRU  9/05/14  02:00 PM

**IF THE EQUIPMENT DOES NOT WORK PROPERLY, NOTIFY THE OFFICE AT ONCE**       **MULTIPLE SHIFTS OR OVERTIME RATES APPLY**       **CUSTOMER IS RESPONSIBLE FOR REFUELING, DAMAGES OR REPAIRS**

Lessee acknowledges receipt of operating instructions.  Lessee assumes responsibility to adequately instruct subsequent operators and will permit only competent and qualified personnel to operate equipment.  Lessee acknowledges that during the term of the lease, Lessor has no responsibility over the equipment's proper application, operation and conformance to operating and safety premises. Lessee will cease using equipment and call One Source Equipment Rentals, LLC for serivice if unit fails to operate properly.
This piece of equipment shall be used no more than eight (8) hours in any one day, nor more than five (5) days in any one week (except as provided in paragraph 4 hereof).  Additional charges may result from neglected maintenance, improper use or excessive clean-up.
Rental terminates when One Source Equipment Rentals, LLC is notified and a termination number is assigned.  Failure to comply constitutes additional rental charges.
**All deliveries are subject to the terms and conditions on the reverse side.**
**I have read and agree to the terms of this rental contract and acknowledge receipt of the above stated equipment.**

X

CUSTOMER SIGNATURE       DATE       NAME PRINTED                              DELIVERED BY                    DATE

Terms: Payment Due Net 10 - Delinquency charges, at the maximum monthly rate allowed by law, will apply 30 days from the date of invoice.
** WWW.ONESOURCERENTAL.COM **

EXHIBIT B



**One Source**
RENTALS • SALES • SERVICE

945 DETROIT AVE.
MORTON, IL 61550
309-266-8700

Page: 1

**Remit To:**
DEPT #30733/ONE SOURCE RENTALS
P.O. BOX 790126
ST. LOUIS, MO 63179-0126
309-266-8700

**Job Site:**
FOUR POINTS BY SHERATON
500 HAMILTON BLVD
PEORIA, IL 61601

C#: 321-392-4413 J#: 321-392-4413

# RENTAL INVOICE
## COPY

Invoice #...      5020069-0007
Invoice date   9/01/14
Date out....   2/28/14     8:21 AM
Billed thru.   9/12/14
Job Loc.....   500 HAMILTON BLVD, PEORIA
Job No......   1 - FOUR POINTS BY S
P.O. #......
Ordered By..   PETE 413-686-3980
Terms.......   Net 10 Days
Written by..

**Customer: 3006858**
VISION HOSPITALITY CONST.
7335 W. SAND LAKE RD STE 390
ORLANDO, FL 32819

Salesman... 01203

| Qty | Equipment # | Min | Day | Week | 4 Week | Amount |
|---|---|---|---|---|---|---|
| 1 | CORE DRILL | 83.00 | 83.00 | 226.00 | 633.00 | 633.00 |
| | 330246    Make: HUSQVARNA  Model: DMS 280 ATS-VP  Ser #: 1101001317525002 | | | | | |
| | UNIT SENT WITH PRESSURE TANK | | | | | |
| 1 | ROTARY HAMMER - 1-1/8" - 1-1/ | 61.00 | 61.00 | 182.00 | 545.00 | 545.00 |
| | J02023    Make: MILWAUKEE  Model: 5321-21  Ser #: 354A1014402 | | | | | |
| 1 | ROTARY HAMMER - 1-1/8" - 1-1/ | 61.00 | 61.00 | 182.00 | 545.00 | 545.00 |
| | J03264    Make: MILWAUKEE  Model: 5321-21  ELC  Ser #: 338A10148004 | | | | | |
| 2 | CHIPPING STEEL - MOIL | 6.00 | 6.00 | 12.00 | 24.00 | 48.00 |
| 2 | CHIPPING STEEL - STD CHISEL | 6.00 | 6.00 | 12.00 | 24.00 | 48.00 |

SALES ITEMS:

| Qty | Item number | Unit | Price | |
|---|---|---|---|---|
| 1 | EPA | EA | 18.190 | 18.19 |
| | ENVIRONMENTAL FEE | | | |

Sub-total:    1837.19
Damage waiver:     254.66
Total:    2091.85

BILLED FOR FOUR WEEKS   8/15/14 THRU   9/12/14   08:21 AM

**IF THE EQUIPMENT DOES NOT WORK PROPERLY, NOTIFY THE OFFICE AT ONCE** | **MULTIPLE SHIFTS OR OVERTIME RATES APPLY** | **CUSTOMER IS RESPONSIBLE FOR REFUELING, DAMAGES OR REPAIRS**

Lessee acknowledges receipt of operating instructions. Lessee assumes responsibility to adequately instruct subsequent operators and will permit only competent and qualified personnel to operate equipment. Lessee acknowledges that during the term of the lease, Lessor has no responsibility over the equipment's proper application, operation and conformance to operating and safety premises. Lessee will cease using equipment and call One Source Equipment Rentals, LLC for service if unit fails to operate properly.
This piece of equipment shall be used no more than eight (8) hours in any one day, nor more than five (5) days in any one week (except as provided in paragraph 4 hereof). Additional charges may result from neglected maintenance, improper use or excessive clean-up.
Rental terminates when One Source Equipment Rentals, LLC is notified and a termination number is assigned. Failure to comply constitutes additional rental charges.
**All deliveries are subject to the terms and conditions on the reverse side.**
**I have read and agree to the terms of this rental contract and acknowledge receipt of the above stated equipment.**

X

CUSTOMER SIGNATURE      DATE      NAME PRINTED                    DELIVERED BY      DATE

**Terms: Payment Due Net 10 - Delinquency charges, at the maximum monthly rate allowed by law, will apply 30 days from the date of invoice.**
** WWW.ONESOURCERENTAL.COM **

EXHIBIT B



**One Source**
RENTALS • SALES • SERVICE

945 DETROIT AVE.
MORTON, IL 61550
309-266-8700

**Remit To:**
DEPT #30733/ONE SOURCE RENTALS
P.O. BOX 790126
ST. LOUIS, MO 63179-0126
309-266-8700

**Job Site:**
FOUR POINTS BY SHERATON
500 HAMILTON BLVD
PEORIA, IL 61601

C#: 321-392-4413 J#: 321-392-4413

# RENTAL INVOICE
## COPY

Invoice #...      5021278-0003
Invoice date  9/04/14
Date out....  6/25/14      7:00 AM
Billed thru.  9/17/14
Job Loc..... 500 HAMILTON BLVD, PEORIA
Job No...... 1 - FOUR POINTS BY S
P.O. #......
Ordered By.. PETE
Terms....... Net 10 Days
Written by..
Salesman... 01203

**Customer: 3006858**
VISION HOSPITALITY CONST.
7335 W. SAND LAKE RD STE 390
ORLANDO, FL 32819

| Qty | Equipment # | Min | Day | Week | 4 Week | Amount |
|-----|-------------|-----|-----|------|--------|--------|
| 1 | SCISSOR LIFT - 19' NARROW ELE | 65.00 | 65.00 | 170.00 | 350.00 | 350.00 |
| | 270660    Make: JLG  Model: 1930ES | | ELC | Ser #: 0200168220 | | |
| | HR OUT1   205.20   HR IN1 | | TOTAL: | 205.20 | | |

SALES ITEMS:

| Qty | Item number | Unit | Price | | | |
|-----|-------------|------|-------|--|--|--|
| 1 | EPA | EA | 3.500 | | | 3.50 |
| | ENVIRONMENTAL FEE | | | | | |

Sub-total:     353.50
Damage waiver:      49.00
Total:     402.50

BILLED FOR FOUR WEEKS  8/20/14 THRU  9/17/14  07:00 AM

---

**IF THE EQUIPMENT DOES NOT WORK PROPERLY, NOTIFY THE OFFICE AT ONCE** | **MULTIPLE SHIFTS OR OVERTIME RATES APPLY** | **CUSTOMER IS RESPONSIBLE FOR REFUELING, DAMAGES OR REPAIRS**

Lessee acknowledges receipt of operating instructions. Lessee assumes responsibility to adequately instruct subsequent operators and will permit only competent and qualified personnel to operate equipment. Lessee acknowledges that during the term of the lease, Lessor has no responsibility over the equipment's proper application, operation and conformance to operating and safety premises. Lessee will cease using equipment and call One Source Equipment Rentals, LLC for service if unit fails to operate properly.
This piece of equipment shall be used no more than eight (8) hours in any one day, nor more than five (5) days in any one week (except as provided in paragraph 4 hereof). Additional charges may result from neglected maintenance, improper use or excessive clean-up.
Rental terminates when One Source Equipment Rentals, LLC is notified and a termination number is assigned. Failure to comply constitutes additional rental charges.
**All deliveries are subject to the terms and conditions on the reverse side.**
**I have read and agree to the terms of this rental contract and acknowledge receipt of the above stated equipment.**

X

| CUSTOMER SIGNATURE | DATE | NAME PRINTED | DELIVERED BY | DATE |
|---|---|---|---|---|

**Terms: Payment Due Net 10 - Delinquency charges, at the maximum monthly rate allowed by law, will apply 30 days from the date of invoice.**
** WWW.ONESOURCERENTAL.COM **

EXHIBIT B



**One Source Rentals**



# RENTAL INVOICE
## COPY

**To:**        DEANNA

**Company:**   VISION HOSPITALITY

**Message:**   40,214.81   THANKS

_____

_____

_____

**From:**      JOY

**Location:**  ONE SOURCE - MORTON

**Phone:**     309-266-8700

**Fax #:**     309-266-8708

If you have a problem with this transmission please call the number listed above.

