# EXHIBIT B



**COMNET COMMUNICATIONS, LLC.**

Address: P.O. BOX 19068
JACKSONVILLE, FL 32245-9068
(904) 464-0114

**ComNet**
Communications, LLC.

FORWARD ALL REMITTANCES AND CORRESPONDENCE
TO THE ADDRESS INDICATED ABOVE

# INVOICE

| INVOICE DATE | CUSTOMER NO. | INVOICE NUMBER |
|---|---|---|
| 08-18-2014 | 02-ALH02 | 02-369221 |
| **P.O. NUMBER** | **WORK ORDER NO.** | |
| CONTRACT | 02-002504 | IH |

To: ALENA HOSPITALITY
SUITE 390
7335 W. SAND LAKE RD
ORLANDO, FL 32817

CROWN PLAZA
50 KENNY PLACE
SADDLEBROOK, NJ 07663

| ITEM | DESCRIPTION | AMOUNT |
|---|---|---|
| 1 | ORIGINATOR: KEN WEAR | |
| | WORK PERFORMED: BILLING FOR TECHNOLOGY INSTALLATION FOR WORK | |
| | COMPLETED FROM 8/1/14 - 8/31/14 | |
| 2 | | |
| 3 | WIFI - LABOR | 4,000.00 |
| 4 | WIFI - MATERIALS | 3,670.53 |
| 5 | SECURITY - LABOR | 4,000.00 |
| 6 | SECURITY - MATERIALS | 3,228.75 |
| 7 | TELEVISION'S | 5,097.51 |
| 8 | SOUND - LABOR | 15,000.00 |
| 9 | SOUND - MATERIALS | 63,625.55 |
| 10 | DIGITAL SIGNAGE - MATERIALS | 58,434.08 |

| | |
|---|---|
| Amount Billed | $157,056.42 |
| Total Tax | |
| Retainage Held | |
| DATE DUE: 10-17-2014    Amount Due | $157,056.42 |



**COMNET COMMUNICATIONS, LLC.**

**Address:** P.O. BOX 19068
JACKSONVILLE, FL 32245-9068
(904) 464-0114

**ComNet**
Communications, LLC.

FORWARD ALL REMITTANCES AND CORRESPONDENCE
TO THE ADDRESS INDICATED ABOVE

# INVOICE

| INVOICE DATE | CUSTOMER NO. | INVOICE NUMBER |
|---|---|---|
| 09-30-2014 | 02-ALH02 | 02368626R |
| P.O. NUMBER | WORK ORDER NO. | |
| CONTRACT | 02-002504 | IH |

To: ALENA HOSPITALITY
SUITE 390
7335 W. SAND LAKE RD
ORLANDO, FL 32817

CROWN PLAZA
50 KENNY PLACE
SADDLEBROOK, NJ 07663

| ITEM | DESCRIPTION | AMOUNT |
|---|---|---|
| 1 | ORIGINATOR: HENRY CRAFTON | |
| | WORK PERFORMED: BILLING FOR MATERIALS DELIVERED TO LOCATION FOR THE TELEVISION PACKAGE. | |
| | WORK COMPLETED: 6/24/14 | |
| 2 | | |
| 3 | PER QUOTE: WIFI LABOR | 4,850.00 |
| 4 | PER QUOTE: WIFI MATERIALS | 31,904.78 |
| 5 | PER QUOTE: SECURITY LABOR | 4,850.00 |
| 6 | PER QUOTE: SECURITY MATERIALS | 36,837.39 |
| 7 | PER QUOTE: PHONE SYSTEM | 56,500.00 |
| 8 | PER QUOTE: TELEVISION'S | 126,018.09 |

| | | |
|---|---|---|
| Amount Billed | | $260,960.26 |
| Total Tax | | |
| Retainage Held | | |
| DATE DUE: 11-29-2014 | Amount Due | $260,960.26 |



COMNET COMMUNICATIONS, LLC.

**Address:** P.O. BOX 19068
JACKSONVILLE, FL 32245-9068
(904) 464-0114

**ComNet**
Communications, LLC.

FORWARD ALL REMITTANCES AND CORRESPONDENCE
TO THE ADDRESS INDICATED ABOVE

# INVOICE

| INVOICE DATE | CUSTOMER NO. | INVOICE NUMBER |
|---|---|---|
| 09-30-2014 | 02-ALH02 | 02-369655 |
| P.O. NUMBER | WORK ORDER NO. | |
| CONTRACT | 02-002504 | IH |

To:
ALENA HOSPITALITY
SUITE 390
7335 W. SAND LAKE RD
ORLANDO, FL 32817

CROWN PLAZA
50 KENNY PLACE
SADDLEBROOK, NJ 07663

| ITEM | DESCRIPTION | AMOUNT |
|---|---|---|
| 1 | ORIGINATOR:  KEN WEAR | |
| | WORK PERFORMED:  COMPLETED INSTALLATION OF GUEST WARE IT PACKAGE. | |
| | WORK COMPLETED:  9/30/14 | |
| 2 | | |
| 3 | PER BID:  LABOR | 3,600.00 |
| 4 | PER BID: MATERIALS | 10,566.21 |

|  |  |
|---|---|
| Amount Billed | $14,166.21 |
| Total Tax | |
| Retainage Held | |
| DATE DUE: 11-29-2014     Amount Due | $14,166.21 |



**COMNET COMMUNICATIONS, LLC.**

**Address:** P.O. BOX 19068
JACKSONVILLE, FL 32245-9068
(904) 464-0114

**ComNet**
Communications, LLC.

FORWARD ALL REMITTANCES AND CORRESPONDENCE
TO THE ADDRESS INDICATED ABOVE

# INVOICE

| INVOICE DATE | CUSTOMER NO. | INVOICE NUMBER |
|---|---|---|
| 09-30-2014 | 02-ALH02 | 02-369654 |
| **P.O. NUMBER** | **WORK ORDER NO.** | |
| CONTRACT | 02-002504 | IH |

To: ALENA HOSPITALITY
SUITE 390
7335 W. SAND LAKE RD
ORLANDO, FL 32817

CROWN PLAZA
50 KENNY PLACE
SADDLEBROOK, NJ 07663

| ITEM | DESCRIPTION | AMOUNT |
|---|---|---|
| 1 | ORIGINATOR: KEN WEAR | |
| | WORK PERFORMED: COMPLETED INSTALLATION OF AUDIO VISUAL PACKAGE. | |
| | WORK COMPLETED: 9/30/14 | |
| 2 | | |
| 3 | PER QUOTE: LABOR | 29,333.33 |
| 4 | PER QUOTE: MATERIALS | 131,346.95 |

| | | |
|---|---|---|
| Amount Billed | | $160,680.28 |
| Total Tax | | |
| Retainage Held | | |
| DATE DUE: 11-29-2014 | Amount Due | $160,680.28 |



COMNET COMMUNICATIONS, LLC.

