# EXHIBIT B



**COMNET COMMUNICATIONS, LLC.**
Address: P.O. BOX 19068
       JACKSONVILLE, FL 32245-9068
       (904) 464-0114

FORWARD ALL REMITTANCES AND CORRESPONDENCE
TO THE ADDRESS INDICATED ABOVE

# INVOICE

| INVOICE DATE | CUSTOMER NO. | INVOICE NUMBER |
|---|---|---|
| 08-20-2014 | 02-VHC01 | 02-369257 |
| P.O. NUMBER | WORK ORDER NO. | |
| CONTRACT | 002536 | IH |

To:
VISION HOSPITALITYH CONSTRUCTI
SUITE 360
7335 W. SAND LAKE RD
ORLANDO, FL 32819

RENAISSANCE HOTEL
400 LIVINGSTON ST
ORLANDO, FL 32801

| ITEM | DESCRIPTION | AMOUNT |
|---|---|---|
| 1 | ORIGINATOR: HENRY CRAFTON<br>WORK PERFORMED: BILLING FOR AUGUST BILLING FOR THE MAIN CABLING INSTALLATION.<br>WORK COMPLETED: 8/1/14 - 8/31/14 | |
| 2 | | |
| 3 | PER QUOTE: LABOR PARTIAL BILLING | 30,060.00 |
| 4 | PER QUOTE: MATERIALS PARTIAL BILLING | 47,400.00 |

                                        Amount Billed     $77,460.00
                                           Total Tax

                                         Retainage Held

DATE DUE: 10-19-2014        Amount Due     $77,460.00



**COMNET COMMUNICATIONS, LLC.**

Address: P.O. BOX 19068
JACKSONVILLE, FL 32245-9068
(904) 464-0114

FORWARD ALL REMITTANCES AND CORRESPONDENCE
TO THE ADDRESS INDICATED ABOVE

# INVOICE

| INVOICE DATE | CUSTOMER NO. | INVOICE NUMBER |
|---|---|---|
| 10-10-2014 | 02-VHC01 | 02-369683 |
| P.O. NUMBER | WORK ORDER NO. | |
| VERBAL | 02-002536 | IH |

To:
VISION HOSPITALITYH CONSTRUCTI
SUITE 360
7335 W. SAND LAKE RD
ORLANDO, FL 32819

RENAISSANCE HOTEL
400 LIVINGSTON ST
ORLANDO, FL 32801

| ITEM | DESCRIPTION | AMOUNT |
|---|---|---|
| 1 | ORIGINATOR: HENRY CRAFTON<br>WORK PERFORMED: BUILDOUT OF MODEL ROOMS<br>INCLUDES ADDTIONAL LABOR FOR DEMO.<br>WORK COMPLETED: 9/30/14 | |
| 2 | | |
| 3 | PER QUOTE: LABOR | 4,800.00 |
| 4 | PER QUOTE: MATERIALS | 1,224.50 |

Amount Billed    $6,024.50
Total Tax

Retainage Held

DATE DUE: 12-09-2014    Amount Due    $6,024.50