# EXHIBIT B



**COMNET COMMUNICATIONS, LLC.**

**Address:** P.O. BOX 19068
JACKSONVILLE, FL 32245-9068
(904) 464-0114

FORWARD ALL REMITTANCES AND CORRESPONDENCE
TO THE ADDRESS INDICATED ABOVE

# INVOICE

| INVOICE DATE | CUSTOMER NO. | INVOICE NUMBER |
|---|---|---|
| 06-30-2014 | 02-ALH02 | 02-368817 |
| P.O. NUMBER | WORK ORDER NO. | |
| CONTRACT | 02-002506 | IH |

To: ALENA HOSPITALITY
SUITE 390
7335 W. SAND LAKE RD
ORLANDO, FL 32817

DOUBLETREE
12125 HIGH TECH AVE
ORLANDO, FL 32139

| ITEM | DESCRIPTION | AMOUNT |
|---|---|---|
| 1 | ORIGINATOR: KEN WEAR | |
| | WORK PERFORMED: BILLING JUNE 2014 PROGRESS BILLING FOR BRAND SOUND | |
| | INSTALLATION - LABOR AND MATERIALS. | |
| | WORK COMPLETED: 6/30/13 | |
| 2 | | |
| 3 | PER QUOTE: LABOR | 10,740.00 |
| 4 | PER QUOTE: MATERIALS | 19,260.00 |
| | (SALES TAX PAID ON MATERIALS AT TIME OF PURCHASE) | |

|  |  |
|---|---|
| Amount Billed | $30,000.00 |
| Total Tax | |
| Retainage Held | |
| DATE DUE: 08-29-2014    Amount Due | $30,000.00 |



**COMNET COMMUNICATIONS, LLC.**
Address: P.O. BOX 19068
JACKSONVILLE, FL 32245-9068
(904) 464-0114

**ComNet**
Communications, LLC.

FORWARD ALL REMITTANCES AND CORRESPONDENCE
TO THE ADDRESS INDICATED ABOVE

# INVOICE

| INVOICE DATE | CUSTOMER NO. | INVOICE NUMBER |
|---|---|---|
| 07-29-2014 | 02-ALH02 | 02-369007 |
| P.O. NUMBER | WORK ORDER NO. | |
| CONTRACT | 02-002506 | IH |

To:
ALENA HOSPITALITY
SUITE 390
7335 W. SAND LAKE RD
ORLANDO, FL 32817

DOUBLETREE
12125 HIGH TECH AVE
ORLANDO, FL 32139

| ITEM | DESCRIPTION | AMOUNT |
|---|---|---|
| 1 | ORIGINATOR: KEN WEAR | |
| | WORK PERFORMED: BILLING FOR TECHNOLOGY INSTALLATION. | |
| | WORK COMPLETED: 7/31/14 | |
| 2 | | |
| 3 | PER QUOTE: LABOR | 21,400.00 |
| 4 | PER QUOTE: MATERIALS | 104,609.01 |

*PAID $1000
on 9/9/14*

| | | |
|---|---|---|
| Amount Billed | | $126,009.01 |
| Total Tax | | |
| Retainage Held | | |
| DATE DUE: 09-27-2014 | Amount Due | $126,009.01 |



**COMNET COMMUNICATIONS, LLC.**
**Address:** P.O. BOX 19068
JACKSONVILLE, FL 32245-9068
(904) 464-0114

**ComNet**
Communications, LLC.

FORWARD ALL REMITTANCES AND CORRESPONDENCE
TO THE ADDRESS INDICATED ABOVE

# INVOICE

| INVOICE DATE | CUSTOMER NO. | INVOICE NUMBER |
|---|---|---|
| 08-18-2014 | 02-ALH02 | 02-369228 |
| **P.O. NUMBER** | **WORK ORDER NO.** | |
| CONTRACT | 02-002506 | IH |

