# EXHIBIT D



# INVOICE

**COMNET COMMUNICATIONS, LLC.**
Address: P.O. BOX 19068
JACKSONVILLE, FL 32245-9068
(904) 464-0114

FORWARD ALL REMITTANCES AND CORRESPONDENCE
TO THE ADDRESS INDICATED ABOVE

| INVOICE DATE | CUSTOMER NO. | INVOICE NUMBER |
|---|---|---|
| 07-29-2014 | 02-VHC01 | 02-369008 |
| P.O. NUMBER | WORK ORDER NO. | |
| CONTRACT | 02-002506 | IH |

To:
VISION HOSPITALITYH CONSTRUCTI
SUITE 360
7335 W. SAND LAKE RD
ORLANDO, FL 32819

DOUBLETREE
12125 HIGH TECH AVE
ORLANDO, FL 32139

| ITEM | DESCRIPTION | AMOUNT |
|---|---|---|
| 1 | ORIGINATOR: HENRY CRAFTON<br>WORK PERFORMED: BILLING FOR LOW VOLTAGE CABLING INSTALLATION.<br>WORK COMPLETED: 7/31/14 | |
| 2 | | |
| 3 | PER QUOTE: LABOR | 24,250.00 |
| 4 | PER QUOTE: MATERIALS | 4,414.93 |

PAID
$12,250 on
9/9/14

| | |
|---|---|
| Amount Billed | $28,664.93 |
| Total Tax | |
| Retainage Held | |
| DATE DUE: 09-27-2014   Amount Due | $28,664.93 |