UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PENNANT MANAGEMENT, INC., </br></br>　　　　Plaintiff, </br></br>v. </br></br>FIRST FARMERS FINANCIAL, LLC, et al. </br></br>　　　　Defendants. </br>―――――――――――――――――――――― </br>ILLINOIS METROPOLITAN INVESTMENT FUND and HARVARD SAVINGS BANK, an Illinois Savings Bank, </br></br>　　　　Plaintiff-Intervenors </br>v. </br></br>FIRST FARMERS FINANCIAL, LLC, et al. </br></br>　　　　Defendants. | CASE NO.: 14-CV-7581 |

## PROOF OF CLAIM

STATE OF FLORIDA
COUNTY OF LAKE

　　BEFORE ME, the undersigned authority, personally appeared Chris Kersey ,who produced a Florida Driver's License as identification, and after being duly sworn, states that:

　　1.　　He is Chris Kersey, Chief Operating Officer of CVC Hospitality, Inc., a Florida corporation ("CVC"), the Claimant herein.

2. He has custody of and supervises the accounts and records which are the subject of this action including the accounts and records of the amount owed to CVC, which is the subject of this Proof of Claim.

3. He has personal knowledge of each of the facts set forth herein and is authorized to file this Proof of Claim in the above-referenced case.

4. This claim arises out of the construction work performed by CVC at the property commonly referred as Orlando Vista Crown Plaza, located at 12490 South Apopka Vineland Road, Orlando, Florida 32836 (the "Project").

5. On or about April 9, 2013, CVC, as general contractor, entered into a written agreement with Alena Hospitality LDV, LLC, as owner ("Alena") for improvements to the Project. A true and correct copy of the Contract is attached hereto as Exhibit "A".

6. CVC has fully performed its obligations under the Contract.

7. Alena has failed to pay CVC fully for its work on the Project.

8. As of August 24, 2015, CVC is owed the principal sum of $1,200,636.11, plus $43,905.27 in prejudgment interest and approximately $65,000.00 in attorneys' fees which continue to accrue, all of which are securitized by the Claim of Lien under Florida law, for a total claim of $1,309,541.38. On October 21, 2014, CVC recorded a Claim for Lien against the Project with the Public Records of Orange County, Florida Clerk of the Circuit Court, and on November 25, 2014 it filed a mechanics lien foreclosure action against Alena to enforce that lien. A true and correct copy of the Claim of Lien is attached hereto as Exhibit "B". Subsequently, a partial satisfaction of the lien was recorded and is attached hereto as Exhibit "C."

9. Claimant is the holder of said Claim of Lien and each and every allegation of this Proof of Claim filed is true and correct.

10. Claimant is submitting this Proof of Claim in compliance with the Court's Memorandum Opinion and Order of July 24, 2015. By filing this Proof of Claim, Claimant does not waive its objections to the consolidation of all pending lien litigation involving the various hotel properties in Northern District of Illinois and to the Court's jurisdiction over CVS and the Project and to entry of an order allowing the Receiver to sell the subject properties free and clear of all claims.

Dated: August 25, 2015.

_____
Chris Kersey

The foregoing instrument was acknowledged before me this 25th day of August, 2015 by Chris Kersey, who produced Florida Driver's License as identification.

_____
Notary Public, State of Florida

DANIELLE REYES
MY COMMISSION # EE 119847
EXPIRES: August 26, 2015
Bonded Thru Budget Notary Services