EXHIBIT B



**One Source**
RENTALS • SALES • SERVICE

945 DETROIT AVE.
MORTON, IL 61550
309-266-8700

**Remit To:**
DEPT #30733/ONE SOURCE RENTALS
P.O. BOX 790126
ST. LOUIS, MO 63179-0126
309-266-8700

**Job Site:**
FOUR POINTS BY SHERATON
500 HAMILTON BLVD
PEORIA, IL 61601

C#: 321-710-4860  J#: 321-392-4413

# RENTAL INVOICE

Invoice #...    5020733-0005
Invoice date  9/11/14
Date out....  5/06/14    7:00 AM
Billed thru.  9/23/14
Job Loc.....  500 HAMILTON BLVD, PEO
Job No......  1 - FOUR POINTS BY S
P.O. #......
Ordered By..  PETE
Terms.......  Net 10 Days
Written by..
Salesman...  01203

**Customer: 3006858**
VISION HOSPITALITY CONST.
7335 W SAND LAKE RD STE 390
ORLANDO, FL 32819

| Qty | Equipment # | Min | Day | Week | 4 Week | Amount |
|-----|-------------|-----|-----|------|--------|--------|
| 1 | DEHUMIDIFIERS | 85.00 | 85.00 | 260.00 | 650.00 | 650.00 |
|   | 330106    Make: DRI-EAZ  Model: LGR7000XLI  Ser #: 7085 | | | | | |
| 1 | DEHUMIDIFIERS | 85.00 | 85.00 | 260.00 | 650.00 | 650.00 |
|   | 330219    Make: DRI-EAZ  Model: LGR7000XLI  Ser #: 7526 | | | | | |
| 1 | DEHUMIDIFIERS | 85.00 | 85.00 | 260.00 | 650.00 | 650.00 |
|   | 330100    Make: DRI-EAZ  Model: LGR7000XLI  Ser #: 6813 | | | | | |
| 1 | DEHUMIDIFIERS | 85.00 | 85.00 | 260.00 | 650.00 | 650.00 |
|   | 330126    Make: DRI-EAZ  Model: LGR7000XLI  Ser #: 6788 | | | | | |
| 1 | DEHUMIDIFIERS | 85.00 | 85.00 | 260.00 | 650.00 | 650.00 |
|   | 330119    Make: DRI-EAZ  Model: LGR7000XLI  Ser #: 7170 | | | | | |
| 1 | MISCELLANEOUS RENTAL ITEM | | | | | N/C |
|   | 6" CORE BIT | | | | | |

SALES ITEMS:

| Qty | Item number | Unit | Price | |
|-----|-------------|------|-------|---|
| 1 | EPA | EA | 32.500 | 32.50 |
|   | ENVIRONMENTAL FEE | | | |

Sub-total:    3282.50
Damage waiver:    455.00
Total:   3737.50

BILLED FOR FOUR WEEKS  8/26/14 THRU  9/23/14  07:00 AM

**IF THE EQUIPMENT DOES NOT WORK PROPERLY, NOTIFY THE OFFICE AT ONCE**

**MULTIPLE SHIFTS OR OVERTIME RATES APPLY**

**CUSTOMER IS RESPONSIBLE FOR REFUELING, DAMAGES OR REPAIRS**

Lessee acknowledges receipt of operating instructions. Lessee assumes responsibility to adequately instruct subsequent operators and will permit only competent and qualified personnel to operate equipment. Lessee acknowledges that during the term of the lease, Lessor has no responsibility over the equipment's proper application, operation and conformance to operating and safety premises. Lessee will cease using equipment and call One Source Equipment Rentals, LLC for service if unit fails to operate properly.

This piece of equipment shall be used no more than eight (8) hours in any one day, nor more than five (5) days in any one week (except as provided in paragraph 4 hereof). Additional charges may result from neglected maintenance, improper use or excessive clean-up.

Rental terminates when One Source Equipment Rentals, LLC is notified and a termination number is assigned. Failure to comply constitutes additional rental charges.
All deliveries are subject to the terms and conditions on the reverse side.
I have read and agree to the terms of this rental contract and acknowledge receipt of the above stated equipment.

X_____

CUSTOMER SIGNATURE        DATE      NAME PRINTED                    DELIVERED BY                DATE

Terms: Payment Due Net 10 - Delinquency charges, at the maximum monthly rate allowed by law, will apply 30 days from the date of invoice.
** WWW.ONESOURCERENTAL.COM **

EXHIBIT B


**One Source**
RENTALS • SALES • SERVICE

945 DETROIT AVE.
MORTON, IL  61550
309-266-8700

**Remit To:**
DEPT #30733/ONE SOURCE RENTALS
P.O. BOX 790126
ST. LOUIS, MO  63179-0126
309-266-8700

**Job Site:**
FOUR POINTS BY SHERATON
500 HAMILTON BLVD
PEORIA, IL  61601

C#: 321-392-4413  J#: 321-392-4413

# RENTAL INVOICE
## COPY

Invoice #...     5020069-0008
Invoice date  9/17/14
Date out....  2/28/14    8:21 AM
Date in.....  9/15/14    4:57 PM
Job Loc.....  500 HAMILTON BLVD, PEORIA
Job No......  1 - FOUR POINTS BY S
P.O. #......
Ordered By.. PETE 413-686-3980
Terms....... Net 10 Days
Written by.. MICHELLE EAKER
Salesman... 01203

**Customer: 3006858**
VISION HOSPITALITY CONST.
7335 W. SAND LAKE RD STE 390
ORLANDO, FL  32819

| Qty | Equipment # | Min | Day | Week | 4 Week | Amount |
|-----|-------------|-----|-----|------|--------|--------|
| 1 | CORE DRILL | 83.00 | 83.00 | 226.00 | 633.00 | 226.00 |
|   | 330246    Make: HUSQVARNA  Model: DMS 280 ATS-VP  Ser #: 1101001317525002 | | | | | |
|   | UNIT SENT WITH PRESSURE TANK | | | | | |
| 1 | ROTARY HAMMER - 1-1/8" - 1-1/ | 61.00 | 61.00 | 182.00 | 545.00 | 182.00 |
|   | J02023    Make: MILWAUKEE  Model: 5321-21  Ser #: 354A1014402 | | | | | |
| 1 | ROTARY HAMMER - 1-1/8" - 1-1/ | 61.00 | 61.00 | 182.00 | 545.00 | 182.00 |
|   | J03264    Make: MILWAUKEE  Model: 5321-21  ELC  Ser #: 338A10148004 | | | | | |
| 2 | CHIPPING STEEL - MOIL | 6.00 | 6.00 | 12.00 | 24.00 | 24.00 |
| 2 | CHIPPING STEEL - STD CHISEL | 6.00 | 6.00 | 12.00 | 24.00 | 24.00 |

SALES ITEMS:

| Qty | Item number | Unit | Price | | | |
|-----|-------------|------|-------|---|---|---|
| 1 | EPA | EA | 6.380 | | | 6.38 |
|   | ENVIRONMENTAL FEE | | | | | |

Sub-total:    644.38
Damage waiver:     89.32
Total:    733.70

FINAL BILL:  9/12/14 08:21 AM THRU  9/15/14 04:57 PM.

**PAYMENT HISTORY**

| DATE TYPE | REF # | AUTH # | TRANS TYPE | AMOUNT | APPLIED |
|-----------|-------|--------|------------|--------|---------|
| 2/28/14 Pay on Return | | | | | |

| IF THE EQUIPMENT DOES NOT WORK PROPERLY, NOTIFY THE OFFICE AT ONCE | MULTIPLE SHIFTS OR OVERTIME RATES APPLY | CUSTOMER IS RESPONSIBLE FOR REFUELING, DAMAGES OR REPAIRS |
|---|---|---|

Lessee acknowledges receipt of operating instructions.  Lessee assumes responsibility to adequately instruct subsequent operators and will permit only competent and qualified personnel to operate equipment.  Lessee acknowledges that during the term of the lease, Lessor has no responsibility over the equipment's proper application, operation and conformance to operating and safety premises. Lessee will cease using equipment and call One Source Equipment Rentals, LLC for service if unit fails to operate properly.
This piece of equipment shall be used no more than eight (8) hours in any one day, nor more than five (5) days in any one week (except as provided in paragraph 4 hereof).  Additional charges may result from neglected maintenance, improper use or excessive clean-up.
Rental terminates when One Source Equipment Rentals, LLC is notified and a termination number is assigned.  Failure to comply constitutes additional rental charges.
**All deliveries are subject to the terms and conditions on the reverse side.**
**I have read and agree to the terms of this rental contract and acknowledge receipt of the above stated equipment.**

X _____

| CUSTOMER SIGNATURE | DATE | NAME PRINTED | DELIVERED BY | DATE |
|---|---|---|---|---|

Terms: Payment Due Net 10 - Delinquency charges, at the maximum monthly rate allowed by law, will apply 30 days from the date of invoice.
** www.ONESOURCERENTAL.COM **

EXHIBIT B



**One Source Rentals**



# RENTAL INVOICE
## COPY

**To:**      DEANNA

**Company:**  VISION HOSPITALITY

**Message:**  40,214.81   THANKS

_____

_____

_____

**From:**      JOY

**Location:**   ONE SOURCE - MORTON

**Phone:**     309-266-8700

**Fax #:**     309-266-8708

If you have a problem with this transmission please call the number listed above.

EXHIBIT B



**One Source**
RENTALS • SALES • SERVICE

945 DETROIT AVE.
MORTON, IL  61550
309-266-8700

**Remit To:**
DEPT #30733/ONE SOURCE RENTALS
P.O. BOX 790126
ST. LOUIS, MO  63179-0126
309-266-8700

**Job Site:**
FOUR POINTS BY SHERATON
500 HAMILTON BLVD
PEORIA, IL  61601

C#: 321-392-4413 J#: 321-392-4413

# RENTAL INVOICE
## COPY

Invoice #...     5020848-0005
Invoice date  9/17/14
Date out....  5/19/14    12:35 PM
Date in.....  9/15/14     5:00 PM
Job Loc..... 500 HAMILTON BLVD, PEORIA
Job No...... 1 - FOUR POINTS BY S
P.O. #......
Ordered By.. PETE
Terms....... Net 10 Days
Written by.. MICHELLE EAKER
Salesman... 01203

**Customer: 3006858**
VISION HOSPITALITY CONST.
7335 W. SAND LAKE RD STE 390
ORLANDO, FL  32819

| Qty | Equipment # | Min | Day | Week | 4 Week | Amount |
|-----|-------------|-----|-----|------|--------|--------|
| 1 | MISCELLANEOUS RENTAL ITEM 10" CORE BIT | 116.00 | 116.00 | 578.00 | 809.00 | 694.00 |

SALES ITEMS:

| Qty | Item number | Unit | Price | | | Amount |
|-----|-------------|------|-------|--|--|--------|
| 1 | EPA ENVIRONMENTAL FEE | EA | 6.940 | | | 6.94 |

|  |  |
|--|--|
| Sub-total: | 700.94 |
| Total: | 700.94 |

FINAL BILL:  9/08/14 12:35 PM THRU  9/15/14 05:00 PM.

| IF THE EQUIPMENT DOES NOT WORK PROPERLY, NOTIFY THE OFFICE AT ONCE | MULTIPLE SHIFTS OR OVERTIME RATES APPLY | CUSTOMER IS RESPONSIBLE FOR REFUELING, DAMAGES OR REPAIRS |

Lessee acknowledges receipt of operating instructions.  Lessee assumes responsibility to adequately instruct subsequent operators and will permit only competent and qualified personnel to operate equipment.  Lessee acknowledges that during the term of the lease, Lessor has no responsibility over the equipment's proper application, operation and conformance to operating and safety premises.  Lessee will cease using equipment and call One Source Equipment Rentals, LLC for service if unit fails to operate properly.
This piece of equipment shall be used no more than eight (8) hours in any one day, nor more than five (5) days in any one week (except as provided in paragraph 4 hereof).  Additional charges may result from neglected maintenance, improper use or excessive clean-up.
Rental terminates when One Source Equipment Rentals, LLC is notified and a termination number is assigned.  Failure to comply constitutes additional rental charges.
**All deliveries are subject to the terms and conditions on the reverse side.**
I have read and agree to the terms of this rental contract and acknowledge receipt of the above stated equipment.