**Address:** P.O. BOX 19068
JACKSONVILLE, FL 32245-9068
(904) 464-0114

FORWARD ALL REMITTANCES AND CORRESPONDENCE
TO THE ADDRESS INDICATED ABOVE

# INVOICE

| INVOICE DATE | CUSTOMER NO. | INVOICE NUMBER |
|---|---|---|
| 09-30-2014 | 02-ALH02 | 02-369653 |
| P.O. NUMBER | WORK ORDER NO. | |
| CONTRACT | 02-002504 | IH |

To:
ALENA HOSPITALITY
SUITE 390
7335 W. SAND LAKE RD
ORLANDO, FL 32817

CROWN PLAZA
50 KENNY PLACE
SADDLEBROOK, NJ 07663

| ITEM | DESCRIPTION | AMOUNT |
|---|---|---|
| 1 | ORIGINATOR: KEN WEAR | |
| | WORK PERFORMED: FINAL LABOR BILLING FOR BRAND SOUND INSTALLATION. | |
| | WORK COMPLETED: 9/30/14 | |
| 2 | | |
| 3 | PER QUOTE: LABOR | 17,700.00 |

| | | |
|---|---|---|
| Amount Billed | | $17,700.00 |
| Total Tax | | |
| Retainage Held | | |
| DATE DUE: 11-29-2014 | Amount Due | $17,700.00 |



## COMNET COMMUNICATIONS, LLC.

**Address:** P.O. BOX 19068
JACKSONVILLE, FL 32245-9068
(904) 464-0114

**ComNet**
Communications, LLC.

FORWARD ALL REMITTANCES AND CORRESPONDENCE
TO THE ADDRESS INDICATED ABOVE

# INVOICE

| INVOICE DATE | CUSTOMER NO. | INVOICE NUMBER |
|---|---|---|
| 09-30-2014 | 02-ALH02 | 02-369652 |
| P.O. NUMBER | WORK ORDER NO. | |
| CONTRACT | 02-002504 | IH |

To:
ALENA HOSPITALITY
SUITE 390
7335 W. SAND LAKE RD
ORLANDO, FL 32817

CROWN PLAZA
50 KENNY PLACE
SADDLEBROOK, NJ 07663

| ITEM | DESCRIPTION | AMOUNT |
|---|---|---|
| 1 | ORIGINATOR: KEN WEAR<br>WORK PERFORMED: FINAL LABOR BILLING FOR THE SECURITY CAMERA INSTALLATION.<br>WORK COMPLETED: 9/30/14 | |
| 2 | | |
| 3 | PER QUOTE: LABOR | 1,550.00 |

| | |
|---|---|
| Amount Billed | $1,550.00 |
| Total Tax | |
| Retainage Held | |
| DATE DUE: 11-29-2014    Amount Due | $1,550.00 |



COMNET COMMUNICATIONS, LLC.

**Address:** P.O. BOX 19068
JACKSONVILLE, FL 32245-9068
(904) 464-0114

FORWARD ALL REMITTANCES AND CORRESPONDENCE
TO THE ADDRESS INDICATED ABOVE

# INVOICE

| INVOICE DATE | CUSTOMER NO. | INVOICE NUMBER |
|---|---|---|
| 09-30-2014 | 02-ALH02 | 02-369651 |
| P.O. NUMBER | WORK ORDER NO. | |
| CONTRACT | 02-002504 | IH |

To:
ALENA HOSPITALITY
SUITE 390
7335 W. SAND LAKE RD
ORLANDO, FL 32817

CROWN PLAZA
50 KENNY PLACE
SADDLEBROOK, NJ 07663

| ITEM | DESCRIPTION | AMOUNT |
|---|---|---|
| 1 | ORIGINATOR: KEN WEAR | |
| | WORK PERFORMED: FINAL LABOR BILLING FOR WIFI INSTALLATION. | |
| | WORK COMPLETED: 9/30/14 | |
| 2 | | |
| 3 | PER QUOTE: LABOR | 1,550.00 |
| 4 | PER QUOTE: MATERIALS | .08 |

| | |
|---|---|
| Amount Billed | $1,550.08 |
| Total Tax | |
| Retainage Held | |
| DATE DUE: 11-29-2014    Amount Due | $1,550.08 |

# ComNet
Communications, LLC.

COMNET COMMUNICATIONS, LLC.

**Address:** P.O. BOX 19068
JACKSONVILLE, FL 32245-9068
(904) 464-0114

FORWARD ALL REMITTANCES AND CORRESPONDENCE
TO THE ADDRESS INDICATED ABOVE

# INVOICE

| INVOICE DATE | CUSTOMER NO. | INVOICE NUMBER |
|---|---|---|
| 09-30-2014 | 02-ALH02 | 02-369650 |
| P.O. NUMBER | WORK ORDER NO. | |
| CONTRACT | 02-002504 | IH |

To: ALENA HOSPITALITY
SUITE 390
7335 W. SAND LAKE RD
ORLANDO, FL 32817

CROWN PLAZA
50 KENNY PLACE
SADDLEBROOK, NJ 07663

| ITEM | DESCRIPTION | AMOUNT |
|---|---|---|
| 1 | ORIGINATOR:  KEN WEAR | |
| | WORK PERFORMED:  FINAL SHIPPING BILLING FOR TV SHIPMENT TO CUSTOMER. | |
| | WORK COMPLETED:  9/30/14 | |
| 2 | | |
| 3 | PER QUOTE:  FINAL SHIPPING CHARGE | 2,000.00 |

|  | | |
|---|---|---|
| Amount Billed | | $2,000.00 |
| Total Tax | | |
| Retainage Held | | |
| DATE DUE: 11-29-2014 | Amount Due | $2,000.00 |



**COMNET COMMUNICATIONS, LLC.**

**Address:** P.O. BOX 19068
JACKSONVILLE, FL 32245-9068
(904) 464-0114

FORWARD ALL REMITTANCES AND CORRESPONDENCE
TO THE ADDRESS INDICATED ABOVE

# INVOICE

| INVOICE DATE | CUSTOMER NO. | INVOICE NUMBER |
|---|---|---|
| 09-30-2014 | 02-ALH02 | 02-369649 |
| P.O. NUMBER | WORK ORDER NO. | |
| CONTRACT | 02-002504 | IH |