To:
ALENA HOSPITALITY
SUITE 390
7335 W. SAND LAKE RD
ORLANDO, FL 32817

DOUBLETREE
12125 HIGH TECH AVE
ORLANDO, FL 32139

| ITEM | DESCRIPTION | AMOUNT |
|---|---|---|
| 1 | ORIGINATOR: KEN WEAR | |
| | WORK PERFORMED: BILLING FOR TECHNOLOGY INSTALLATION - WORK COMPLETED | |
| | 8/1/14 - 8/31/14 | |
| 2 | | |
| 3 | PHONE SYSTEM | 95,000.00 |
| 4 | DIGITAL SIGNAGE - MATERIALS | 34,081.01 |
| 5 | IT CUTOVER - LABOR | 8,760.00 |
| 6 | IT CUTOVER - MATERIALS | 29,498.73 |

*PAID the $95K on 9/9/14*

| | |
|---|---|
| Amount Billed | $167,339.74 |
| Total Tax | |
| Retainage Held | |
| DATE DUE: 10-17-2014     Amount Due | $167,339.74 |



**COMNET COMMUNICATIONS, LLC.**
**Address:** P.O. BOX 19068
JACKSONVILLE, FL 32245-9068
(904) 464-0114

**ComNet**
Communications, LLC.

FORWARD ALL REMITTANCES AND CORRESPONDENCE
TO THE ADDRESS INDICATED ABOVE

# INVOICE

| INVOICE DATE | CUSTOMER NO. | INVOICE NUMBER |
|---|---|---|
| 09-30-2014 | 02-ALH02 | 02-369645 |
| P.O. NUMBER | WORK ORDER NO. | |
| CONTRACT | 02-002506 | IH |

To:
ALENA HOSPITALITY
SUITE 390
7335 W. SAND LAKE RD
ORLANDO, FL 32817

DOUBLETREE
12125 HIGH TECH AVE
ORLANDO, FL 32139

| ITEM | DESCRIPTION | AMOUNT |
|---|---|---|
| 1 | ORIGINATOR:  KEN WEAR | |
| | WORK PERFORMED:  PROVIDED ADDITIONAL AUDIO VISUAL EQUIPMENT FOR THE MEETING ROOMS. | |
| | WORK COMPLETED:  9/30/14 | |
| 2 | | |
| 3 | PER QUOTE: MATERIALS: | 9,738.83 |

| | |
|---|---|
| Amount Billed | $9,738.83 |
| Total Tax | |
| Retainage Held | |
| DATE DUE: 11-29-2014    Amount Due | $9,738.83 |



## COMNET COMMUNICATIONS, LLC.

**Address:** P.O. BOX 19068
JACKSONVILLE, FL 32245-9068
(904) 464-0114

FORWARD ALL REMITTANCES AND CORRESPONDENCE
TO THE ADDRESS INDICATED ABOVE

# INVOICE

| INVOICE DATE | CUSTOMER NO. | INVOICE NUMBER |
|---|---|---|
| 09-30-2014 | 02-ALH02 | 02-369644R |
| P.O. NUMBER | WORK ORDER NO. | |
| CONTRACT | 02-002506 | IH |

To:
TRUE LINE
846 HOLLYWOOD BLVD
HOLLYWOOD, FL 33019

DOUBLETREE
12125 HIGH TECH AVE
ORLANDO, FL 32139

| ITEM | DESCRIPTION | AMOUNT |
|---|---|---|
| 1 | ORIGINATOR: KEN WEAR | |
| | WORK PERFORMED: FINAL BILLING FOR DIGITAL SIGNAGE INSTALLATION. | |
| | WORK COMPLETED: 9/30/14 | |
| 2 | | |
| 3 | PER QUOTE: LABOR | 2,640.00 |

|  |  |
|---|---|
| Amount Billed | $2,640.00 |
| Total Tax | |
| Retainage Held | |
| DATE DUE: 09-30-2014       Amount Due | $2,640.00 |