X

| CUSTOMER SIGNATURE | DATE | NAME PRINTED | DELIVERED BY | DATE |

Terms: Payment Due Net 10 - Delinquency charges, at the maximum monthly rate allowed by law, will apply 30 days from the date of invoice.
** ONESOURCERENTAL.COM **

EXHIBIT B



**One Source Rentals**

**Date:** 11/07/14
**Time:** 17:40



## RENTAL INVOICE
## COPY

**To:** _DEANNA_

**Company:** _VISION HOSPITALITY_

**Message:** _40,214.81   THANKS_

**From:** _JOY_

**Location:** _ONE SOURCE - MORTON_

**Phone:** _309-266-8700_

**Fax #:** _309-266-8708_

If you have a problem with this transmission please call the number listed above.

EXHIBIT B

# One Source
RENTALS • SALES • SERVICE

945 DETROIT AVE.
MORTON, IL  61550
309-266-8700

**Remit To:**
DEPT #30733/ONE SOURCE RENTALS
P.O. BOX 790126
ST. LOUIS, MO  63179-0126
309-266-8700

**Job Site:**
FOUR POINTS BY SHERATON
500 HAMILTON BLVD
PEORIA, IL  61601

C#: 321-392-4413 J#: 321-392-4413

# RENTAL INVOICE
## COPY

Invoice #...     5020310-0007
Invoice date  9/19/14
Date out....  3/19/14    11:37 AM
Billed thru. 10/01/14
Job Loc..... 500 HAMILTON BLVD, PEORIA
Job No...... 1 - FOUR POINTS BY S
P.O. #......
Ordered By.. PETE
Terms....... Net 10 Days
Written by..

**Customer: 3006858**
VISION HOSPITALITY CONST.
7335 W. SAND LAKE RD STE 390
ORLANDO, FL  32819

Salesman... 01203

| Qty | Equipment # | Min | Day | Week | 4 Week | Amount |
|-----|-------------|-----|-----|------|--------|--------|
| 1 | FORKLIFT (5000-6000#) INDUSTR | 185.00 | 185.00 | 460.00 | 1150.00 | 1150.00 |
|   | 290088    Make: CAT  Model: GC25K |  | LP | Ser #: AT82C06967 |  |  |
|   | HR OUT1 6943.40   HR IN1 |  | TOTAL: | 6943.40 |  |  |
| 1 | MISCELLANEOUS RENTAL ITEM | 65.00 | 65.00 | 155.00 | 385.00 | 385.00 |
|   | CARPET POLE ATTACHMENT |  |  |  |  |  |

SALES ITEMS:

| Qty | Item number | Unit | Price |     |
|-----|-------------|------|-------|-----|
| 1 | EPA | EA | 15.350 | 15.35 |
|   | ENVIRONMENTAL FEE |  |  |  |

```
                              Sub-total:    1550.35
                          Damage waiver:     161.00
                                  Total:    1711.35
```

BILLED FOR FOUR WEEKS   9/03/14 THRU 10/01/14  11:37 AM

| IF THE EQUIPMENT DOES NOT WORK PROPERLY, NOTIFY THE OFFICE AT ONCE | MULTIPLE SHIFTS OR OVERTIME RATES APPLY | CUSTOMER IS RESPONSIBLE FOR REFUELING, DAMAGES OR REPAIRS |

Lessee acknowledges receipt of operating instructions.  Lessee assumes responsibility to adequately instruct subsequent operators and will permit only competent and qualified personnel to operate equipment.  Lessee acknowledges that during the term of the lease, Lessor has no responsibility over the equipment's proper application, operation and conformance to operating and safety premises. Lessee will cease using equipment and call One Source Equipment Rentals, LLC for service if unit fails to operate properly.
This piece of equipment shall be used no more than eight (8) hours in any one day, nor more than five (5) days in any one week (except as provided in paragraph 4 hereof).  Additional charges may result from neglected maintenance, improper use or excessive clean-up.
Rental terminates when One Source Equipment Rentals, LLC is notified and a termination number is assigned.  Failure to comply constitutes additional rental charges.
**All deliveries are subject to the terms and conditions on the reverse side.**
**I have read and agree to the terms of this rental contract and acknowledge receipt of the above stated equipment.**

X

| CUSTOMER SIGNATURE | DATE | NAME PRINTED | DELIVERED BY | DATE |

Terms: Payment Due Net 10 - Delinquency charges, at the maximum monthly rate allowed by law, will apply 30 days from the date of invoice.
** WWW.ONESOURCERENTAL.COM **

EXHIBIT B



**Date:** 11/07/14
**Time:** 17:40

## One Source Rentals



# RENTAL INVOICE
# COPY

**To:**      DEANNA

**Company:**  VISION HOSPITALITY

**Message:**  40,214.81    THANKS

_____

_____

_____

**From:**      JOY

**Location:**   ONE SOURCE - MORTON

**Phone:**     309-266-8700

**Fax #:**      309-266-8708

If you have a problem with this transmission please call the number listed above.

EXHIBIT B



**One Source**
RENTALS • SALES • SERVICE

945 DETROIT AVE.
MORTON, IL 61550
309-266-8700

**Remit To:**
DEPT #30733/ONE SOURCE RENTALS
P.O. BOX 790126
ST. LOUIS, MO 63179-0126
309-266-8700

**Job Site:**
FOUR POINTS WAREHOUSE
PERSIMMON & WASHINGTON
PEORIA, IL 61601

C#: 321-392-4413 J#: 321-392-4413

# RENTAL INVOICE
## COPY

Invoice #... 5020984-0005
Invoice date 9/20/14
Date out.... 5/15/14 2:00 PM
Billed thru. 10/02/14
Job Loc..... PERSIMMON & WASHINGTON,
Job No...... 1 - FOUR POINTS WARE
P.O. #......
Ordered By.. .
Terms....... Net 10 Days
Written by..

**Customer: 3006858**
VISION HOSPITALITY CONST.
7335 W. SAND LAKE RD STE 390
ORLANDO, FL 32819

Salesman... 01203

| Qty | Equipment # | Min | Day | Week | 4 Week | Amount |
|-----|-------------|-----|-----|------|--------|--------|
| 1 | FAN AIR MOVERS 36" - 42" ROUN | 30.00 | 30.00 | 75.00 | 185.00 | 185.00 |
| | 340318    Make: VENTAMATIC  Model: BF42BD RED  Ser #: NA | | | | | |
| 1 | FAN AIR MOVERS 36" - 42" ROUN | 30.00 | 30.00 | 75.00 | 185.00 | 185.00 |
| | 340319    Make: VENTAMATIC  Model: BF42BD RED  Ser #: NA | | | | | |
| 1 | FAN AIR MOVERS 36" - 42" ROUN | 30.00 | 30.00 | 75.00 | 185.00 | 185.00 |
| | 340320    Make: VENTAMATIC  Model: BF42BD RED  Ser #: NA | | | | | |
| 1 | FAN AIR MOVERS 36" - 42" ROUN | 30.00 | 30.00 | 75.00 | 185.00 | 185.00 |
| | 340321    Make: VENTAMATIC  Model: BF42BD RED  Ser #: NA | | | | | |
| 1 | FAN AIR MOVERS 36" - 42" ROUN | 30.00 | 30.00 | 75.00 | 185.00 | 185.00 |
| | 340322    Make: VENTAMATIC  Model: BF42BD RED  Ser #: NA | | | | | |

SALES ITEMS:

| Qty | Item number | Unit | Price | |
|-----|-------------|------|-------|---|
| 1 | EPA | EA | 9.250 | 9.25 |
| | ENVIRONMENTAL FEE | | | |

Sub-total: 934.25
Damage waiver: 129.50
Total: 1063.75

BILLED FOR FOUR WEEKS  9/04/14 THRU 10/02/14  02:00 PM

| IF THE EQUIPMENT DOES NOT WORK PROPERLY, NOTIFY THE OFFICE AT ONCE | MULTIPLE SHIFTS OR OVERTIME RATES APPLY | CUSTOMER IS RESPONSIBLE FOR REFUELING, DAMAGES OR REPAIRS |
|---|---|---|

Lessee acknowledges receipt of operating instructions.  Lessee assumes responsibility to adequately instruct subsequent operators and will permit only competent and qualified personnel to operate equipment.  Lessee acknowledges that during the term of the lease, Lessor has no responsibility over the equipment's proper application, operation and conformance to operating and safety premises. Lessee will cease using equipment and call One Source Equipment Rentals, LLC for service if unit fails to operate properly.
This piece of equipment shall be used no more than eight (8) hours in any one day, nor more than five (5) days in any one week (except as provided in paragraph 4 hereof).  Additional charges may result from neglected maintenance, improper use or excessive clean-up.
Rental terminates when One Source Equipment Rentals, LLC is notified and a termination number is assigned.  Failure to comply constitutes additional rental charges.
**All deliveries are subject to the terms and conditions on the reverse side.**
**I have read and agree to the terms of this rental contract and acknowledge receipt of the above stated equipment.**

X _____

| CUSTOMER SIGNATURE | DATE | NAME PRINTED | DELIVERED BY | DATE |
|---|---|---|---|---|

Terms: Payment Due Net 10 - Delinquency charges, at the maximum monthly rate allowed by law, will apply 30 days from the date of invoice.
** WWW.ONESOURCERENTAL.COM **

EXHIBIT B



**Date:** 11/07/14
**Time:** 17:40

**One Source Rentals**



## RENTAL INVOICE
## COPY

**To:** DEANNA

**Company:** VISION HOSPITALITY

**Message:** 40,214.81 THANKS

**From:** JOY

**Location:** ONE SOURCE - MORTON

**Phone:** 309-266-8700

**Fax #:** 309-266-8708

If you have a problem with this transmission please call the number listed above.