To:
ALENA HOSPITALITY
SUITE 390
7335 W. SAND LAKE RD
ORLANDO, FL 32817

CROWN PLAZA
50 KENNY PLACE
SADDLEBROOK, NJ 07663

| ITEM | DESCRIPTION | AMOUNT |
|---|---|---|
| 1 | ORIGINATOR: KEN WEAR | |
| | WORK PERFORMED: FINAL BILLING FOR DIGITAL SIGNAGE INSTALLATION. | |
| | WORK COMPLETED: 9/30/14 | |
| 2 | | |
| 3 | PER BID: LABOR | 3,360.00 |

|  | | |
|---|---|---|
| Amount Billed | | $3,360.00 |
| Total Tax | | |
| Retainage Held | | |
| DATE DUE: 11-29-2014 | Amount Due | $3,360.00 |



**ComNet**
Communications, LLC

Pricing Quote  12.11.13
Alena Hospitality
50 Kenny Place
Saddle Brook, NJ 07663

**Phone system**

| Description | QTY | | MFR | Part # | Price ea | | Extended | |
|---|---|---|---|---|---|---|---|---|
| SX200 ICP AX Hospitality Package | 1 | ea | Mitel | n/a | $ | - | $ | - |
| MX w/ ASU Hospitality software bundle | 1 | ea | Mitel | n/a | $ | - | $ | - |
| IP phone 5312 | 14 | ea | Mitel | n/a | $ | - | $ | - |
| IP phone 5340E | 6 | ea | Mitel | n/a | $ | - | $ | - |
| IP phone 5540 | 1 | ea | Mitel | n/a | $ | - | $ | - |
| UPS 1500VA | 1 | ea | n/a | n/a | $ | - | $ | - |
| 24 port ethernet switch | 1 | ea | n/a | n/a | $ | - | $ | - |
| ProfitWatch Call Accounting system | 1 | ea | Metropolis | n/a | $ | - | $ | - |
| Message on hold | 1 | ea | n/a | n/a | $ | - | $ | - |
| Weatherproof enclosure | 1 | ea | n/a | n/a | $ | - | $ | - |
| Printer - Citizen GCX 190 | 1 | ea | n/a | n/a | $ | - | $ | - |
| 3300MW5 phone | 160 | ea | Telematrix | n/a | $ | - | $ | - |
| UPS 800VA | 1 | ea | n/a | n/a | $ | - | $ | - |
| Trimline phones | 20 | ea | n/a | n/a | $ | - | $ | - |
| single line phone 3300MWB | 15 | ea | Telematrix | n/a | $ | - | $ | - |
| IP to serial convertor | 3 | ea | n/a | n/a | $ | - | $ | - |
| Misc (cable support, etc) | 1 | ea | ComNet | n/a | $ | - | $ | - |
| Labor and Above Equipment BOM | 1 | ea | ComNet | n/a | $ 56,500.00 | | $ 56,500.00 | |

|  |  |
|---|---|
| Labor sub-total | $ 56,500.00 |
| Material sub-total | $ - |
| Total | $ 56,500.00 |

**Scope of Work:**
1. Installation of (1) IP phone system including above BOM.

**Notes:**
1) All work to be performed during business hours, (Monday-Friday, 8am-5pm).
2) Pricing includes applicable sales taxes.
3) Any delays (i.e.: access, construction, electrical, or other customer concerns) incurred, will be reviewed with the
   customer immediately and billed appropriately.
4) Pricing does not include any patch cords, specialty equipment, lift rentals, core drills, raceway, conduits, etc.
5) Any additional cabling requirements will require a JCO approved and signed by customer prior to any new work performed.
6) Pricing valid for 30 days from above date.

*Prepared by:*

*Jody Ticer*
*ComNet Communications, LLC.*

_____
Customer Acceptance Signature

Marco Gonio
Print Name

12 / 19 / 2013
Date

SADolcbrook
Purchase Order / Reference Number

☑ APPROVED



**ComNet**
Communications, LLC

Pricing Quote 12.11.13
Alena Hospitality
60 Kenny Place
Saddle Brook, NJ 07663

Security camera installation

| Description | QTY | | MFR | Part # | Price ea | | Extended | |
|---|---|---|---|---|---|---|---|---|
| DVR 16 channel H.264, 4Tb hard drive | 2 | ea | Samsung | SRD-1650DC-4TB | $ | 1,300.61 | $ | 2,601.22 |
| DVR 8 channel H.264, 500Gb hard drive | 1 | ea | Samsung | SRD-852D-500 | $ | 555.11 | $ | 555.11 |
| Camera, night vision, 700TVL IR28 LEDS 1/3" Sony Super HAD CCD | 32 | ea | Samsung | SCV-2080R | $ | 256.39 | $ | 8,204.42 |
| multi-power box - 16 channel | 3 | ea | Generic | n/a | $ | 40.40 | $ | 121.20 |
| Monitor, 24", 1080P | 3 | ea | Samsung | S24C450D | $ | 267.58 | $ | 802.73 |
| wall mount tv bracket, articulating arm | 3 | ea | Peerless | PA730 | $ | 40.68 | $ | 122.05 |
| wall mount cabinet, 2'x2'x2' | 2 | ea | Hoffman | EWM242425 | $ | 594.12 | $ | 1,188.24 |
| vented 19" shelf | 3 | ea | Hoffman | ESH1915V | $ | 59.92 | $ | 179.76 |
| RG59U siamese cable, plenum | 7 | M | Windy City | 659116-S | $ | 468.24 | $ | 3,277.65 |
| BNC coax connector | 64 | ea | Belden | FS59BNCPL | $ | 3.15 | $ | 201.79 |
| UPS, 500VA, 6 receptacle | 2 | ea | Tripplite | SMART500RT1U | $ | 193.36 | $ | 386.73 |
| Permit | 1 | ea | ComNet | n/a | $ | 625.00 | $ | 625.00 |
| Misc (cable support, etc) | 1 | ea | ComNet | n/a | $ | 500.00 | $ | 500.00 |
| Labor | 100 | hr | ComNet | n/a | $ | 65.00 | $ | 6,500.00 |

| | | |
|---|---|---|
| Labor sub-total | $ | 6,500.00 |
| Material sub-total | $ | 18,765.88 |
| Total | $ | 25,265.88 |

**Scope of Work:**
1. Install (32) cameras with siamese coax cable runs.

**Warranty (Labor and Materials)**
1. Year 1 (included in main installation).
2. Year 2 - $1550.00 (includes 1 site visit to re-focus and adjust cameras as needed).
3. Year 3 - $1975.00 (includes 1 site visit to re-focus and adjust cameras as needed).