EXHIBIT B



**One Source**
RENTALS • SALES • SERVICE

945 DETROIT AVE.
MORTON, IL 61550
309-266-8700

**Remit To:**
DEPT #30733/ONE SOURCE RENTALS
P.O. BOX 790126
ST. LOUIS, MO 63179-0126
309-266-8700

**Job Site:**
FOUR POINTS BY SHERATON
500 HAMILTON BLVD
PEORIA, IL 61601

C#: 321-392-4413 J#: 321-392-4413

## RENTAL INVOICE
### COPY

Invoice #...     5020985-0005
Invoice date  9/21/14
Date out....  5/16/14     2:00 PM
Billed thru. 10/03/14
Job Loc..... 500 HAMILTON BLVD, PEORIA
Job No...... 1 - FOUR POINTS BY S
P.O. #......
Ordered By.. .
Terms....... Net 10 Days
Written by..
Salesman... 01203

**Customer: 3006858**
VISION HOSPITALITY CONST.
7335 W. SAND LAKE RD STE 390
ORLANDO, FL 32819

| Qty | Equipment # | Min | Day | Week | 4 Week | Amount |
|-----|-------------|-----|-----|------|--------|--------|
| 1 | FAN AIR MOVERS 36" - 42" ROUN | 30.00 | 30.00 | 75.00 | 185.00 | 185.00 |
|   | 340323    Make: UTILITECH  Model: PRO 36"  Ser #: NA | | | | | |
| 1 | FAN AIR MOVERS 36" - 42" ROUN | 30.00 | 30.00 | 75.00 | 185.00 | 185.00 |
|   | 340324    Make: UTILITECH  Model: PRO 36"  Ser #: NA | | | | | |
| 1 | FAN AIR MOVERS 36" - 42" ROUN | 30.00 | 30.00 | 75.00 | 185.00 | 185.00 |
|   | 340325    Make: UTILITECH  Model: PRO 36"  Ser #: NA | | | | | |
| 1 | FAN AIR MOVERS 36" - 42" ROUN | 30.00 | 30.00 | 75.00 | 185.00 | 185.00 |
|   | 340326    Make: UTILITECH  Model: PRO 36"  Ser #: NA | | | | | |
| 1 | FAN AIR MOVERS 36" - 42" ROUN | 30.00 | 30.00 | 75.00 | 185.00 | 185.00 |
|   | 340327    Make: UTILITECH  Model: PRO 36"  Ser #: NA | | | | | |
| 1 | FAN AIR MOVERS 36" - 42" ROUN | 30.00 | 30.00 | 75.00 | 185.00 | 185.00 |
|   | 340328    Make: UTILITECH  Model: PRO 36"  Ser #: NA | | | | | |
| 1 | FAN AIR MOVERS 36" - 42" ROUN | 30.00 | 30.00 | 75.00 | 185.00 | 185.00 |
|   | 340330    Make: VENTAMATIC  Model: BF36DD RED  Ser #: NA | | | | | |
| 1 | FAN AIR MOVERS 36" - 42" ROUN | 30.00 | 30.00 | 75.00 | 185.00 | 185.00 |
|   | 340333    Make: VENTAMATIC  Model: BF42BD RED  Ser #: NA | | | | | |
| 1 | FAN AIR MOVERS 36" - 42" ROUN | 30.00 | 30.00 | 75.00 | 185.00 | 185.00 |
|   | 340334    Make: VENTAMATIC  Model: BF42BD RED  Ser #: NA | | | | | |
| 1 | MISCELLANEOUS RENTAL ITEM | 50.00 | 50.00 | 204.00 | 358.00 | 358.00 |
|   | 4" CORE BIT | | | | | |

SALES ITEMS:

| Qty | Item number | Unit | Price | | | |
|-----|-------------|------|-------|---|---|---|
| 1 | EPA | EA | 20.230 | | | 20.23 |
|   | ENVIRONMENTAL FEE | | | | | |

| IF THE EQUIPMENT DOES NOT WORK PROPERLY, NOTIFY THE OFFICE AT ONCE | MULTIPLE SHIFTS OR OVERTIME RATES APPLY | CUSTOMER IS RESPONSIBLE FOR REFUELING, DAMAGES OR REPAIRS |
|---|---|---|

Lessee acknowledges receipt of operating instructions. Lessee assumes responsibility to adequately instruct subsequent operators and will permit only competent and qualified personnel to operate equipment. Lessee acknowledges that during the term of the lease, Lessor has no responsibility over the equipment's proper application, operation and conformance to operating and safety premises. Lessee will cease using equipment and call One Source Equipment Rentals, LLC for service if unit fails to operate properly.

This piece of equipment shall be used no more than eight (8) hours in any one day, nor more than five (5) days in any one week (except as provided in paragraph 4 hereof). Additional charges may result from neglected maintenance, improper use or excessive clean-up.

Rental terminates when One Source Equipment Rentals, LLC is notified and a termination number is assigned. Failure to comply constitutes additional rental charges.

**All deliveries are subject to the terms and conditions on the reverse side.**

**I have read and agree to the terms of this rental contract and acknowledge receipt of the above stated equipment.**

X _____

| CUSTOMER SIGNATURE | DATE | NAME PRINTED | DELIVERED BY | DATE |

**Terms: Payment Due Net 10 - Delinquency charges, at the maximum monthly rate allowed by law, will apply 30 days from the date of invoice.**
** WWW.ONESOURCERENTAL.COM **

EXHIBIT B



**One Source Rentals**



# RENTAL INVOICE
## COPY

**To:** _DEANNA_

**Company:** _VISION HOSPITALITY_

**Message:** _40,214.81    THANKS_

**From:** _JOY_

**Location:** _ONE SOURCE - MORTON_

**Phone:** _309-266-8700_

**Fax #:** _309-266-8708_

If you have a problem with this transmission please call the number listed above.

EXHIBIT B



**One Source**
RENTALS • SALES • SERVICE

945 DETROIT AVE.
MORTON, IL 61550
309-266-8700

**Job Site:**
FOUR POINTS BY SHERATON
500 HAMILTON BLVD
PEORIA, IL 61601

C#: 321-392-4413 J#: 321-392-4413

**Customer: 3006858**
VISION HOSPITALITY CONST.
7335 W. SAND LAKE RD STE 390
ORLANDO, FL 32819

**Remit To:**
DEPT #30733/ONE SOURCE RENTALS
P.O. BOX 790126
ST. LOUIS, MO 63179-0126
309-266-8700

# RENTAL INVOICE
# COPY

Invoice #...     5020985-0005
Invoice date  9/21/14
Date out....  5/16/14     2:00 PM
Billed thru. 10/03/14
Job Loc.....  500 HAMILTON BLVD, PEORIA
Job No......  1 - FOUR POINTS BY S
P.O. #......
Ordered By.. .
Terms....... Net 10 Days
Written by..

Salesman... 01203

| Qty | Equipment # | Min | Day | Week | 4 Week | Amount |
|-----|-------------|-----|-----|------|--------|--------|
|     |             |     |     | Sub-total: |  | 2043.23 |
|     |             |     |     | Damage waiver: |  | 233.10 |
|     |             |     |     | Total: |  | 2276.33 |
|     | BILLED FOR FOUR WEEKS   9/05/14 THRU 10/03/14   02:00 PM |  |  |  |  |  |

**IF THE EQUIPMENT DOES NOT WORK PROPERLY, NOTIFY THE OFFICE AT ONCE**　　　**MULTIPLE SHIFTS OR OVERTIME RATES APPLY**　　　**CUSTOMER IS RESPONSIBLE FOR REFUELING, DAMAGES OR REPAIRS**

Lessee acknowledges receipt of operating instructions. Lessee assumes responsibility to adequately instruct subsequent operators and will permit only competent and qualified personnel to operate equipment. Lessee acknowledges that during the term of the lease, Lessor has no responsibility over the equipment's proper application, operation and conformance to operating and safety premises. Lessee will cease using equipment and call One Source Equipment Rentals, LLC for serivice if unit fails to operate properly.
This piece of equipment shall be used no more than eight (8) hours in any one day, nor more than five (5) days in any one week (except as provided in paragraph 4 hereof). Additional charges may result from neglected maintenance, improper use or excessive clean-up.
Rental terminates when One Source Equipment Rentals, LLC is notified and a termination number is assigned. Failure to comply constitutes additional rental charges.
**All deliveries are subject to the terms and conditions on the reverse side.**
**I have read and agree to the terms of this rental contract and acknowledge receipt of the above stated equipment.**

X

_____
CUSTOMER SIGNATURE　　DATE　　NAME PRINTED　　　　　　　DELIVERED BY　　DATE

Terms: Payment Due Net 10 - Delinquency charges, at the maximum monthly rate allowed by law, will apply 30 days from the date of invoice.
** WWW.ONESOURCERENTAL.COM **

EXHIBIT B

Page: 1



**One Source**
RENTALS • SALES • SERVICE

945 DETROIT AVE.
MORTON, IL  61550
309-266-8700

**Remit To:**
DEPT #30733/ONE SOURCE RENTALS
P.O. BOX 790126
ST. LOUIS, MO  63179-0126
309-266-8700

**Job Site:**
FOUR POINTS BY SHERATON
500 HAMILTON BLVD
PEORIA, IL  61601

C#: 321-710-4860 J#: 321-392-4413

## RENTAL INVOICE

Invoice #...     5020733-0006
Invoice date 10/09/14
Date out....  5/06/14    7:00 AM
Billed thru. 10/21/14
Job Loc..... 500 HAMILTON BLVD, PEO
Job No...... 1 - FOUR POINTS BY S
P.O. #......
Ordered By.. PETE
Terms....... Net 10 Days
Written by..
Salesman... 01203

**Customer: 3006858**
VISION HOSPITALITY CONST.
7335 W SAND LAKE RD STE 390
ORLANDO, FL  32819

| Qty | Equipment # | Min | Day | Week | 4 Week | Amount |
|-----|-------------|-----|-----|------|--------|--------|
| 1 | DEHUMIDIFIERS | 85.00 | 85.00 | 260.00 | 650.00 | 650.00 |
| | 330106   Make: DRI-EAZ  Model: LGR7000XLI  Ser #: 7085 | | | | | |
| 1 | DEHUMIDIFIERS | 85.00 | 85.00 | 260.00 | 650.00 | 650.00 |
| | 330219   Make: DRI-EAZ  Model: LGR7000XLI  Ser #: 7526 | | | | | |
| 1 | DEHUMIDIFIERS | 85.00 | 85.00 | 260.00 | 650.00 | 650.00 |
| | 330100   Make: DRI-EAZ  Model: LGR7000XLI  Ser #: 6813 | | | | | |
| 1 | DEHUMIDIFIERS | 85.00 | 85.00 | 260.00 | 650.00 | 650.00 |
| | 330126   Make: DRI-EAZ  Model: LGR7000XLI  Ser #: 6788 | | | | | |
| 1 | DEHUMIDIFIERS | 85.00 | 85.00 | 260.00 | 650.00 | 650.00 |
| | 330119   Make: DRI-EAZ  Model: LGR7000XLI  Ser #: 7170 | | | | | |
| 1 | MISCELLANEOUS RENTAL ITEM | | | | | N/C |
| | 6" CORE BIT | | | | | |

SALES ITEMS:

| Qty | Item number | Unit | Price | |
|-----|-------------|------|-------|---|
| 1 | EPA | EA | 32.500 | 32.50 |
| | ENVIRONMENTAL FEE | | | |

Sub-total:    3282.50
Damage waiver:     455.00
Total:    3737.50

BILLED FOR FOUR WEEKS  9/23/14 THRU 10/21/14  07:00 AM

| **IF THE EQUIPMENT DOES NOT WORK PROPERLY, NOTIFY THE OFFICE AT ONCE** | **MULTIPLE SHIFTS OR OVERTIME RATES APPLY** | **CUSTOMER IS RESPONSIBLE FOR REFUELING, DAMAGES OR REPAIRS** |
|---|---|---|

Lessee acknowledges receipt of operating instructions. Lessee assumes responsibility to adequately instruct subsequent operators and will permit only competent and qualified personnel to operate equipment. Lessee acknowledges that during the term of the lease, Lessor has no responsibility over the equipment's proper application, operation and conformance to operating and safety premises. Lessee will cease using equipment and call One Source Equipment Rentals, LLC for service if unit fails to operate properly.
This piece of equipment shall be used no more than eight (8) hours in any one day, nor more than five (5) days in any one week (except as provided in paragraph 4 hereof). Additional charges may result from neglected maintenance, improper use or excessive clean-up.
Rental terminates when One Source Equipment Rentals, LLC is notified and a termination number is assigned. Failure to comply constitutes additional rental charges.
All deliveries are subject to the terms and conditions on the reverse side.
I have read and agree to the terms of this rental contract and acknowledge receipt of the above stated equipment.