**Notes:**
1) All work to be performed during business hours, (Monday-Friday, 8am-5pm).
2) Pricing includes applicable sales taxes.
3) Any delays (i.e.: access, construction, electrical, or other customer concerns) incurred, will be reviewed with the customer immediately and billed appropriately.
4) Pricing does not include any patch cords, specialty equipment, lift rentals, core drills, raceway, conduits, etc.
5) Any additional cabling requirements will require a JCO approved and signed by customer prior to any new work performed.
6) Pricing valid for 30 days from above date.

Prepared by:

*Jody Ticer*
*ComNet Communications, LLC.*

_____
Customer Acceptance Signature

Marco Genio
Print Name

12/19/13
Date

Saddlebrook
Purchase Order / Reference Number

APPROVED



**ComNet**
Communications, LLC

Pricing Quote revised 12.12.13
Alena Hospitality
50 Kenny Place
Saddle Brook, NJ 07663

WiFi Installation

| Description | QTY | | MFR | Part # | Price ea | | Extended | |
|---|---|---|---|---|---|---|---|---|
| ZoneDirector 3000 w/ 50 license | 1 | ea | Ruckus | 901-3050-US00 | $ | 10,073.98 | $ | 10,073.98 |
| ZD3000 Watchdog Premium end user support, 1yr license | 1 | ea | Ruckus | 801-3050-1000 | $ | 2,335.28 | $ | 2,335.28 |
| ZoneDirector 50 license bundle | 1 | ea | Ruckus | 909-0050-ZD00 | $ | 5,469.65 | $ | 5,469.65 |
| 2050 Watchdog Premium end user support, 1 yr license | 1 | ea | Ruckus | 801-3050-1L00 | $ | 1,297.64 | $ | 1,297.64 |
| Zone Flex 7372 WAP | 56 | ea | Ruckus | 901-7272-US00 | $ | 731.80 | $ | 40,980.80 |
| 24 port ethernet switch 1000baset | 2 | ea | ZyXEL | GS1910-24 | $ | 317.24 | $ | 634.47 |
| cat 6 patch cord, 6' | 70 | ea | Leviton | 62460-06L | $ | 4.21 | $ | 294.82 |
| gateway controller 1,000 user bundle, 1yr | 1 | ea | Nomadix | AG-5800-1000 | $ | 9,715.36 | $ | 9,715.36 |
| 19" vented shelf | 1 | ea | Hoffman | ESHJ915V | $ | 59.92 | $ | 59.92 |
| UPS, 1500VA | 1 | ea | Tripplite | SMART1500RM2U | $ | 599.75 | $ | 599.75 |
| Permit | 0 | ea | ComNet | n/a | $ | - | $ | - |
| Misc (cable support, etc) | 1 | ea | ComNet | n/a | $ | 500.00 | $ | 500.00 |
| Labor | 100 | hr | ComNet | n/a | $ | 65.00 | $ | 6,500.00 |

| | | |
|---|---|---|
| Labor sub-total | $ | 6,500.00 |
| Material sub-total | $ | 71,961.67 |
| Total | $ | 78,461.67 |

Maintenance (Labor and Materials):
Year 1 - Included in installation price
Year 2 - $2500 (includes 1 Airmagnet coverage verification survey).
Year 3 - $3500 (includes 1 Airmagnet coverage verification survey).

Scope of Work:
1. Installation of (56) WAPs with controller.
   *Cable installation to be completed by others.*
   *Equipment to be installed in existing relay rack.*
2. Provide Airmagnet WiFi signal strength verification upon network installation.

Notes:
1) All work to be performed during business hours, (Monday-Friday, 8am-5pm).
2) Pricing includes applicable sales taxes.
3) Any delays (i.e.: access, construction, electrical, or other customer concerns) incurred, will be reviewed with the customer immediately and billed appropriately.
4) Pricing does not include any patch cords, specialty equipment, lift rentals, core drills, raceway, conduits, etc.
5) Any additional cabling requirements will require a JCO approved and signed by customer prior to any new work performed.
6) Pricing valid for 30 days from above date.
7) Damage to wireless system due to vandalism and Acts of God are not covered by Warranty.

*Prepared by:*

*Jody Ticer*
*ComNet Communications, LLC.*

_____
Customer Acceptance Signature

Maria Gento
Print Name

12 / 19 / 2013
Date

Saddlebrook
Purchase Order / Reference Number





**ComNet**
Communications, LLC

Pricing Quote  revised 2.19.14
Crown Plaza
50 Kenny Place
Saddlebrook,NJ 07663

LED TV - Hospitality Rated

| QTY | Part | Description | Price ea | | Extended |
|-----|------|-------------|---------|---|----------|
| 161 | HG40NA590LFXZA | 40" LED 1080P Smart TV PRO for Hotel | $ | 690.12 | $ 111,109.32 |
| 13 | HG46NA590LBXZA | 46" LED 1080P Smart TV PRO for Hotel | $ | 876.83 | $ 11,398.79 |

|  |  |  |
|--|--|--|
| Labor sub-total | $ | - |
| Materials sub-total | $ | 122,508.11 |
| Total | $ | 122,508.11 |

**Scope of Work:**
1) Provide LED as specified in above BOM (Labor not included.)
2) Specification sheets attached.
3) All freight charges included, provided bulk shipping to each hotel takes place.
4) TV sets to be drop shipped to Atena/Vision site personnel for unloading and storage.
5) Wall mount brackets and desk top anchors not included.

 OKAY

**Warranty**
2 Year Parts Warranty backed by Samsung.

**Notes:**
1) All work to be performed during business hours, (Monday-Friday, 8am-5pm).
2) Pricing includes applicable sales tax that were paid to distributor at time of purchase.
3) Any delays (i.e.: access, construction, electrical, or other customer concerns) incurred, will be reviewed with the
   customer immediately and billed appropriately.
4) Pricing valid for 30 days from above date.
5) Payment terms are net 30 days from date of invoice.
6) Price includes ground freight for orders of more than (50) TVs.