X

CUSTOMER SIGNATURE          DATE          NAME PRINTED                    DELIVERED BY          DATE

Terms: Payment Due Net 10 - Delinquency charges, at the maximum monthly rate allowed by law, will apply 30 days from the date of invoice.
** WWW.ONESOURCERENTAL.COM **

EXHIBIT B



**One Source**
RENTALS • SALES • SERVICE

945 DETROIT AVE.
MORTON, IL 61550
309-266-8700

Page: 1

**Remit To:**
DEPT #30733/ONE SOURCE RENTALS
P.O. BOX 790126
ST. LOUIS, MO 63179-0126
309-266-8700

**Job Site:**
FOUR POINTS BY SHERATON
500 HAMILTON BLVD
PEORIA, IL 61601

C#: 321-392-4413 J#: 321-392-4413

# RENTAL INVOICE
## COPY

Invoice #... 5020310-0008
Invoice date 10/17/14
Date out.... 3/19/14  11:37 AM
Billed thru. 10/29/14
Job Loc..... 500 HAMILTON BLVD, PEORI
Job No...... 1 - FOUR POINTS BY S
P.O. #......
Ordered By.. PETE
Terms....... Net 10 Days
Written by..
Salesman... 01203

**Customer: 3006858**
VISION HOSPITALITY CONST.
7335 W. SAND LAKE RD STE 390
ORLANDO, FL 32819

| Qty | Equipment # | Min | Day | Week | 4 Week | Amount |
|---|---|---|---|---|---|---|
| 1 | FORKLIFT (5000-6000#) INDUSTR | 185.00 | 185.00 | 460.00 | 1150.00 | 1150.00 |
| | 290088   Make: CAT  Model: GC25K | | LP | Ser #: AT82C06967 | | |
| | HR OUT1 6943.40   HR IN1 | | TOTAL: | 6943.40 | | |
| 1 | MISCELLANEOUS RENTAL ITEM | 65.00 | 65.00 | 155.00 | 385.00 | 385.00 |
| | CARPET POLE ATTACHMENT | | | | | |

SALES ITEMS:

| Qty | Item number | Unit | Price | |
|---|---|---|---|---|
| 1 | EPA | EA | 15.350 | 15.35 |
| | ENVIRONMENTAL FEE | | | |

Sub-total: 1550.35
Damage waiver: 161.00
Total: 1711.35

BILLED FOR FOUR WEEKS 10/01/14 THRU 10/29/14  11:37 AM

**IF THE EQUIPMENT DOES NOT WORK PROPERLY, NOTIFY THE OFFICE AT ONCE** | **MULTIPLE SHIFTS OR OVERTIME RATES APPLY** | **CUSTOMER IS RESPONSIBLE FOR REFUELING, DAMAGES OR REPAIRS**

Lessee acknowledges receipt of operating instructions. Lessee assumes responsibility to adequately instruct subsequent operators and will permit only competent and qualified personnel to operate equipment. Lessee acknowledges that during the term of the lease, Lessor has no responsibility over the equipment's proper application, operation and conformance to operating and safety premises. Lessee will cease using equipment and call One Source Equipment Rentals, LLC for service if unit fails to operate properly.
This piece of equipment shall be used no more than eight (8) hours in any one day, nor more than five (5) days in any one week (except as provided in paragraph 4 hereof). Additional charges may result from neglected maintenance, improper use or excessive clean-up.
Rental terminates when One Source Equipment Rentals, LLC is notified and a termination number is assigned. Failure to comply constitutes additional rental charges.
**All deliveries are subject to the terms and conditions on the reverse side.**
**I have read and agree to the terms of this rental contract and acknowledge receipt of the above stated equipment.**

X

CUSTOMER SIGNATURE   DATE   NAME PRINTED   DELIVERED BY   DATE

Terms: Payment Due Net 10 - Delinquency charges, at the maximum monthly rate allowed by law, will apply 30 days from the date of invoice.
** WWW.ONESOURCERENTAL.COM **

EXHIBIT B



*One Source Rentals*



# RENTAL INVOICE
## COPY

**To:**  DEANNA

**Company:**  VISION HOSPITALITY

**Message:**  40,214.81  THANKS

_____

_____

_____

**From:**  JOY

**Location:**  ONE SOURCE - MORTON

**Phone:**  309-266-8700

**Fax #:**  309-266-8708

If you have a problem with this transmission please call the number listed above.

EXHIBIT B



Page: 1

**Remit To:**
DEPT #30733/ONE SOURCE RENTALS
P.O. BOX 790126
ST. LOUIS, MO  63179-0126
309-266-8700

945 DETROIT AVE.
MORTON, IL  61550
309-266-8700

**Job Site:**
FOUR POINTS WAREHOUSE
PERSIMMON & WASHINGTON
PEORIA, IL  61601

C#: 321-392-4413 J#: 321-392-4413

# RENTAL INVOICE
## COPY

Invoice #...    5020984-0006
Invoice date 10/18/14
Date out.... 5/15/14    2:00 PM
Billed thru. 10/30/14
Job Loc..... PERSIMMON & WASHINGTON,
Job No...... 1 - FOUR POINTS WARE
P.O. #......
Ordered By.. .
Terms....... Net 10 Days
Written by..

**Customer: 3006858**
VISION HOSPITALITY CONST.
7335 W. SAND LAKE RD STE 390
ORLANDO, FL  32819

Salesman... 01203

| Qty | Equipment # | Min | Day | Week | 4 Week | Amount |
|---|---|---|---|---|---|---|
| 1 | FAN AIR MOVERS 36" - 42" ROUN | 30.00 | 30.00 | 75.00 | 185.00 | 185.00 |
|  | 340318    Make: VENTAMATIC  Model: BF42BD RED  Ser #: NA |  |  |  |  |  |
| 1 | FAN AIR MOVERS 36" - 42" ROUN | 30.00 | 30.00 | 75.00 | 185.00 | 185.00 |
|  | 340319    Make: VENTAMATIC  Model: BF42BD RED  Ser #: NA |  |  |  |  |  |
| 1 | FAN AIR MOVERS 36" - 42" ROUN | 30.00 | 30.00 | 75.00 | 185.00 | 185.00 |
|  | 340320    Make: VENTAMATIC  Model: BF42BD RED  Ser #: NA |  |  |  |  |  |
| 1 | FAN AIR MOVERS 36" - 42" ROUN | 30.00 | 30.00 | 75.00 | 185.00 | 185.00 |
|  | 340321    Make: VENTAMATIC  Model: BF42BD RED  Ser #: NA |  |  |  |  |  |
| 1 | FAN AIR MOVERS 36" - 42" ROUN | 30.00 | 30.00 | 75.00 | 185.00 | 185.00 |
|  | 340322    Make: VENTAMATIC  Model: BF42BD RED  Ser #: NA |  |  |  |  |  |

SALES ITEMS:

| Qty | Item number | Unit | Price |  |
|---|---|---|---|---|
| 1 | EPA | EA | 9.250 | 9.25 |
|  | ENVIRONMENTAL FEE |  |  |  |

Sub-total:    934.25
Damage waiver:    129.50
Total:  1063.75

BILLED FOR FOUR WEEKS 10/02/14 THRU 10/30/14   02:00 PM

**IF THE EQUIPMENT DOES NOT WORK PROPERLY, NOTIFY THE OFFICE AT ONCE** | **MULTIPLE SHIFTS OR OVERTIME RATES APPLY** | **CUSTOMER IS RESPONSIBLE FOR REFUELING, DAMAGES OR REPAIRS**

Lessee acknowledges receipt of operating instructions.  Lessee assumes responsibility to adequately instruct subsequent operators and will permit only competent and qualified personnel to operate equipment.  Lessee acknowledges that during the term of the lease, Lessor has no responsibility over the equipment's proper application, operation and conformance to operating and safety premises.  Lessee will cease using equipment and call One Source Equipment Rentals, LLC for service if unit fails to operate properly.

This piece of equipment shall be used no more than eight (8) hours in any one day, nor more than five (5) days in any one week (except as provided in paragraph 4 hereof).  Additional charges may result from neglected maintenance, improper use or excessive clean-up.

Rental terminates when One Source Equipment Rentals, LLC is notified and a termination number is assigned.  Failure to comply constitutes additional rental charges.

**All deliveries are subject to the terms and conditions on the reverse side.**

I have read and agree to the terms of this rental contract and acknowledge receipt of the above stated equipment.

X

CUSTOMER SIGNATURE    DATE    NAME PRINTED    DELIVERED BY    DATE

Terms: Payment Due Net 10 - Delinquency charges, at the maximum monthly rate allowed by law, will apply 30 days from the date of invoice.
** WWW.ONESOURCERENTAL.COM **

EXHIBIT B



**One Source**
RENTALS • SALES • SERVICE

945 DETROIT AVE.
MORTON, IL 61550
309-266-8700

**Remit To:**
DEPT #30733/ONE SOURCE RENTALS
P.O. BOX 790126
ST. LOUIS, MO 63179-0126
309-266-8700

**Job Site:**
FOUR POINTS BY SHERATON
500 HAMILTON BLVD
PEORIA, IL 61601

C#: 321-392-4413  J#: 321-392-4413

# RENTAL INVOICE
# COPY

Invoice #...        5020985-0006
Invoice date 10/19/14
Date out....  5/16/14    2:00 PM
Billed thru. 10/31/14
Job Loc..... 500 HAMILTON BLVD, PEORIA
Job No...... 1 - FOUR POINTS BY S
P.O. #......
Ordered By.. .
Terms....... Net 10 Days
Written by..
Salesman... 01203