*Prepared by:*

*Jody Ticer*
*ComNet Communications, LLC.*

_____
Customer Acceptance Signature

_____
Print Name

_____
Date

_____
Purchase Order / Reference Number



**ComNet**
Communications, LLC

**Pricing Quote  revised 8.14.14**
**Crown Plaza**
**50 Kenny Place**
**Saddlebrook,NJ 07663**

**LED TV - Hospitality Rated**

| QTY | Part | Description | Price ea | | Extended | |
|-----|------|-------------|----------|---|----------|---|
| 1 | HG32NB677BFXZA | 32" Smart TV | $ | 530.56 | $ | 530.56 |
| 170 | HG40NA590LFXZA | 40" LED 1080P Smart TV PRO for Hotel | $ | 690.12 | $ | 117,320.40 |
| 2 | HG55NB690QFXZA | 55" LED 1080P Smart TV PRO for Hotel | $ | 1,625.00 | $ | 3,250.00 |
| 8 | HG46NA590LBXZA | 46" LED 1080P Smart TV PRO for Hotel | $ | 876.83 | $ | 7,014.64 |
| 1 | n/a | freight x12 plus storage | $ | 5,000.00 | $ | 5,000.00 |
| | | | | | | |
| | | Labor sub-total | | | $ | 5,000.00 |
| | | Materials sub-total | | | $ | 128,115.60 |
| | | | | | | |
| | | Total | | | $ | 133,115.60 |

**Scope of Work:**
1) Provide LED as specified in above BOM (Labor not included.)
2) Specification sheets attached.
3) All freight charges included, provided bulk shipping to each hotel takes place.
4) TV sets to be drop shipped to Alena/Vision site personnel for unloading and storage.
5)  Wall mount brackets and desk top anchors not included.

**Warranty**
2 Year Parts Warranty backed by Samsung.

**Notes:**
1) All work to be performed during business hours, (Monday-Friday, 8am-5pm).
2) Pricing includes applicable sales tax that were paid to distributor at time of purchase.
3) Any delays (i.e.: access, construction, electrical, or other customer concerns) incurred, will be reviewed with the
   customer immediately and billed appropriately.
4) Pricing valid for 30 days from above date.
5) Payment terms are net 30 days from date of invoice.
6) Price includes ground freight for orders of more than (50) TVs.

*Prepared by:*

*Jody Ticer*
*ComNet Communications, LLC.*

_____
Customer Acceptance Signature

Kenneth Eve
_____
Print Name

8-17-14
_____
Date


_____
Purchase Order / Reference Number



**ComNet**
Communications, LLC

**Pricing Quote revised 8.14.14**
**Alena Hospitality**
**50 Kenny Place**
**Saddle Brook, NJ 07663**

**WiFi Installation**

| Description | QTY | | MFR | Part # | Price ea | | Extended | |
|---|---|---|---|---|---|---|---|---|
| ZoneDirector 3000 w/ 50 license | 1 | ea | Ruckus | 901-3050-US00 | $ 10,073.98 | $ | 10,073.98 | |
| ZD3000 Watchdog Premium end user support, 1yr license | 1 | ea | Ruckus | 801-3050-1000 | $ 2,335.28 | $ | 2,335.28 | |
| ZoneDirector 50 license bundle | 1 | ea | Ruckus | 909-0050-ZD00 | $ 5,469.65 | $ | 5,469.65 | |
| ZD50 Watchdog Premium end user support, 1 yr license | 1 | ea | Ruckus | 801-3050-1L00 | $ 1,297.64 | $ | 1,297.64 | |
| Zone Flex 7372 WAP | 56 | ea | Ruckus | 901-7372-US00 | $ 731.80 | $ | 40,980.80 | |
| 24 port PoE ethernet switch | 4 | ea | Sygnamax | 065-7861poe | $ 1,076.25 | $ | 4,305.00 | |
| cat 6 patch cord, 6' | 70 | ea | Leviton | 62460-06L | $ 4.21 | $ | 294.82 | |
| gateway controller 1,000 user bundle, 1yr | 1 | ea | Nomadix | AG-5800-1000 | $ 9,715.36 | $ | 9,715.36 | |
| 19" vented shelf | 1 | ea | Hoffman | ESH1915V | $ 59.92 | $ | 59.92 | |
| UPS, 1500VA | 1 | ea | Tripplite | SMART1500RM2U | $ 599.75 | $ | 599.75 | |
| Permit | 0 | ea | ComNet | n/a | $ - | $ | - | |
| Misc (cable support, etc) | 1 | ea | ComNet | n/a | $ 500.00 | $ | 500.00 | |
| Labor | 160 | hr | ComNet | n/a | $ 65.00 | $ | 10,400.00 | |

| | |
|---|---|
| Labor sub-total | $ 10,400.00 |
| Material sub-total | $ 75,632.20 |
| Total | $ 86,032.20 |

**Scope of Work:**
1. Installation of (56) WAPs with controller.

*Cable installation to be completed by others.*
*Equipment to be installed in existing relay rack.*
2. Provide Airmagnet WiFi signal strength verification upon network installation.

**Notes:**
1) All work to be performed during business hours, (Monday-Friday, 8am-5pm).
2) Pricing includes applicable sales tax that were paid to distributor at time of purchase.
3) Any delays (i.e.: access, construction, electrical, or other customer concerns) incurred, will be reviewed with the customer immediately and billed appropriately.
4) Pricing does not include any patch cords, specialty equipment, lift rentals, core drills, raceway, conduits, etc.
5) Any additional cabling requirements will require a JCO approved and signed by customer prior to any new work performed.
6) Pricing valid for 30 days from above date.

*Prepared by:*

*Jody Ticer*
*ComNet Communications, LLC.*

_____
Customer Acceptance Signature

_____
Print Name

_____
Date

_____
Purchase Order / Reference Number



**ComNet**
Communications, LLC.

**Pricing Quote** revised 8.14.14
**Alena Hospitality**
**50 Kenny Place**
**Saddle Brook, NJ 07663**

**Security camera installation**

| Description | QTY | | MFR | Part # | Price ea | Extended |
|---|---|---|---|---|---|---|
| NVR, 12TB | 1 | ea | Seneca | XNVR200 | $ 8,823.53 | $ 8,823.53 |
| Camera, dome IR H.264, HD, vandal resistant | 32 | ea | Iqinvision | IQM32NE-B5 | $ 622.81 | $ 19,929.98 |
| Software license, main unit incl (2) cameras | 1 | ea | Milestone | XPEXBL-20 | $ 205.82 | $ 205.82 |
| Software license per camera | 30 | ea | Milestone | XPEXCL-20 | $ 102.40 | $ 3,072.00 |
| Monitor, 24", 1080P | 3 | ea | Samsung | S24C450D | $ 282.34 | $ 847.02 |
| wall mount tv bracket, articulating arm | 3 | ea | Peerless | PA730 | $ 43.52 | $ 130.55 |
| cat 6 cable plenum | 8 | M | Commscope | 8773614 | $ 278.82 | $ 2,230.59 |
| 24 port cat 6 patch panel | 2 | ea | Uniprise | UNP-U-610-1U-24 | $ 225.93 | $ 451.86 |
| 24 port PoE switch | 3 | ea | Sygnamax | 065-7861poe | $ 1,076.25 | $ 3,228.75 |
| VGA cable, 150' | 3 | ea | Generic | n/a | $ 117.65 | $ 352.94 |
| UPS, 500VA, 6 receptacle | 1 | 1 | Tripplite | OMNISMART500 | $ 119.96 | $ 119.96 |
| Permit | 1 | ea | ComNet | n/a | $ 625.00 | $ 625.00 |
| Misc (cable support, etc) | 1 | ea | ComNet | n/a | $ 48.14 | $ 48.14 |
| Labor | 160 | hr | ComNet | n/a | $ 65.00 | $ 10,400.00 |

| | | |
|---|---|---|
| Labor sub-total | | $ 10,400.00 |
| Material sub-total | | $ 40,066.14 |
| **Total** | | **$ 50,466.14** |