**Customer: 3006858**
VISION HOSPITALITY CONST.
7335 W. SAND LAKE RD STE 390
ORLANDO, FL 32819

| Qty | Equipment # | Min | Day | Week | 4 Week | Amount |
|-----|-------------|-----|-----|------|--------|--------|
| 1 | FAN AIR MOVERS 36" - 42" ROUN | 30.00 | 30.00 | 75.00 | 185.00 | 185.00 |
|   | 340323    Make: UTILITECH  Model: PRO 36"  Ser #: NA | | | | | |
| 1 | FAN AIR MOVERS 36" - 42" ROUN | 30.00 | 30.00 | 75.00 | 185.00 | 185.00 |
|   | 340324    Make: UTILITECH  Model: PRO 36"  Ser #: NA | | | | | |
| 1 | FAN AIR MOVERS 36" - 42" ROUN | 30.00 | 30.00 | 75.00 | 185.00 | 185.00 |
|   | 340325    Make: UTILITECH  Model: PRO 36"  Ser #: NA | | | | | |
| 1 | FAN AIR MOVERS 36" - 42" ROUN | 30.00 | 30.00 | 75.00 | 185.00 | 185.00 |
|   | 340326    Make: UTILITECH  Model: PRO 36"  Ser #: NA | | | | | |
| 1 | FAN AIR MOVERS 36" - 42" ROUN | 30.00 | 30.00 | 75.00 | 185.00 | 185.00 |
|   | 340327    Make: UTILITECH  Model: PRO 36"  Ser #: NA | | | | | |
| 1 | FAN AIR MOVERS 36" - 42" ROUN | 30.00 | 30.00 | 75.00 | 185.00 | 185.00 |
|   | 340328    Make: UTILITECH  Model: PRO 36"  Ser #: NA | | | | | |
| 1 | FAN AIR MOVERS 36" - 42" ROUN | 30.00 | 30.00 | 75.00 | 185.00 | 185.00 |
|   | 340330    Make: VENTAMATIC  Model: BF36DD RED  Ser #: NA | | | | | |
| 1 | FAN AIR MOVERS 36" - 42" ROUN | 30.00 | 30.00 | 75.00 | 185.00 | 185.00 |
|   | 340333    Make: VENTAMATIC  Model: BF42BD RED  Ser #: NA | | | | | |
| 1 | FAN AIR MOVERS 36" - 42" ROUN | 30.00 | 30.00 | 75.00 | 185.00 | 185.00 |
|   | 340334    Make: VENTAMATIC  Model: BF42BD RED  Ser #: NA | | | | | |
| 1 | MISCELLANEOUS RENTAL ITEM | 50.00 | 50.00 | 204.00 | 358.00 | 358.00 |
|   | 4" CORE BIT | | | | | |

SALES ITEMS:

| Qty | Item number | Unit | Price | | | |
|-----|-------------|------|-------|---|---|---|
| 1 | EPA | EA | 20.230 | | | 20.23 |
|   | ENVIRONMENTAL FEE | | | | | |

| IF THE EQUIPMENT DOES NOT WORK PROPERLY, NOTIFY THE OFFICE AT ONCE | MULTIPLE SHIFTS OR OVERTIME RATES APPLY | CUSTOMER IS RESPONSIBLE FOR REFUELING, DAMAGES OR REPAIRS |
|---|---|---|

Lessee acknowledges receipt of operating instructions. Lessee assumes responsibility to adequately instruct subsequent operators and will permit only competent and qualified personnel to operate equipment. Lessee acknowledges that during the term of the lease, Lessor has no responsibility over the equipment's proper application, operation and conformance to operating and safety premises. Lessee will cease using equipment and call One Source Equipment Rentals, LLC for service if unit fails to operate properly.
This piece of equipment shall be used no more than eight (8) hours in any one day, nor more than five (5) days in any one week (except as provided in paragraph 4 hereof). Additional charges may result from neglected maintenance, improper use or excessive clean-up.
Rental terminates when One Source Equipment Rentals, LLC is notified and a termination number is assigned. Failure to comply constitutes additional rental charges.
**All deliveries are subject to the terms and conditions on the reverse side.**
**I have read and agree to the terms of this rental contract and acknowledge receipt of the above stated equipment.**

X _____

CUSTOMER SIGNATURE    DATE    NAME PRINTED               DELIVERED BY          DATE

**Terms: Payment Due Net 10 - Delinquency charges, at the maximum monthly rate allowed by law, will apply 30 days from the date of invoice.**
** WWW.ONESOURCERENTAL.COM **

EXHIBIT B



**Date:** 11/07/14
**Time:** 17:40

*One Source Rentals*



# RENTAL INVOICE
## COPY

**To:** DEANNA

**Company:** VISION HOSPITALITY

**Message:** 40,214.81   THANKS

_____

_____

_____

**From:** JOY

**Location:** ONE SOURCE - MORTON

**Phone:** 309-266-8700

**Fax #:** 309-266-8708

<small>If you have a problem with this transmission please call the number listed above.</small>

EXHIBIT B



**One Source**
RENTALS • SALES • SERVICE

945 DETROIT AVE.
MORTON, IL 61550
309-266-8700

**Remit To:**
DEPT #30733/ONE SOURCE RENTALS
P.O. BOX 790126
ST. LOUIS, MO 63179-0126
309-266-8700

**Job Site:**
FOUR POINTS BY SHERATON
500 HAMILTON BLVD
PEORIA, IL 61601

C#: 321-392-4413 J#: 321-392-4413

# RENTAL INVOICE
## COPY

Invoice #... 5020985-0006
Invoice date 10/19/14
Date out.... 5/16/14 2:00 PM
Billed thru. 10/31/14
Job Loc..... 500 HAMILTON BLVD, PEORI
Job No...... 1 - FOUR POINTS BY S
P.O. #......
Ordered By.. .
Terms....... Net 10 Days
Written by..

**Customer: 3006858**
VISION HOSPITALITY CONST.
7335 W. SAND LAKE RD STE 390
ORLANDO, FL 32819

Salesman... 01203

| Qty | Equipment # | Min | Day | Week | 4 Week | Amount |
|-----|-------------|-----|-----|------|--------|--------|
| | | | Sub-total: | | | 2043.23 |
| | | | Damage waiver: | | | 233.10 |
| | | | Total: | | | 2276.33 |
| | BILLED FOR FOUR WEEKS 10/03/14 THRU 10/31/14 02:00 PM | | | | | |

**IF THE EQUIPMENT DOES NOT WORK PROPERLY, NOTIFY THE OFFICE AT ONCE**  **MULTIPLE SHIFTS OR OVERTIME RATES APPLY**  **CUSTOMER IS RESPONSIBLE FOR REFUELING, DAMAGES OR REPAIRS**

Lessee acknowledges receipt of operating instructions. Lessee assumes responsibility to adequately instruct subsequent operators and will permit only competent and qualified personnel to operate equipment. Lessee acknowledges that during the term of the lease, Lessor has no responsibility over the equipment's proper application, operation and conformance to operating and safety premises. Lessee will cease using equipment and call One Source Equipment Rentals, LLC for service if unit fails to operate properly.
This piece of equipment shall be used no more than eight (8) hours in any one day, nor more than five (5) days in any one week (except as provided in paragraph 4 hereof). Additional charges may result from neglected maintenance, improper use or excessive clean-up.
Rental terminates when One Source Equipment Rentals, LLC is notified and a termination number is assigned. Failure to comply constitutes additional rental charges.
**All deliveries are subject to the terms and conditions on the reverse side.**
**I have read and agree to the terms of this rental contract and acknowledge receipt of the above stated equipment.**

X _____

CUSTOMER SIGNATURE    DATE    NAME PRINTED    DELIVERED BY    DATE

**Terms: Payment Due Net 10 - Delinquency charges, at the maximum monthly rate allowed by law, will apply 30 days from the date of invoice.**
** WWW.ONESOURCERENTAL.COM **

EXHIBIT B



**One Source**
RENTALS • SALES • SERVICE

945 DETROIT AVE.
MORTON, IL 61550
309-266-8700

**Remit To:**
DEPT #30733/ONE SOURCE RENTALS
P.O. BOX 790126
ST. LOUIS, MO 63179-0126
309-266-8700

**Job Site:**
FOUR POINTS BY SHERATON
500 HAMILTON BLVD
PEORIA, IL 61601

C#: 321-392-4413 J#: 321-392-4413

# RENTAL INVOICE
## COPY

Invoice #...    5020310-0009
Invoice date 11/07/14
Date out....  3/19/14   11:37 AM
Date in.....  11/07/14  11:57 AM
Job Loc..... 500 HAMILTON BLVD, PEORIA
Job No...... 1 - FOUR POINTS BY S
P.O. #......
Ordered By.. PETE
Terms....... Net 10 Days
Written by.. MICHELLE EAKER

**Customer: 3006858**
VISION HOSPITALITY CONST.
7335 W. SAND LAKE RD STE 390
ORLANDO, FL 32819

Salesman... 01203

| Qty | Equipment # | Min | Day | Week | 4 Week | Amount |
|-----|-------------|-----|-----|------|--------|--------|
| 1 | FORKLIFT (5000-6000#) INDUSTR | 185.00 | 185.00 | 460.00 | 1150.00 | 830.00 |
|   | 290088    Make: CAT  Model: GC25K | | LP | Ser #: AT82C06967 | | |
|   | HR OUT1  6943.40    HR IN1    6943.40 | | | | | |
| 1 | MISCELLANEOUS RENTAL ITEM | 65.00 | 65.00 | 155.00 | 385.00 | 285.00 |
|   | CARPET POLE ATTACHMENT | | | | | |

SALES ITEMS:

| Qty | Item number | Unit | Price | | | |
|-----|-------------|------|-------|---|---|---|
| 6 | FUEL | EA | 6.950 | | | 41.70 |
|   | FUEL CHARGE | | | | | |
| 1 | EPA | EA | 11.150 | | | 11.15 |
|   | ENVIRONMENTAL FEE | | | | | |

```
                          Sub-total:   1126.15
                               Fuel:     41.70
                     Damage waiver:     116.20
                              Total:   1284.05
```

FINAL BILL: 10/29/14 11:37 AM THRU 11/07/14 11:57 AM.

| IF THE EQUIPMENT DOES NOT WORK PROPERLY, NOTIFY THE OFFICE AT ONCE | MULTIPLE SHIFTS OR OVERTIME RATES APPLY | CUSTOMER IS RESPONSIBLE FOR REFUELING, DAMAGES OR REPAIRS |
|---|---|---|

Lessee acknowledges receipt of operating instructions. Lessee assumes responsibility to adequately instruct subsequent operators and will permit only competent and qualified personnel to operate equipment. Lessee acknowledges that during the term of the lease, Lessor has no responsibility over the equipment's proper application, operation and conformance to operating and safety premises. Lessee will cease using equipment and call One Source Equipment Rentals, LLC for service if unit fails to operate properly.
This piece of equipment shall be used no more than eight (8) hours in any one day, nor more than five (5) days in any one week (except as provided in paragraph 4 hereof). Additional charges may result from neglected maintenance, improper use or excessive clean-up.
Rental terminates when One Source Equipment Rentals, LLC is notified and a termination number is assigned. Failure to comply constitutes additional rental charges.
**All deliveries are subject to the terms and conditions on the reverse side.**
I have read and agree to the terms of this rental contract and acknowledge receipt of the above stated equipment.