**Scope of Work:**
1. Install (32) cameras with cat 6 cable rj45 modplug terminations.
   *Cable to terminate on existing customer provided patch panels.*

*Price includes (3) year warranty on cameras direct from manufacturer.*

*NVR specs:record (32) 3 megapixel cameras with a frame rate of 7, medium traffic, 30 day storage.*

**Notes:**
1) All work to be performed during business hours, (Monday-Friday, 8am-5pm).
2) Pricing includes applicable sales tax that were paid to distributor at time of purchase.
3) Any delays (i.e.: access, construction, electrical, or other customer concerns) incurred, will be reviewed with the customer immediately and billed appropriately.
4) Pricing does not include any patch cords, specialty equipment, lift rentals, core drills, raceway, conduits, etc.
5) Any additional cabling requirements will require a JCO approved and signed by customer prior to any new work performed.
6) Pricing valid for 30 days from above date.

*Prepared by:*

*Jody Ticer*
*ComNet Communications, LLC.*

_____
Customer Acceptance Signature

Ken Weal
_____
Print Name

8-19-14
_____
Date

_____
Purchase Order / Reference Number



**ComNet**
Communications, LLC

**Pricing Quote - 8.14.14**
**Atena - Crowne Plaza**
**50 Kenney Place**
**Saddlebrook, NJ 07663**

| Description | QTY | | MFR | Part # | Price ea | | Extended | |
|---|---|---|---|---|---|---|---|---|
| Swift Publisher Cloud | 1 | ea | | | $ | 2,937.150 | $ | 2,937.15 |
| Wall monitors in common area/ meeting space | 2 | ea | | | $ | 9,819.925 | $ | 19,639.85 |
|   Interactive Signage Player Software | | | | | | | | |
|   Ultra-compact Media Player - i5 | | | | | | | | |
|   55" Multitouch Commercial Display | | | | | | | | |
|   Ultra Slim Horizontal Wall Mount (37"-63") | | | | | | | | |
| Meeting Room Boards | 12 | ea | | | $ | 2,304.513 | $ | 27,654.15 |
|   Adsign Player Software | | | | | | | | |
|   19" Non-touch All-in-one Openframe | | | | | | | | |
|   Ultra Slim Wall Mount (13"-23") | | | | | | | | |
| 3rd-party Data Integration | 1 | ea | | | $ | 1,765.500 | $ | 1,765.50 |
| 22Miles Project Management / Project Setup | 1 | ea | | | $ | 1,524.750 | $ | 1,524.75 |
| 2-hour Online Training | 1 | ea | | | $ | 294.250 | $ | 294.25 |
| 4-hour Remote Configuration Services | 2 | ea | | | $ | 466.788 | $ | 933.58 |
| 1-year Prepaid Cloud Hosting (Non Videowall) | 14 | ea | | | $ | 141.775 | $ | 1,984.85 |
| Miscellaneous (mounting hardware, etc) | 1 | ea | | | $ | 1,700.000 | $ | 1,700.00 |
| Labor normal | 56 | ea | | | $ | 60.00 | $ | 3,360.00 |

| | | |
|---|---|---|
| Labor sub-total | $ | 3,360.00 |
| Material sub-total | $ | 58,434.08 |
| **Total** | **$** | **61,794.08** |

**Scope of Work:**
1) Install (2) 55" displays, including mounting bracket and media player.
2) Install (12) 19" displays, including mounting bracket and media player.

\*\*\* 1st year standard software and warranty included

\*\*\* 2nd year standard software warranty and support option - $2162/year

**Notes:**
1) Pricing includes applicable sales tax on materials. Therefore, it will not be itemized separately upon invoicing.
2) All work to be performed during normal business hours, (Monday-Friday, 8am-5pm).
3) Pricing does not include applicable permitting fees which may be required.
4) Any delays (i.e.: access, construction, electrical, or other customer concerns) incurred, will be reviewed with the
   customer immediately and billed appropriately.
5) Customer to provide all necessary backbone and station cable conduits.
6) Pricing reflects normal office scenario.
7) Pricing does not include any specialty equipment, lift rentals, core drills, raceway, conduits, etc.
8) Any additional cabling requirements will require a JCO approved and signed by customer prior to
   any new work performed.
9) Pricing valid for 30 days from above date.

*Prepared by:*

Jason Maddox, RCDD
ComNet Communications, LLC.



**ComNet**
Communications, LLC

Pricing Quote - revised 8.14.14
Crown Plaza
50 Kenny Place
Saddlebrook,NJ 07663

| Description | QTY | | MFR | Part # | Price ea | Extended |
|---|---|---|---|---|---|---|
| *Common area sound* | | | | | | |
| 4" Coaxial Speaker | 90 | ea | JBL | 24CT Micro | $ 128.480 | $ 11,563.20 |
| In Wall ethernet control device | 4 | ea | Biamp | TEC-1i | $ 655.000 | $ 2,620.00 |
| 8" weather resistant speaker | 5 | ea | Atlas | SM82T-WH | $ 344.840 | $ 1,724.20 |
| 22-2 speaker cable | 10 | M | CSPL | 110100-09-1RBX | $ 102.560 | $ 1,025.60 |
| Apple Ipod Touch 16G | 1 | ea | Apple | Touch16G | $ 265.333 | $ 265.33 |
| Amplifier | 4 | ea | Atlas | F6-MF | $ 1,162.960 | $ 4,651.84 |
| 70v amplifier card module | 22 | ea | Atlas | FM250-70 | $ 271.107 | $ 5,964.35 |
| Audio controller | 2 | ea | Biamp | TesiraForte CI | $ 3,371.293 | $ 6,742.59 |
| Network Stream Player | 10 | ea | Crestron | CEN-NSO-1 | $ 777.773 | $ 7,777.73 |
| 24 port PoE switch | 1 | ea | Crestron | CEN-SWPOE-24 | $ 4,222.227 | $ 4,222.23 |
| Rack mount kit | 4 | ea | Crestron | RMK-IFE-1U | $ 577.760 | $ 2,311.04 |
| Line Combiner w/PS | 10 | ea | RDL | TX-LC2 | $ 174.200 | $ 1,742.00 |
| Wall mount cabinet | 1 | ea | Mid Atlantic | DWR-10-17PD | $ 805.000 | $ 805.00 |
| Miscellaneous  (connecting cables, hardware, etc) | 1 | ea | ComNet | n/a | $ 7,960.440 | $ 7,960.44 |
| Freight/Travel | 1 | ea | ComNet | n/a | $ 4,250.000 | $ 4,250.00 |
| Labor - Cable and Speaker install | 1 | ea | ComNet | n/a | $ 24,500.000 | $ 24,500.00 |
| Labor - System install | 1 | ea | ComNet | n/a | $ 8,200.000 | $ 8,200.00 |