X _____

| CUSTOMER SIGNATURE | DATE | NAME PRINTED | DELIVERED BY | DATE |
|---|---|---|---|---|

Terms: Payment Due Net 10 - Delinquency charges, at the maximum monthly rate allowed by law, will apply 30 days from the date of invoice.
** WWW.ONESOURCERENTAL.COM **

EXHIBIT B



**One Source Rentals**



# RENTAL INVOICE
## COPY

**To:** DEANNA

**Company:** VISION HOSPITALITY

**Message:** 40,214.81   THANKS

**From:** JOY

**Location:** ONE SOURCE - MORTON

**Phone:** 309-266-8700

**Fax #:** 309-266-8708

If you have a problem with this transmission please call the number listed above.

EXHIBIT B



**One Source**
RENTALS • SALES • SERVICE

945 DETROIT AVE.
MORTON, IL 61550
309-266-8700

**Remit To:**
DEPT #30733/ONE SOURCE RENTALS
P.O. BOX 790126
ST. LOUIS, MO 63179-0126
309-266-8700

**Job Site:**
FOUR POINTS BY SHERATON
500 HAMILTON BLVD
PEORIA, IL 61601

C#: 321-392-4413 J#: 321-392-4413

# PARTIAL INVOICE
## COPY

Invoice #...      5020985-0007
Invoice date 11/07/14
Date out....  5/16/14    2:00 PM
Date in.....  11/07/14   1:16 PM
Job Loc.....  500 HAMILTON BLVD, PEORIA
Job No......  1 - FOUR POINTS BY S
P.O. #......
Ordered By.. .
Terms.......  Net 10 Days
Written by.. MICHELLE EAKER
Salesman... 01203

**Customer: 3006858**
VISION HOSPITALITY CONST.
7335 W. SAND LAKE RD STE 390
ORLANDO, FL 32819

| Qty | Equipment # | Min | Day | Week | 4 Week | Amount |
|-----|-------------|-----|-----|------|--------|--------|
| 1 | FAN AIR MOVERS 36" - 42" ROUN | 30.00 | 30.00 | 75.00 | 185.00 | 75.00 |
|   | 340323    Make: UTILITECH  Model: PRO 36"  Ser #: NA | | | | | |
| 1 | FAN AIR MOVERS 36" - 42" ROUN | 30.00 | 30.00 | 75.00 | 185.00 | 75.00 |
|   | 340324    Make: UTILITECH  Model: PRO 36"  Ser #: NA | | | | | |
| 1 | FAN AIR MOVERS 36" - 42" ROUN | 30.00 | 30.00 | 75.00 | 185.00 | 75.00 |
|   | 340325    Make: UTILITECH  Model: PRO 36"  Ser #: NA | | | | | |
| 1 | FAN AIR MOVERS 36" - 42" ROUN | 30.00 | 30.00 | 75.00 | 185.00 | 75.00 |
|   | 340326    Make: UTILITECH  Model: PRO 36"  Ser #: NA | | | | | |
| 1 | FAN AIR MOVERS 36" - 42" ROUN | 30.00 | 30.00 | 75.00 | 185.00 | 75.00 |
|   | 340327    Make: UTILITECH  Model: PRO 36"  Ser #: NA | | | | | |
| 1 | FAN AIR MOVERS 36" - 42" ROUN | 30.00 | 30.00 | 75.00 | 185.00 | 75.00 |
|   | 340328    Make: UTILITECH  Model: PRO 36"  Ser #: NA | | | | | |
| 1 | FAN AIR MOVERS 36" - 42" ROUN | 30.00 | 30.00 | 75.00 | 185.00 | 75.00 |
|   | 340330    Make: VENTAMATIC  Model: BF36DD RED  Ser #: NA | | | | | |
| 1 | FAN AIR MOVERS 36" - 42" ROUN | 30.00 | 30.00 | 75.00 | 185.00 | 75.00 |
|   | 340333    Make: VENTAMATIC  Model: BF42BD RED  Ser #: NA | | | | | |
| 1 | FAN AIR MOVERS 36" - 42" ROUN | 30.00 | 30.00 | 75.00 | 185.00 | 75.00 |
|   | 340334    Make: VENTAMATIC  Model: BF42BD RED  Ser #: NA | | | | | |

SALES ITEMS:

| Qty | Item number | Unit | Price | |
|-----|-------------|------|-------|---|
| 1 | EPA | EA | 6.750 | 6.75 |
|   | ENVIRONMENTAL FEE | | | |

| IF THE EQUIPMENT DOES NOT WORK PROPERLY, NOTIFY THE OFFICE AT ONCE | MULTIPLE SHIFTS OR OVERTIME RATES APPLY | CUSTOMER IS RESPONSIBLE FOR REFUELING, DAMAGES OR REPAIRS |
|---|---|---|

Lessee acknowledges receipt of operating instructions. Lessee assumes responsibility to adequately instruct subsequent operators and will permit only competent and qualified personnel to operate equipment. Lessee acknowledges that during the term of the lease, Lessor has no responsibility over the equipment's proper application, operation and conformance to operating and safety premises. Lessee will cease using equipment and call One Source Equipment Rentals, LLC for service if unit fails to operate properly.

This piece of equipment shall be used no more than eight (8) hours in any one day, nor more than five (5) days in any one week (except as provided in paragraph 4 hereof). Additional charges may result from neglected maintenance, improper use or excessive clean-up.

Rental terminates when One Source Equipment Rentals, LLC is notified and a termination number is assigned. Failure to comply constitutes additional rental charges.

**All deliveries are subject to the terms and conditions on the reverse side.**
**I have read and agree to the terms of this rental contract and acknowledge receipt of the above stated equipment.**

X _____

CUSTOMER SIGNATURE    DATE    NAME PRINTED        DELIVERED BY    DATE

Terms: Payment Due Net 10 - Delinquency charges, at the maximum monthly rate allowed by law, will apply 30 days from the date of invoice.
** WWW.ONESOURCERENTAL.COM **

EXHIBIT B



**One Source Rentals**



## PARTIAL INVOICE
## COPY

**To:**  DEANNA

**Company:**  VISION HOSPITALITY

**Message:**  40,214.81   THANKS

**From:**  JOY

**Location:**  ONE SOURCE - MORTON

**Phone:**  309-266-8700

**Fax #:**  309-266-8708

If you have a problem with this transmission please call the number listed above.

EXHIBIT B



**One Source**
RENTALS • SALES • SERVICE

945 DETROIT AVE.
MORTON, IL 61550
309-266-8700

**Remit To:**
DEPT #30733/ONE SOURCE RENTALS
P.O. BOX 790126
ST. LOUIS, MO 63179-0126
309-266-8700

**Job Site:**
FOUR POINTS BY SHERATON
500 HAMILTON BLVD
PEORIA, IL 61601

C#: 321-392-4413 J#: 321-392-4413

# PARTIAL INVOICE
# COPY

Invoice #...    5020985-0007
Invoice date 11/07/14
Date out.... 5/16/14    2:00 PM
Date in..... 11/07/14   1:16 PM
Job Loc..... 500 HAMILTON BLVD, PEORIA
Job No...... 1 - FOUR POINTS BY S
P.O. #......
Ordered By.. .
Terms....... Net 10 Days
Written by.. MICHELLE EAKER
Salesman... 01203

**Customer: 3006858**
VISION HOSPITALITY CONST.
7335 W. SAND LAKE RD STE 390
ORLANDO, FL 32819

| Qty | Equipment # | Min | Day | Week | 4 Week | Amount |
|-----|-------------|-----|-----|------|--------|--------|

Damage waiver:    94.50
Total:   776.25

Billing period: 10/31/14 02:00 PM THRU 11/07/14 01:16 PM.

**IF THE EQUIPMENT DOES NOT WORK PROPERLY, NOTIFY THE OFFICE AT ONCE** | **MULTIPLE SHIFTS OR OVERTIME RATES APPLY** | **CUSTOMER IS RESPONSIBLE FOR REFUELING, DAMAGES OR REPAIRS**

Lessee acknowledges receipt of operating instructions. Lessee assumes responsibility to adequately instruct subsequent operators and will permit only competent and qualified personnel to operate equipment. Lessee acknowledges that during the term of the lease, Lessor has no responsibility over the equipment's proper application, operation and conformance to operating and safety premises. Lessee will cease using equipment and call One Source Equipment Rentals, LLC for serivice if unit fails to operate properly.

This piece of equipment shall be used no more than eight (8) hours in any one day, nor more than five (5) days in any one week (except as provided in paragraph 4 hereof). Additional charges may result from neglected maintenance, improper use or excessive clean-up.

Rental terminates when One Source Equipment Rentals, LLC is notified and a termination number is assigned. Failure to comply constitutes additional rental charges.

**All deliveries are subject to the terms and conditions on the reverse side.**
**I have read and agree to the terms of this rental contract and acknowledge receipt of the above stated equipment.**

X _____    _____    _____
CUSTOMER SIGNATURE    DATE         NAME PRINTED                    DELIVERED BY         DATE

Terms: Payment Due Net 10 - Delinquency charges, at the maximum monthly rate allowed by law, will apply 30 days from the date of invoice.
** WWW.ONESOURCERENTAL.COM **

EXHIBIT B



**One Source**
RENTALS • SALES • SERVICE

945 DETROIT AVE.
MORTON, IL  61550
309-266-8700

**Remit To:**
DEPT #30733/ONE SOURCE RENTALS
P.O. BOX 790126
ST. LOUIS, MO  63179-0126
309-266-8700

**Job Site:**
FOUR POINTS WAREHOUSE
PERSIMMON & WASHINGTON
PEORIA, IL  61601

C#: 321-392-4413 J#: 321-392-4413

# RENTAL INVOICE
## COPY

Invoice #...      5020984-0007
Invoice date 11/07/14
Date out....  5/15/14    2:00 PM
Date in..... 11/07/14   12:09 PM
Job Loc..... PERSIMMON & WASHINGTON,
Job No...... 1 - FOUR POINTS WARE
P.O. #......
Ordered By.. .
Terms....... Net 10 Days
Written by.. MICHELLE EAKER
Salesman... 01203

**Customer: 3006858**
VISION HOSPITALITY CONST.
7335 W. SAND LAKE RD STE 390
ORLANDO, FL  32819

| Qty | Equipment # | Min | Day | Week | 4 Week | Amount |
|-----|-------------|-----|-----|------|--------|--------|
| 1 | FAN AIR MOVERS 36" - 42" ROUN | 30.00 | 30.00 | 75.00 | 185.00 | 105.00 |
|   | 340318    Make: VENTAMATIC  Model: BF42BD RED | | | Ser #: NA | | |
| 1 | FAN AIR MOVERS 36" - 42" ROUN | 30.00 | 30.00 | 75.00 | 185.00 | 105.00 |
|   | 340319    Make: VENTAMATIC  Model: BF42BD RED | | | Ser #: NA | | |
| 1 | FAN AIR MOVERS 36" - 42" ROUN | 30.00 | 30.00 | 75.00 | 185.00 | 105.00 |
|   | 340320    Make: VENTAMATIC  Model: BF42BD RED | | | Ser #: NA | | |
| 1 | FAN AIR MOVERS 36" - 42" ROUN | 30.00 | 30.00 | 75.00 | 185.00 | 105.00 |
|   | 340321    Make: VENTAMATIC  Model: BF42BD RED | | | Ser #: NA | | |
| 1 | FAN AIR MOVERS 36" - 42" ROUN | 30.00 | 30.00 | 75.00 | 185.00 | 105.00 |
|   | 340322    Make: VENTAMATIC  Model: BF42BD RED | | | Ser #: NA | | |