|  | |
|---|---|
| Labor sub-total | $ 32,700.00 |
| Material sub-total | $ 63,625.55 |
| **Total** | $ 96,325.55 |

**Scope of Work:**
1. Install (47) speakers in first floor zones.
   Ball Room Zone 1 - (6)
   Ball Room Zone 2 - (6)
   Ball Room Zone 3 - (6)
   Hallways - (6)
   Lobby - (8)
   Pool - (5) Note: Weather Resistant
   Restrooms - (2)
   Car port - (4)
   Fitness Center - (4)
2. Install (8) speakers in common areas and (2) speakers in restrooms on 2nd floor.
3. Install (42) speakers on 12th floor.
   Common area Zone 1 - (20)
   Common area Zone 2 - (20)
   Restrooms - (2)

**Notes:**
1) Pricing includes applicable sales tax on materials. Therefore, it will not be itemized separately upon invoicing.
2) All work to be performed during normal business hours, (Monday-Friday, 8am-5pm).
3) Pricing does not include applicable permitting fees which may be required.
4) Any delays (I.e.: access, construction, electrical, or other customer concerns) incurred, will be reviewed with the
   customer immediately and billed appropriately.
5) Customer to provide all necessary backbone and station cable conduits.
6) Pricing reflects normal office scenario.
7) Pricing does not include any specialty equipment, lift rentals, core drills, raceway, conduits, etc.
8) Any additional cabling requirements will require a JCO approved and signed by customer prior to
   any new work performed.
9) Pricing valid for 30 days from above date.

*Prepared by:*

Jason Maddox, RCDD
ComNet Communications, LLC.



**ComNet**
Communications, LLC

Pricing Quote - revised 9.22.14
Crown Plaza
50 Kenny Place
Saddlebrook,NJ 07663

| Description | QTY | | MFR | Part # | | Price ea | | Extended |
|---|---|---|---|---|---|---|---|---|
| **Meeting Rooms** | | | | | | | | |
| Double gang A/V plate | 4 | ea | Generic | n/a | $ | 433.320 | $ | 1,733.28 |
| vga-vga cable 25' | 8 | ea | Kramer | C-MGMA/MGMA-25 | $ | 75.667 | $ | 605.33 |
| HDMI-HDMI cable 25' | 8 | ea | Kramer | C-MHM/MHM-25 | $ | 74.553 | $ | 593.43 |
| TV mount | 4 | ea | Peerless | SF650 | $ | 130.697 | $ | 522.67 |
| Digital Remote | 5 | ea | Rane | DR3 | $ | 491.197 | $ | 2,455.53 |
| Audio input plate | 8 | ea | Rane | RAD2 | $ | 367.293 | $ | 2,938.35 |
| 60" 1080p plasma HDTV | 4 | ea | Samsung | PN60F5300 | $ | 1,266.667 | $ | 5,066.67 |
| Infrared Wall Sensor | 1 | ea | Rane | IR2 | $ | 303.347 | $ | 303.35 |
| Remote Audio Device - RAD port extension | 2 | ea | Rane | RADX | $ | 59.849 | $ | 119.66 |
| | | | | | | | | |
| **2nd Floor Grm Ball Rooms** | | | | | | | | |
| 60x60 screen | 2 | ea | Da-Lite | 37570 | $ | 1,312.240 | $ | 2,624.48 |
| Digital Remote | 3 | ea | Rane | DR3 | $ | 491.197 | $ | 1,473.52 |
| Infrared Wall Sensor | 2 | ea | Rane | IR2 | $ | 303.347 | $ | 606.69 |
| Audio input plate | 3 | ea | Rane | RAD2 | $ | 367.293 | $ | 1,101.88 |
| Remote Audio Device - RAD port extension | 3 | ea | Rane | RADX | $ | 59.840 | $ | 179.52 |
| Ethernon Cat5e shielded 50' | 3 | ea | Horizon | J0064700000300 | $ | 97.067 | $ | 291.20 |
| Automixer w/ stainless mic inputs | 3 | ea | Rane | AM1 | $ | 1,351.587 | $ | 4,054.76 |
| Wireless Microphone system | 3 | ea | Shure | BLX14/MX60 | $ | 625.347 | $ | 1,876.04 |
| Handheld wireless system | 3 | ea | Shure | BLX24/R/SM58 | $ | 563.333 | $ | 1,690.00 |
| Projector | 3 | ea | Sony | VPLDW275 | $ | 3,488.707 | $ | 10,466.12 |
| Mobile Media Center | 5 | ea | VFI | RGY2X2X12 | $ | 1,796.187 | $ | 8,980.92 |
| | | | | | | | | |
| **Ball Rooms** | | | | | | | | |
| A/V wall plate | 3 | ea | Generic | n/a | $ | 433.320 | $ | 1,300.06 |
| vga-vga cable 25' | 6 | ea | Kramer | C-MGMA/MGMA-25 | $ | 75.667 | $ | 454.00 |
| HDMI-HDMI cable 25' | 6 | ea | Kramer | C-MHM/MHM-25 | $ | 74.053 | $ | 444.32 |
| LCD monitor mount | 3 | ea | Peerless | SF680 | $ | 182.000 | $ | 546.00 |
| Digital Remote | 3 | ea | Rane | DR3 | $ | 491.197 | $ | 1,473.52 |
| Infrared Wall Sensor | 3 | ea | Rane | IR2 | $ | 303.347 | $ | 910.04 |
| Audio input plate | 3 | ea | Rane | RAD2 | $ | 367.293 | $ | 1,101.88 |
| 90" 1080 LED display | 3 | ea | Sharp | LC90LE657U | $ | 9,332.000 | $ | 27,996.00 |
| | | | | | | | | |
| **MDF:** | | | | | | | | |
| Network Stream Player | 5 | ea | Crestron | CEN-NSP-1 | $ | 777.773 | $ | 3,888.87 |
| Digital Remote | 1 | ea | Rane | DR3 | $ | 491.197 | $ | 491.11 |
| 1U Digital Logic I/O Remote for DSP | 1 | ea | Rane | DR4 | $ | 1,124.933 | $ | 1,124.93 |
| Digital Remote Expander for DSP | 3 | ea | Rane | EXP1x | $ | 1,473.333 | $ | 4,420.00 |
| Zone Output Expander for DSP | 2 | ea | Rane | EXP3x | $ | 2,080.000 | $ | 4,160.00 |
| Input and DSP Expander | 1 | ea | Rane | EXP6V | $ | 2,080.000 | $ | 2,080.00 |
| Expandable Programmable DSP | 1 | ea | Rane | HAL1 | $ | 4,915.227 | $ | 4,915.23 |
| | | | | | | | | |
| **12th Floor:** | | | | | | | | |
| Digital Remote for DSP | 1 | ea | Rane | DR3 | $ | 491.197 | $ | 491.11 |
| 4" speaker | 3 | ea | JBL | 24CT Micro | $ | 113.333 | $ | 340.00 |
| | | | | | | | | |
| **Additional:** | | | | | | | | |
| Tripod projector screen 70X70 | 1 | ea | Da-Lite | 40131 | $ | 225.667 | $ | 225.67 |
| Tripod projector screen 84x84 | 1 | ea | Da-Lite | 40151 | $ | 433.667 | $ | 433.67 |
| Paper pad easel - black | 10 | ea | Da-Lite | 43120 | $ | 227.733 | $ | 2,277.33 |
| Roll around marker board | 2 | ea | Da-Lite | 43170 | $ | 1,312.367 | $ | 2,624.53 |
| A-frame easel | 10 | ea | Da-Lite | 77755 | $ | 341.500 | $ | 3,415.00 |
| 12" 2way 4x7 powered sound system | 2 | ea | JBL | EON612 | $ | 628.653 | $ | 1,257.71 |
| Conference phone | 2 | ea | Polycom | 1620 | $ | 951.853 | $ | 1,903.71 |
| Speaker stand | 2 | ea | Ultimate | TS-110B | $ | 228.707 | $ | 457.41 |
| | | | | | | | | |
| Miscellaneous (connecting cables, hardware, etc) | 1 | ea | ComNet | n/a | $ | 7,952.333 | $ | 7,952.33 |
| Freight/Travel | 1 | ea | ComNet | n/a | $ | 8,900.000 | $ | 8,900.00 |
| Labor | 1 | ea | ComNet | n/a | $ | 29,333.333 | $ | 29,333.33 |