SALES ITEMS:

| Qty | Item number | Unit | Price | |
|-----|-------------|------|-------|---|
| 1 | EPA | EA | 5.250 | 5.25 |
|   | ENVIRONMENTAL FEE | | | |

Sub-total:    530.25
Damage waiver:     73.50
Total:    603.75

FINAL BILL: 10/30/14 02:00 PM THRU 11/07/14 12:09 PM.

| IF THE EQUIPMENT DOES NOT WORK PROPERLY, NOTIFY THE OFFICE AT ONCE | MULTIPLE SHIFTS OR OVERTIME RATES APPLY | CUSTOMER IS RESPONSIBLE FOR REFUELING, DAMAGES OR REPAIRS |
|---|---|---|

Lessee acknowledges receipt of operating instructions.  Lessee assumes responsibility to adequately instruct subsequent operators and will permit only competent and qualified personnel to operate equipment.  Lessee acknowledges that during the term of the lease, Lessor has no responsibility over the equipment's proper application, operation and conformance to operating and safety premises.
Lessee will cease using equipment and call One Source Equipment Rentals, LLC for service if unit fails to operate properly.
This piece of equipment shall be used no more than eight (8) hours in any one day, nor more than five (5) days in any one week (except as provided in paragraph 4 hereof).  Additional charges may result from neglected maintenance, improper use or excessive clean-up.
Rental terminates when One Source Equipment Rentals, LLC is notified and a termination number is assigned.  Failure to comply constitutes additional rental charges.
**All deliveries are subject to the terms and conditions on the reverse side.**
**I have read and agree to the terms of this rental contract and acknowledge receipt of the above stated equipment.**

X

CUSTOMER SIGNATURE       DATE        NAME PRINTED                     DELIVERED BY              DATE

Terms: Payment Due Net 10 - Delinquency charges, at the maximum monthly rate allowed by law, will apply 30 days from the date of invoice.
** WWW.ONESOURCERENTAL.COM **

EXHIBIT B



## One Source Rentals



# RENTAL INVOICE
# COPY

**To:** _DEANNA_

**Company:** _VISION HOSPITALITY_

**Message:** _40,214.81  THANKS_

**From:** _JOY_

**Location:** _ONE SOURCE - MORTON_

**Phone:** _309-266-8700_

**Fax #:** _309-266-8708_

If you have a problem with this transmission please call the number listed above.

EXHIBIT B

# One Source
RENTALS • SALES • SERVICE

945 DETROIT AVE.
MORTON, IL 61550
309-266-8700

**Remit To:**
DEPT #30733/ONE SOURCE RENTALS
P.O. BOX 790126
ST. LOUIS, MO 63179-0126
309-266-8700

**Job Site:**
FOUR POINTS BY SHERATON
500 HAMILTON BLVD
PEORIA, IL 61601

C#: 321-392-4413 J#: 321-392-4413

## RENTAL INVOICE
## COPY

Invoice #...     5020733-0007
Invoice date 11/07/14
Date out....  5/06/14     7:00 AM
Date in.....  11/07/14    12:01 PM
Job Loc..... 500 HAMILTON BLVD, PEORIA
Job No...... 1 - FOUR POINTS BY S
P.O. #......
Ordered By.. PETE
Terms....... Net 10 Days
Written by.. MICHELLE EAKER
Salesman... 01203

**Customer: 3006858**
VISION HOSPITALITY CONST.
7335 W. SAND LAKE RD STE 390
ORLANDO, FL 32819

| Qty | Equipment # | Min | Day | Week | 4 Week | Amount |
|-----|-------------|-----|-----|------|--------|--------|
| 1 | DEHUMIDIFIERS | 85.00 | 85.00 | 260.00 | 650.00 | 650.00 |
|   | 330106    Make: DRI-EAZ  Model: LGR7000XLI  Ser #: 7085 | | | | | |
| 1 | DEHUMIDIFIERS | 85.00 | 85.00 | 260.00 | 650.00 | 650.00 |
|   | 330219    Make: DRI-EAZ  Model: LGR7000XLI  Ser #: 7526 | | | | | |
| 1 | DEHUMIDIFIERS | 85.00 | 85.00 | 260.00 | 650.00 | 650.00 |
|   | 330100    Make: DRI-EAZ  Model: LGR7000XLI  Ser #: 6813 | | | | | |
| 1 | DEHUMIDIFIERS | 85.00 | 85.00 | 260.00 | 650.00 | 650.00 |
|   | 330126    Make: DRI-EAZ  Model: LGR7000XLI  Ser #: 6788 | | | | | |
| 1 | DEHUMIDIFIERS | 85.00 | 85.00 | 260.00 | 650.00 | 650.00 |
|   | 330119    Make: DRI-EAZ  Model: LGR7000XLI  Ser #: 7170 | | | | | |
| 1 | MISCELLANEOUS RENTAL ITEM | | | | | N/C |
|   | 6" CORE BIT | | | | | |

SALES ITEMS:

| Qty | Item number | Unit | Price | | | |
|-----|-------------|------|-------|--|--|--|
| 1 | EPA | EA | 32.500 | | | 32.50 |
|   | ENVIRONMENTAL FEE | | | | | |

Sub-total:  3282.50
Damage waiver:  455.00
Total:  3737.50

FINAL BILL: 10/21/14 07:00 AM THRU 11/07/14 12:01 PM.

| IF THE EQUIPMENT DOES NOT WORK PROPERLY, NOTIFY THE OFFICE AT ONCE | MULTIPLE SHIFTS OR OVERTIME RATES APPLY | CUSTOMER IS RESPONSIBLE FOR REFUELING, DAMAGES OR REPAIRS |
|---|---|---|

Lessee acknowledges receipt of operating instructions. Lessee assumes responsibility to adequately instruct subsequent operators and will permit only competent and qualified personnel to operate equipment. Lessee acknowledges that during the term of the lease, Lessor has no responsibility over the equipment's proper application, operation and conformance to operating and safety premises. Lessee will cease using equipment and call One Source Equipment Rentals, LLC for service if unit fails to operate properly.
This piece of equipment shall be used no more than eight (8) hours in any one day, nor more than five (5) days in any one week (except as provided in paragraph 4 hereof). Additional charges may result from neglected maintenance, improper use or excessive clean-up.
Rental terminates when One Source Equipment Rentals, LLC is notified and a termination number is assigned. Failure to comply constitutes additional rental charges.
**All deliveries are subject to the terms and conditions on the reverse side.**
**I have read and agree to the terms of this rental contract and acknowledge receipt of the above stated equipment.**

X _____

| CUSTOMER SIGNATURE | DATE | NAME PRINTED | DELIVERED BY | DATE |
|---|---|---|---|---|

Terms: Payment Due Net 10 - Delinquency charges, at the maximum monthly rate allowed by law, will apply 30 days from the date of invoice.
** WWW.ONESOURCERENTAL.COM **

EXHIBIT B



One Source
RENTALS • SALES • SERVICE

*One Source Rentals*



## RENTAL INVOICE
## COPY

**To:**      DEANNA

**Company:**  VISION HOSPITALITY

**Message:**  40,214.81   THANKS

_____

_____

_____

**From:**     JOY

**Location:**  ONE SOURCE - MORTON

**Phone:**     309-266-8700

**Fax #:**     309-266-8708

If you have a problem with this transmission please call the number listed above.

EXHIBIT B



**One Source**
RENTALS • SALES • SERVICE

945 DETROIT AVE.
MORTON, IL  61550
309-266-8700

**Remit To:**
DEPT #30733/ONE SOURCE RENTALS
P.O. BOX 790126
ST. LOUIS, MO  63179-0126
309-266-8700

# RENTAL INVOICE

**Job Site:**
FOUR POINTS BY SHERATON
500 HAMILTON BLVD
PEORIA, IL  61601

C#: 321-710-4860 J#: 321-392-4413

**Customer: 3006858**
VISION HOSPITALITY CONST.
7335 W SAND LAKE RD STE 390
ORLANDO, FL  32819

```
Invoice #...       5020985-0008
Invoice date  11/07/14
Date out....   5/16/14    2:00 PM
Date in.....  11/07/14    2:55 PM
Job Loc.....  500 HAMILTON BLVD, PEO
Job No......  1 - FOUR POINTS BY S
P.O. #......  .
Ordered By..  .
Terms.......  Net 10 Days
Written by..  MICHELLE EAKER
```
Salesman... 01203

| Qty | Equipment # | Min | Day | Week | 4 Week | Amount |
|-----|-------------|-----|-----|------|--------|--------|
| 1 | MISCELLANEOUS RENTAL ITEM<br>4" CORE BIT | 50.00 | 50.00 | 204.00 | 358.00 | 204.00 |

| SALES ITEMS: | | Unit | Price | | |
|------|-------------|------|-------|--|--|
| Qty | Item number | | | | |
| 1 | EPA<br>ENVIRONMENTAL FEE | EA | 2.040 | | 2.04 |

Sub-total:  206.04
Total:  206.04

FINAL BILL: 10/31/14 02:00 PM THRU 11/07/14 02:55 PM.

COPY

---

**IF THE EQUIPMENT DOES NOT WORK
PROPERLY, NOTIFY THE OFFICE AT ONCE**   **MULTIPLE SHIFTS OR
OVERTIME RATES APPLY**   **CUSTOMER IS RESPONSIBLE FOR
REFUELING, DAMAGES OR REPAIRS**

Lessee acknowledges receipt of operating instructions.  Lessee assumes responsibility to adequately instruct subsequent operators and will permit only competent and qualified personnel to operate
equipment.  Lessee acknowledges that during the term of the lease, Lessor has no responsibility over the equipment's proper application, operation and conformance to operating and safety premises.
Lessee will cease using equipment and call One Source Equipment Rentals, LLC for service if unit fails to operate properly.
This piece of equipment shall be used no more than eight (8) hours in any one day, nor more than five (5) days in any one week (except as provided in paragraph 4 hereof).  Additional charges may result
from neglected maintenance, improper use or excessive clean-up.
Rental terminates when One Source Equipment Rentals, LLC is notified and a termination number is assigned.  Failure to comply constitutes additional rental charges.
**All deliveries are subject to the terms and conditions on the reverse side.**
I have read and agree to the terms of this rental contract and acknowledge receipt of the above stated equipment.

X _____   _____   _____   _____   _____
CUSTOMER SIGNATURE        DATE        NAME PRINTED          DELIVERED BY        DATE

Terms: Payment Due Net 10 - Delinquency charges, at the maximum monthly rate allowed by law, will apply 30 days from the date of invoice.
** WWW.ONESOURCERENTAL.COM **

EXHIBIT B