| | | | |
|---|---|---|---|
| Labor sub-total | $ | 29,333.33 |
| Material sub-total | $ | 131,346.85 |
| | | |
| **Total** | $ | 160,680.28 |

**Scope of Work:**
1st floor Ball Rooms
1. Install (3) 90" displays with associated A/V components.

2nd floor Meeting Rooms
1. Install (4) total TVs with associated A/V components.

2nd Floor Grm Ballrooms
1. Install (1) projector screen in each Zone (3) total
2. Provide (5) mobile media carts.

Additional
1. Provide items as noted above.

Notes:
1) Pricing includes applicable sales tax on materials. Therefore, it will not be itemized separately upon invoicing.
2) All work to be performed during normal business hours, (Monday-Friday, 8am-5pm).
3) Pricing does not include applicable permitting fees which may be required.
4) Any delays (i.e.: access, construction, electrical, or other customer concerns) incurred, will be reviewed with the customer immediately and billed appropriately.
5) Customer to provide all necessary backbone and station cable conduits.
6) Pricing reflects normal office scenario.
7) Pricing does not include any specialty equipment, lift rentals, core drills, raceway, conduits, etc.
8) Any additional cabling requirements will require a JCO Approved and signed by customer prior to any new work performed.
9) Pricing valid for 30 days from above date.

Prepared by:

Jody Tiker
ComNet Communications, LLC.

Ken Vlem
8-27-14



**ComNet**
Communications, LLC

**Pricing Quote - 09-16-2014**
**Alena**
**Saddlebrook, NJ**

| Description | QTY | | MFR | Part # | Price ea | | Extended |
|---|---|---|---|---|---|---|---|
| Windows Server 2008 R2 | 1 | ea | MS | P73-06285 | $ 1,187.515 | $ | 1,187.51 |
| User license | 5 | ea | MS | R18-04281 | $ 49.805 | $ | 249.02 |
| Quantum DAT160 USB tape drive | 1 | ea | Quantum | CD160UE-SST | $ 1,112.615 | $ | 1,112.61 |
| DAT160 blank tape | 7 | ea | Quantum | MR-D7MQN-01 | $ 63.644 | $ | 445.51 |
| Zone Flex 7372 WAP | 5 | ea | Ruckus | 901-7372-US00 | $ 887.429 | $ | 4,437.15 |
| 8-Port USB PS2 VGA KVMP Switch w/ USB Cables | 1 | ea | IOGear | GCS1808KITU | $ 420.681 | $ | 420.68 |
| ThinkCentre E73 10AS Core i5 2.9 GHz 4 GB 500 GB | 1 | ea | Lenovo | 10AS002KUS | $ 792.941 | $ | 792.94 |
| VS238H-P 23" Wide LED Monitor | 1 | ea | Asus | VS238H-P | $ 235.243 | $ | 235.24 |
| 7' X 19" floor mount rack 45RU | 3 | ea | CPI | 55053-703 | $ 178.333 | $ | 535.00 |
| Miscellaneous (cable, hardware, etc) | 1 | ea | ComNet | n/a | $ 350.000 | $ | 1,150.54 |
| Labor normal | 48 | ea | ComNet | n/a | $ 75.000 | $ | 3,600.00 |

| | | |
|---|---|---|
| Labor sub-total | $ | 3,600.00 |
| Material sub-total | $ | 10,566.21 |
| **Total** | $ | 14,166.21 |

**Notes:**
1) Pricing includes applicable sales tax on materials. Therefore, it will not be itemized separately upon invoicing.
2) Pricing valid for 30 days from above date.

*Prepared by:*

*Jason Maddox, RCDD*
*ComNet Communications, LLC.*

9-25-14

KenWen