

| UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION | | PROOF OF CLAIM |
|---|---|---|

| Case Caption<br>**Pennant Management, Inc. v. First Farmers Financial, LLC, et al.** | **Case Number: 14 CV 7581**<br>**Judge Initials: AJS** | |
|---|---|---|

| Name of Creditor (the person or other entity to whom the debtor owes money or property):<br><br>World Framing Design Inc. | ☒ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars. (Exhibit A) | **FILED**<br><br>SEP 1 8 2015 |
|---|---|---|
| Name and address where notices should be sent:<br><br>C/O Logica<br>400 NW 26 ST<br>Miami, FL, 33127<br><br>Telephone number: 305-726-1537 | ☒ Check box if you have never received any notices from the bankruptcy court in this case.<br><br>☒ Check box if the address differs from the address on the envelope sent to you by the court. | THOMAS G. BRUTON<br>CLERK, U.S. DISTRICT COURT<br>THIS SPACE IS FOR COURT USE ONLY. |

| Last four digits of account or other number by which creditor identifies debtor: **NA** | Check here ☐ replaces<br>if this claim ☒ amends a previously filed claim, dated **08/21/2015** |
|---|---|

| 1. **Basis for Claim**<br>☐ Goods sold<br>☒ Services performed<br>☐ Money loaned<br>☐ Personal injury/wrongful death<br>☐ Taxes<br>☐ Other | ☐ Wages, salaries, and compensation (fill out below)<br>Last four digits of your SS#: _____<br>Unpaid compensation for services performed<br>from _____ to _____<br>    (date)        (date) |
|---|---|

| 2. **Date debt was incurred:**<br>11/14/2014 | 3. **If court judgment, date obtained:** |
|---|---|

4. **Classification of Claim.** Check the appropriate box or boxes that best describe your claim and state the amount of the claim at the time case filed. See reverse side for important explanations.

| Unsecured Nonpriority Claim $ 21,025.31<br><br>☐ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority. | **Secured Claim**<br>☐ Check this box if your claim is secured by collateral (including a right of setoff).<br><br>Brief Description of Collateral:<br>☐ Real Estate ☐ Motor Vehicle ☐ Other _N/A_<br>Value of Collateral: $ _N/A_<br>Amount of arrearage and other charges at time case filed included in secured claim, if any: $ _N/A_ . |
|---|---|

| 5. **Total Amount of Claim at Time Case Filed:** | $21,025.31 | | | $21,025.31 |
|---|---|---|---|---|
| | (unsecured) | (secured) | (priority) | (TOTAL) |

☒ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges. Attorney's Fees (Exhibit H) and Statement of Interest (Exhibit I)

| 6. **Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim. | THIS SPACE IS FOR COURT USE ONLY. |
|---|---|

7. **Supporting Documents:** *Attach copies of supporting documents,* such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. **DO NOT SEND ORIGINAL DOCUMENTS**. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. **Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

| Date<br><br>09/16/2015 | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any):<br><br>*[signature]*    Giovanny A. Nino - President. |
|---|---|

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3

{105}6-002 NTC A0414590.DOCX}

# Exhibits
# Summary

EXHIBIT A: Proof of claim by others related with my claim.

EXHIBIT B: Contract between World Framing Design Inc. and Continental

Builder USA Inc.

EXHIBIT C: Change Orders.

EXHIBIT D: Demand for sworn statement of account.

EXHIBIT D-1: Claim of Lien.

EXHIBIT E: Respond to District Court Illinois by August 25, 2015

EXHIBIT F: Balance sheet of amount own and payment made by Continental

Builders USA Inc.

EXHIBIT G: Invoice to Continental Builder USA Inc.

EXHIBIT H: Attorney's fees.

EXHIBIT I: Statement if Interest.

CASE No. 14CV7581.

# EXHIBIT A

Proof of claim by others related with my claim.

09/16/2015

**Company That Has filed a Proof of Claim Related with my claim.**

World Framing Design Inc had an Agreement with Continental Builders USA, Inc *to work in the Construction Project related to "Orlando LBV," located at 12490 Apopka Vineland Road, Orlando, Florida*. Continental Builders USA Inc. is owed money under the contract with the General Contractor and it is party of the lawsuit in Orlando, Florida. Furthermore, Continental Builders USA Inc. has filed a proof of claim with this Court.

Giovanny A Nino
President
World Framing Design Inc

# EXHIBIT B

Contract between

World Framing Design Inc.

and

Continental Builder USA Inc.

<u>05/15</u>, 2014

CONFIDENTIAL

World Framing Design, Inc.
Giovanny Nino, President of World Framing Design, Inc.


Continental Builders USA, Inc.
Yani Jusakos, President of Continental Builders USA, Inc.

**Re:**          **HOTEL VISTA 535 – Construction project**

### Address: 12490 Apopka Vineland Road, Orlando, FL, 32836

## AGREEMENT BETWEEN WORLD FRAMING DESIGN, INC AND CONTINENTAL BUILDERS USA, LLC

This agreement is entered today __05/15__ 2014 between WORLD FRAMING DESIGN, INC (hereinafter "WFD"), a Florida Corporation and CONTINENTAL BUILDERS USA, INC (hereinafter "Continental"), a Florida Corporation, and hereinafter serves as the only controlling document of all terms of this written agreement entered by the WFD and Continental, (collectively the "Parties").

### PARTIES

A.      WFD is a Florida Corporation located in Orlando Florida and registered under the laws of the state of Florida.

B.      Continental is a Florida Corporation located in Orlando Florida and registered under the laws of the state of Florida.

C.      Giovanny Nino is the president of WFD and has the authority to enter into this contract on behalf of WFD.

D.      Yani Jusakos states that he is president of Continental and has the authority to enter into this contract on behalf of Continental.

### DEFINITIONS

A.      **Construction Materials:** any material associated to the job site and/or construction project needed for the project including but not limited to: drywall, studs, nails, construction tools, and any other material associated to the job site.

B.      **Job Site or Construction Project or Construction Job:** this term refers to the project in which WFD and/or Continental are performing work. The only construction project, job site or construction job is: **Hotel Visa 535**

Continental _____                                      WFD _____          1

**C.** **Labor or Cost of the Labor:** it refers to the work done by employees, supervisor, and/or independent contractor(s) in the job site or construction project where WFD and/or Continental are performing construction work.

**D.** **Profits:** a financial gain, especially the difference between the amount earned and the amount spent in the construction of each construction project.

## ARTICLE 1: CONTRACT DOCUMENTS

1.1 The contract documents consist of this Agreement and all exhibits attached hereto, if any.

1.2 All of the Contract Documents, including any **Exhibit if any** are incorporated herein by this reference and are an integral part of this Agreement.

## ARTICLE 2: SCOPE OF AGREEMENT

2.1 WFD and Continental agree to pay 100% for the costs of the construction materials (50/50 each party) associated to the job site and/or the construction project.

2.1.1 WFD and Continental agree to pay 100% for any cost (50/50 each party) associated to the Construction project. These costs may include but are not limited to payment of any insurance, construction material, workers compensation and/or any other reasonable costs associated to the Construction job or job site.

2.2 WFD and Continental agree to pay 100% for the costs of the labor (50/50 each party) related to the construction project and/or job site.

2.3 WFD and Continental agree to provide construction services related to the Construction project. WFD and Continental agree and are in charge of hiring the necessary employees and contractors to complete the Construction Project.

2.4 WFD agrees to provide supervisory services and/or search and hire a qualified supervisor with relevant experience in the Construction field for the job or Construction project. WFD and Continental agree that WFD's president (Giovanny Nino) or a qualified and experienced supervisor shall be paid for these services pursuant to this agreement.

2.5 WFD and Continental agree that WFD's president or any qualified and experienced employee or contractor selected by the parties will assume the role as a supervisor and such employee and/or contractor will be in charged of supervising and managing the Construction project or the job site. In case WFD's president is not able to perform the supervisory position, the parties shall hire a qualified and experienced employee and/or contractor to supervise the Construction project.

2.5.1 The parties will pay to supervisor $20 per hour for the services performed until the job is 100% finish.

2.6 The parties agreed to distribute 40% of the profits to WFD and 60% of the profits to Continental. Before any profits are distributed the parties agree to pay the construction material, the labor, the costs associated to the Construction job, and the supervisor and employees who have performed work in the job site or construction project.

Continental _____                          WFD _____            2

**2.7** The parties agree that each party bears 50/50 responsibility for any loss incur in the Construction project, including but not limited to loss of profit due to errors in accounting, bidding, and estimating the Construction project.

**2.7.** The parties agree that Continental will pay WFD every two weeks for the services performed and pursuant to the terms and obligation of the parties in this agreement. ~~If Continental does not pay WFD, WFD may take at its own discretion any necessary measures to enforce the provisions of this agreement in a Court at law or in equity.~~ Pay When Pay. H. 05\15\14    GN

**2.8.** The parties agreed that change orders would be supplied from time to time and each change order constitute part of this agreement. Any change order related to the Construction project automatically is part of this agreement. Also, the parties agree that as to the date of the signing of this agreement there are about six ("6") change orders that form part of this agreement and that will be added in this agreement as **Exhibit "A".**

## ARTICLE 3: CONTRACT DURATION

**3.1** The Contract Time is the period of time allotted in the Contract Documents and referenced in section 3.3.

**3.2** Date of Commencement: The date of commencement shall be _____, 2014.

**3.3** This agreement is for the duration of the Construction project, Hotel Vista 535.

## ARTICLE 4: REMEDIES

**4.1** If any of the parties defaults under this agreement, the non-defaulting party may pursue a claim(s) for damages under Florida Law. However, before filing a civil action, the no defaulting party shall send to the defaulting party a demand letter giving that party 30 days to remedy or cure its breach of contract or violation. In case that the defaulting party does not remedy or cure its breach or violation, the non-defaulting party may initiate a civil action pursuant to the terms of this agreement.

## ARTICLE 5: MISCELLANEOUS

**5.1** If any part of any Article of this Agreement shall be deemed to be invalid by any court of law, the remaining provisions of this Agreement shall remain in full force and effect.

**5.2** The prevailing party in any litigation arising out of this Agreement shall be entitled to recover its reasonable attorney fees and costs incurred in connection with the litigation including attorney fees and costs incurred for collections pre-trial and post-trial, appellate proceedings and costs related to the litigation.

**5.3** This Agreement shall be binding upon the parties hereto and their respective heirs, executors, administrators, successors, and assigns. However, the parties shall not assign nor transfer this Agreement nor any interest therein without the express written consent of the other party.

Continental _____          WFD ___GN___          3

5.4    This Agreement represents the entire and integrated agreement between the parties, WFD and Continental, and supersedes all prior negotiations, representations and agreements, either written or verbal. This Agreement may be amended only by written instrument signed by both parties.

5.5    Venue shall be in Orange County, Florida because this is the place where this Agreement was executed.

5.6    This AGREEMENT shall be interpreted, controlled, and enforced in accordance with the substantive laws of the State of Florida.

5.7.    The parties agree that they are allowed to take such actions as may be required to cause compliance with this Agreement.

5.8    The parties hereby represents and warrants that (i) the they have full right and authority to enter into this Agreement and to perform their obligations hereunder, and (ii) the execution and delivery of this Agreement by the parties and the performance by the parties of their obligations hereunder will not conflict with or breach any agreement, order or decree to which the Company is a party or by which the Company is bound.

5.9    The parties agree that each will give the support to develop the Construction project.

5.10    Neither party may disclose publicly in any manner without the other party's written consent any information related to the projects, work sites and/or any confidential information related to the construction project, except as may be required by law, regulation or court order but subject to the limitation below.


IN WITNESS HEREOF, WFD through its officer, Giovanny Nino, and Yani Jusakos, individually, have caused this Agreement to be executed as of the day and year first written as referenced.


WORLD FRAMING DESIGN, INC

_____
**Signature**

Giovanny A. Nino
**Printed Name**

05/05/2014
**Date**


Continental Builders USA, INC

_____
**Signature**

YANI JUSAKOS
**Printed Name**

05/15/14
**Date**


Continental _____

WFD ___ 6N ___                    4

CASE No. 14 CV 7581.

# EXHIBIT C

Change Orders.

# World Construction and Design Inc
## VISTA 535 FINAL REPORT.xlsx
## METAL FRAMING INCOME

| Description | Total | Total |
|---|---|---|
| Initial Proposal -CVC#7 | $152,438.00 | |
| Change Order #1- Demo cornices - CVC#2 | | $1,500.00 |
| Change Order #3 - Temporary Roof - CVC#6 | | $5,700.00 |
| Change Order #4 - Balcony Trusses Supports - CVC#1 | | $9,500.00 |
| Change Order #5 - Replace Sheating-CVC#4 | | $5,000.00 |
| Change Order #6 - Membrane and Tile Roof - CVC#5 | | $19,357.00 |
| Damage Elevator - CVC#12 | | -$4,500.00 |
| Change order #8 - CVC#14 | | $1,800.00 |
| Change order #9 - CVC#15 | | $400.00 |
| Change order - Continental | | $4,000.00 |
| Change order - Elevator NOT ACCEPTED CVC #12 | | $4,500.00 |
| SUB TOTAL | $152,438.00 | $47,257.00 |

| | |
|---|---|
| **TOTAL** | **$199,695.00** |



**World Framing Design Inc.**
Construction ♦ Renovations ♦ Design

World Framing Design, Inc.
PO Box 721260
Orlando, FL 32872
Phone: 321-331-3248
Fax: 407-926-8273
March 28th, 2014

Yani Jusakos
Phone: 407-509-9836
Email: yanijusakos@gmail.com



Reference Project: Orlando Vista Hotel SR 535 @ Orlando, FL
           Exterior Metal Framing

Yani:

World Framing Design Inc. propose furnish all necessary labor, and equipment to complete our scope of work on the above referenced project. This bid assumes that if it is granted, all parties will work together to develop a mutually agreeable construction schedule. This bid is also based on information and set of drawings provided at this time. Our scope of work consists of the following:

**Labor and / or Material: Exterior Metal Framing and trusses.**

1. Include 3 5/8" or 6", 16 o.c, or 24 o.c. 18GA metal framing on new exterior walls to set new trusses system.
2. Include all metal framing necessary such walls, columns, soffits, and ceilings using 3 5/8" or 6", 16 o.c, or 24 o.c. 18GA metal studs as specify by drawings.
3. Include 5/8" Denglass Gold over new exterior metal framing as specify by drawings.
4. Include demolition of existing roof membrane to install new metal framing to receive trusses. Size will be at least 2.00 ft width.
5. Include installation of all trusses systems. Trusses must be supply by the others.
6. Include 5/8 CDX pressure threaded plywood on top of all new trusses system.

**Work excluded.**

1. Exclude any kind of work that is not listed above.
2. Exclude any supply of pre-engineering trusses (by others).
3. Exclude any sounds pads/sound caulking at electrical devices.
4. Exclude any testing and /or inspections of our work. All costs to be by others.
5. Exclude any engineering cost.
6. Exclude renting of any kind of machinery necessary to reach required heights.

**The General Contractor is to provide the following items.**

1. Electrical outlets in sufficient locations as required for the performance of our work.
2. On-site parking for our employees.
3. Toilet facilities.
4. Trash dumpsters nearby for the deposit of debris.
5. Any necessary permits.
6. Any necessary control lines or bench marks.

1



**World Framing Design Inc.**
Construction ◆ Renovations ◆ Design

7. Temporary lighting at all areas of work.
8. Level grade for the erection of our scaffold or manipulation of machinery.

**General Conditions:**

1. We reserve the right to withdraw this bid if it is not accepted within 30 days.
2. Any revisions at a later date will be subject to price review at that time.
3. All work is to perform during normal working hours and days only (Monday thru Friday, 7:00 A.M. to 3:30 P.M.). No overtime premium pay is included.
4. All contractor terms and language to be negotiable.
5. Any change on drawings must be submitted with a change order and approved by the General Contractor to perform the work.
6. WFD Inc requires a scope meeting before entering into any subcontract agreement.
7. If this proposal will be accepted, it shall be integral part of the subcontract agreement or represent an official contract in case of no contract agreement.

**Notes:**

1. This proposal is based on blue prints and/or pictures provided by Yani Jusakos from Continental Inc.
2. Blue prints issue date is: 9/9/13 with project number not specifies. The set of drawings for bidding purpose was submitted by CVS General Contractor on 3/08/2014.
3. Any changes on the set of drawings will require a revision on this proposal and prices could change.
4. WFD did not receive any RFIs or addendums.

---------------------------------------------------------------------------------------------------------

**Price:**

EXTERIOR LABOR AND OR MATERIALS ORLANDO VISTA SR 535 @ ORLANDO, FL

| | | |
|---|---|---|
| Labor and materials on exterior sheeting……………………. | $ | 16,364.97 |
| Labor intallation exterior trusses system ……………………. | $ | 99,527.10 |
| Labor and materials on exterrior metal framing………..…………… | $ | 36,132.92 |
| **TOTAL PRICE**……………………………………………….…….. | $ | **152,024.99** |

If you have any question regarding the above correspondence please do not hesitate to call immediately.

Thank you for giving us this opportunity. We look forward to hearing from you.
Respectfully Submitted.

Giovanny Nino
VP / WFD
cng.giovanny@wcdgn.com
www.wcdgn.com

2

# CVC HOSPITALITY, INC.

## SUBCONTRACTOR CHANGE ORDER

| TO: | Continental Builders USA |
| --- | --- |
| | 2800 S Orange Blossom Trail |
| | Orlando, Florida 32805 |

| JOB NAME: | Orlando Vista Crowne |
| --- | --- |
| JOB #: CSD | 14374 |
| CHANGE ORDER #: | 7 |
| DATE: | 2/28/14 |

Reason: ☐Backcharge to Owner  ☐Backcharge to Subctr.  ☐Not billable to owner  ☐Billable to owner

### DESCRIPTION

| | | | |
| --- | --- | --- | --- |
| All metal framing for rooftop elements. Includes all parapet walls | | $ | 152,438.00 |
| columns, soffits and ceilings. Includes all densglass, moisture wrap | | | |
| Demo roof membrane. Install all trusses, clips, anchors, cdx. | | | |
| | | | |
| Includes crane | | | |
| | | | |
| | TOTAL | $ | 152,438.00 |

*Includes all travel, fuel and lodging expenses.*

| | | |
| --- | --- | --- |
| ORIGINAL CONTRACT AMOUNT | $ | 320,000.00 |
| NET CHANGES BY PREVIOUS CHANGE ORDERS | $ | 39,557.00 |
| TOTAL CONTRACT AMOUNT PRIOR TO THIS CHANGE ORDER | $ | 359,557.00 |
| TOTAL CONTRACT AMOUNT WILL BE IN**CREASED** | $ | 152,438.00 |
| NEW TOTAL CONTRACT AMOUNT INCLUDING THIS CHANGE | $ | 511,995.00 |

CVC HOSPITALITY, INC.                    CONTINENTAL BUILDERS

*Chris Callahan*

SIGNATURE                                SIGNATURE

DATE:    *02/28/2014*                    DATE: _____



## World Framing Design Inc.
Metal Framing ♦ Drywall ♦ Finish

World Framing Design, Inc.
PO Box 721260
Orlando, FL 32872
Phone: 321-331-3248
Fax: 407-926-8273
April 1st, 2014

Yani Jusakos
Continental Builders USA
2800 S. Orange Blossom Trial
Phone: 407-509-9836; 107-839-8474
Fax: 407-839-0898
Email: yanijusakos@gmail.com

Reference Project: Vista Hotel 535 @ Orlando, FL
                   Change Order # 1

Scope of work

**Work and Materials Qualifications: Demolition of Top Cornices.**

Change Order # 2
CVC

1. Include demolition of top cornices to receive trusses system.
2. Include cleanup of all material removed from the exterior top cornice.

**Notes:**

1. This price is given on information provided by Bob Lewis.

-------------------------------------------------------------------------------------------------

**Price:**

**CHANGE ORDER # 1**

EXTERIOR LABOR AND MATERIALS ON TOP CORNICES

| Labor on demolition of top cornices | $1,500.00 |
|---|---|
| TOTAL PRICE................................................................ | **$1,500.00** |

If you have any question regarding the above correspondence please do not hesitate to call immediately.

Thank you. We look forward to hearing from you.
Respectfully Submitted,

Giovanny Nino                              Approved by:
VP / WFD                                   Date:

# CVC HOSPITALITY, INC.

## SUBCONTRACTOR CHANGE ORDER

| TO: | Continental Builders USA |
| | 2800 S Orange Blossom Trail |
| | Orlando, Florida 32805 |

| JOB NAME: | Orlando Vista Crowne |
| JOB #: CSD | 14374 |
| CHANGE ORDER #: | 2 |
| DATE: | 5/8/14 |

Reason: ☐Backcharge to Owner  ☐Backcharge to Subctr.          ☐Not billable to owner  ☐Billable to owner

DESCRIPTION

| Demo of top cornices to receive trusse system | $ | 1,500.00 |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| TOTAL | $ | 1,500.00 |

*Includes all travel, fuel and lodging expenses.*

| ORIGINAL CONTRACT AMOUNT | $ | 320,000.00 |
|---|---|---|
| NET CHANGES BY PREVIOUS CHANGE ORDERS | $ | 9,500.00 |
| TOTAL CONTRACT AMOUNT PRIOR TO THIS CHANGE ORDER | $ | 329,500.00 |
| TOTAL CONTRACT AMOUNT WILL BE **INCREASED** | $ | 1,500.00 |
| NEW TOTAL CONTRACT AMOUNT INCLUDING THIS CHANGE | $ | 331,000.00 |

CVC HOSPITALITY, INC.          CONTINENTAL BUILDERS


SIGNATURE          SIGNATURE

DATE:          DATE:

4455 Dardanelle Drive
Orlando, Florida 32808
407-299-7619
Fax 407-299-2627



**World Framing Design Inc.**
Metal Framing ♦ Drywall ♦ Finish

World Framing Design, Inc.
PO Box 721260
Orlando, FL 32872
Phone: 321-331-3248
Fax: 407-926-8273
April 16th, 2014

Yani Jusakos
Continental Builders USA
2800 S. Orange Blossom Trial
Phone: 407-509-9836; 107-839-8474
Fax: 407-839-0898
Email: yanijusakos@gmail.com

Reference Project: Vista Hotel 535 @ Orlando, FL
　　　　　　　　Change Order # 3

CVC#6

Scope of work

## Work and Materials Qualifications: Temporary Roof on top of Parapets.

1. Include built a temporary roof using to receive plywood.
2. Include plywood on top of temporary roof.
3. Include installation of 4 mil plastic (temporary water proof membrane)
4. Include installation on 5/8" pressure threated plywood on exterior side of parapet to 2 ft. from bottom.
5. Include installation on ½" pressure threated plywood on interior side of parapet to 1 ft. from bottom.

**Notes:**

1. This price is given on information provided by Bob Lewis.
2. The trusses system must arrive within a week. Material used to build temporary roof is made by using materials for parapets.

-----------------------------------------------------------------------------------------

**Price:**

**CHANGE ORDER # 3**

EXTERIOR LABOR AND MATERIALS ON TOP PARAPETS

| Labor and materials on exterior side of parapets | $4,500.00 |
|---|---|
| Labor and materials on interior side of parapets | $1,200.00 |
| TOTAL PRICE............................................................ | $5,700.00 |

If you have any question regarding the above correspondence please do not hesitate to call immediately.

Thank you. We look forward to hearing from you.
Respectfully Submitted,

Giovanny Nino
VP / WFD

Approved by:
Date:

# CVC HOSPITALITY, INC.

## SUBCONTRACTOR CHANGE ORDER

| TO: | Continental Builders USA<br>2800 S Orange Blossom Trail<br>Orlando, Florida 32805 |
|---|---|

| JOB NAME: | Orlando Vista Crowne |
|---|---|
| JOB #: CSD | 14374 |
| CHANGE ORDER #: | 6 |
| DATE: | 4/16/14 |

Reason: ☐Backcharge to Owner  ☐Backcharge to Subctr.        ☐Not billable to owner  ☐Billable to owner

DESCRIPTION

| Temporary Roof on Parapet walls | | |
|---|---|---|
| Material | $ | 4,500.00 |
| Labor | $ | 1,200.00 |
| | | |
| | | |
| | | |
| TOTAL | $ | 5,700.00 |

*Includes all travel, fuel and lodging expenses.*

| ORIGINAL CONTRACT AMOUNT | $ | 320,000.00 |
|---|---|---|
| NET CHANGES BY PREVIOUS CHANGE ORDERS | $ | 33,857.00 |
| TOTAL CONTRACT AMOUNT PRIOR TO THIS CHANGE ORDER | $ | 353,857.00 |
| TOTAL CONTRACT AMOUNT WILL BE IN**CREASED** | $ | 5,700.00 |
| NEW TOTAL CONTRACT AMOUNT INCLUDING THIS CHANGE | $ | 359,557.00 |

CVC HOSPITALITY, INC.                    CONTINENTAL BUILDERS

*Chris Callahan*
SIGNATURE
                                         SIGNATURE

DATE:   04/16/2014                       DATE:

**World Framing Design Inc.**
Metal Framing ♦ Drywall ♦ Finish



World Framing Design, Inc.
PO Box 721260
Orlando, FL 32872
Phone: 321-331-3248
Fax: 407-926-8273
May 1st, 2014

Yani Jusakos
Continental Builders USA
2800 S. Orange Blossom Trial
Phone: 407-509-9836; 107-839-8474
Fax: 407-839-0898
Email: yanijusakos@gmail.com

Reference Project: Vista Hotel 535 @ Orlando, FL
Change Order # 4

*Change Order # 1*
*CVC*

Scope of work

**Work and Materials Qualifications: Exterior Roof at Balconies.**

1. Include demolition of two (2) rows of existing foam 6" width to receive exterior metal clips.
2. Include installation of 2x6 pressure threated wood, flat with existing surfaces.
3. Include installation of 5/8" anchor bolts, 2" long , at every 16" o.c. to support 2x6 wood.

-----------------------------------------------------------------------------------------------------

Price:

**CHANGE ORDER # 4**

EXTERIOR LABOR AND MATERIALS ON EXTERIOR TRUSSES @ BALCONIES

| | |
|---|---|
| Labor and materials on exterior balconies trusses supports | $9,500.00 |
| ~~Labor and materials on exterior balconies drains~~ | ~~$3,200.00~~ |
| TOTAL PRICE........................................................................ | $12,700.00 |

*Not Approved*
*GN*

If you have any question regarding the above correspondence please do not hesitate to call immediately.

Thank you. We look forward to hearing from you.
Respectfully Submitted,

_____
Giovanny Nino
VP / WFD

_____
Approved by:
Date;

# CVC HOSPITALITY, INC.

## SUBCONTRACTOR CHANGE ORDER

| TO: | Continental Builders USA |
| | 2800 S Orange Blossom Trail |
| | Orlando, Florida 32805 |

| JOB NAME: | Orlando Vista Crowne |
| JOB #: CSD | 14374 |
| CHANGE ORDER #: | 1 |
| DATE: | 5/8/14 |

Reason: ☐Backcharge to Owner   ☐Backcharge to Subctr.          ☐Not billable to owner  ☐Billable to owner

DESCRIPTION

| | | |
|---|---|---|
| Exterior roof at Balconies | $ | 9,500.00 |
| Install 2x6 pressure treated wood flat to existing surface | | |
| Install anchor bolts as required by code | | |
| attach trusses with clips as required | | |
| demo included. | | |
| *Must be a code complaint system | | |
| TOTAL | $ | 9,500.00 |

*Includes all travel, fuel and lodging expenses.*

| | | |
|---|---|---|
| ORIGINAL CONTRACT AMOUNT | $ | 320,000.00 |
| NET CHANGES BY PREVIOUS CHANGE ORDERS | $ | - |
| TOTAL CONTRACT AMOUNT PRIOR TO THIS CHANGE ORDER | $ | 320,000.00 |
| TOTAL CONTRACT AMOUNT WILL BE **INCREASED** | $ | 9,500.00 |
| NEW TOTAL CONTRACT AMOUNT INCLUDING THIS CHANGE | $ | 329,500.00 |

CVC HOSPITALITY, INC.                CONTINENTAL BUILDERS

SIGNATURE                            SIGNATURE

DATE:                                DATE:

4455 Dardanelle Drive
Orlando, Florida 32808
407-299-7619
Fax 407-299-2627

## World Framing Design Inc.
Metal Framing ♦ Drywall ♦ Finish



World Framing Design, Inc.
PO Box 721260
Orlando, FL 32872
Phone: 321-331-3248
Fax: 407-926-8273
May 23rd, 2014

Yani Jusakos
Continental Builders USA
2800 S. Orange Blossom Trial
Phone: 407-509-9836; 107-839-8474
Fax: 407-839-0898
Email: yanijusakos@gmail.com

Reference Project: Vista Hotel 535 @ Orlando, FL
Change Order # 5

Scope of work

*Change Order #4*
*CVC*

**Work and Materials Qualifications: Exterior Sheeting at Roof .**

1. Include demolition of installed 5/8" CDX regular sheeting plywood (150 sheets).
2. Include installation of new 5/8" exterior plywood fire rated on all trusses system.

--------------------------------------------------------------------------

**Price:**

**CHANGE ORDER # 5**

LABOR AND MATERIALS ON EXTERIOR SHEETING @ TRUSSES SYSTEM

| | |
|---|---|
| Materials on exterior sheeting trusses | ~~$24,500.00~~ |
| Labor on exterior sheeting trusses | $5,000.00 |
| TOTAL PRICE................................................................... | $29,500.00 |

If you have any question regarding the above correspondence please do not hesitate to call immediately.

Thank you. We look forward to hearing from you.
Respectfully Submitted,

Giovanny Nino
VP / WFD

Approved by:
Date:

# CVC HOSPITALITY, INC.

## SUBCONTRACTOR CHANGE ORDER

| TO: | Continental Builders USA |
| --- | --- |
| | 2800 S Orange Blossom Trail |
| | Orlando, Florida 32805 |

| JOB NAME: | Orlando Vista Crowne |
| --- | --- |
| JOB #: CSD | 14374 |
| CHANGE ORDER #: | 4 |
| DATE: | 6/28/14 |

Reason: ☐Backcharge to Owner ☐Backcharge to Subctr.      ☐Not billable to owner ☐Billable to owner

### DESCRIPTION

| Labor to demo 150 boards of CDX and install 300 boards of FRT | $ | 5,000.00 |
| --- | --- | --- |
| | | |
| | | |
| | | |
| | | |
| | | |
| TOTAL | $ | 5,000.00 |

*Includes all travel, fuel and lodging expenses.*

| ORIGINAL CONTRACT AMOUNT | $ | 320,000.00 |
| --- | --- | --- |
| NET CHANGES BY PREVIOUS CHANGE ORDERS | $ | 9,500.00 |
| TOTAL CONTRACT AMOUNT PRIOR TO THIS CHANGE ORDER | $ | 329,500.00 |
| TOTAL CONTRACT AMOUNT WILL BE IN**CREASED** | $ | 5,000.00 |
| NEW TOTAL CONTRACT AMOUNT INCLUDING THIS CHANGE | $ | 334,500.00 |

CVC HOSPITALITY, INC.          CONTINENTAL BUILDERS

*Chris Callahan*

SIGNATURE                 SIGNATURE

DATE:    06/28/2014            DATE:

4455 Dardanelle Drive
Orlando, Florida 32808
407-299-7619
Fax 407-299-2627



**World Framing Design Inc.**
Metal Framing ♦ Drywall ♦ Finish

World Framing Design, Inc.
PO Box 721260
Orlando, FL 32872
Phone: 321-331-3248
Fax: 407-926-8273
June 30rd, 2014

Yani Jusakos
Continental Builders USA
2800 S. Orange Blossom Trial
Phone: 407-509-9836; 107-839-8474
Fax: 407-839-0898
Email: yanijusakos@gmail.com

Reference Project: Vista Hotel 535 @ Orlando, FL
Change Order # 6

Change Order # 5
CVC

Scope of work

**Work and Materials Qualifications: Exterior Membrane and Roof Tile System.**

1. Include installation of membrane polystick on FRT 1/2" plywood.
2. Include installation of roofing metal tile system on all exterior trusses.

-------------------------------------------------------------------------

**Price:**

**CHANGE ORDER # 6**

LABOR AND MATERIALS ON EXTERIOR MEMBRANE AND ROOF TILE SYSTEM

| | |
|---|---|
| Labor on exterior membrane and roof tile system | $19,357.00 |
| TOTAL PRICE............................................................ | $19,357.00 |

If you have any question regarding the above correspondence please do not hesitate to call immediately.

Thank you. We look forward to hearing from you.
Respectfully Submitted,


Giovanny Nino
VP / WFD

Approved by:
Date:

# CVC HOSPITALITY, INC.

## SUBCONTRACTOR CHANGE ORDER

TO:    Continental Builders USA
       2800 S Orange Blossom Trail
       Orlando, Florida 32805

| | |
|---|---|
| JOB NAME: | Orlando Vista Crowne |
| JOB #: CSD | 14374 |
| CHANGE ORDER #: | 5 |
| DATE: | 6/30/14 |

Reason: ☐Backcharge to Owner   ☐Backcharge to Subctr.     ☐Not billable to owner  ☐Billable to owner

DESCRIPTION

| Labor to install all polystick shield on FRT and install complete roofing metal tile system. | $ | 19,357.00 |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| TOTAL | $ | 19,357.00 |

*Includes all travel, fuel and lodging expenses.*

| | | |
|---|---|---|
| ORIGINAL CONTRACT AMOUNT | $ | 320,000.00 |
| NET CHANGES BY PREVIOUS CHANGE ORDERS | $ | 14,500.00 |
| TOTAL CONTRACT AMOUNT PRIOR TO THIS CHANGE ORDER | $ | 334,500.00 |
| TOTAL CONTRACT AMOUNT WILL BE IN**CREASED** | $ | 19,357.00 |
| NEW TOTAL CONTRACT AMOUNT INCLUDING THIS CHANGE | $ | 353,857.00 |

CVC HOSPITALITY, INC.         CONTINENTAL BUILDERS

*Chris Callahan*
_____      _____
SIGNATURE                  SIGNATURE

DATE:   06/30/2014           DATE: _____

# CVC HOSPITALITY, INC.

## SUBCONTRACTOR CHANGE ORDER

| TO: | Continental Builders USA<br>2800 S Orange Blossom Trail<br>Orlando, Florida 32805 |
|---|---|

| JOB NAME: | Orlando Vista Crowne |
|---|---|
| JOB #: CSD | 14374 |
| CHANGE ORDER #: | 12 |
| DATE: | 8/8/14 |

Reason: ☐Backcharge to Owner ☐Backcharge to Subctr. ☐Not billable to owner ☐Billable to owner

DESCRIPTION

| Deduct splitting the cost for elevator damage caused by opening roof membrane without coordinating closing with roofer | $ | (4,500.00) |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| TOTAL | $ | (4,500.00) |

*Includes all travel, fuel and lodging expenses.*

| ORIGINAL CONTRACT AMOUNT | $ | 320,000.00 |
|---|---|---|
| NET CHANGES BY PREVIOUS CHANGE ORDERS | $ | 198,595.00 |
| TOTAL CONTRACT AMOUNT PRIOR TO THIS CHANGE ORDER | $ | 518,595.00 |
| TOTAL CONTRACT AMOUNT WILL BE DE**CREASED** | $ | (4,500.00) |
| NEW TOTAL CONTRACT AMOUNT INCLUDING THIS CHANGE | $ | 514,095.00 |

CVC HOSPITALITY, INC.                    CONTINENTAL BUILDERS

*Chris Callahan*

SIGNATURE                                SIGNATURE

DATE:    *August 8, 2014*                DATE:

4455 Dardanelle Drive
Orlando, Florida 32808
407-299-7619
Fax 407-299-2627



**World Framing Design Inc.**
Metal Framing ♦ Drywall ♦ Finish

World Framing Design, Inc.
PO Box 721260
Orlando, FL 32872
Phone: 321-331-3248
Fax: 407-926-8273
August 5th, 2014

CuC # 14

Yani Jusakos
Continental Builders USA
2800 S. Orange Blossom Trial
Phone: 407-509-9836; 107-839-8474
Fax: 407-839-0898
Email: yanijusakos@gmail.com

Reference Project: Vista Hotel 535 @ Orlando, FL
Change Order # 8

## Scope of work

### Work and Materials Qualifications: Exterior Frame – Back side of Porte Cochere.

1. Include cutting trusses and fabricated them as indicated by trusses engineering company.
2. Include all exterior metal framing necessary as described on architectural drawing A5.3.
3. Include cutting any existing EIFS system to attached small roof section to building.
4. Include installation of flashing on building side
5. Include installation of plywood and denglass on this area.

### Work and/ or Material exclude.

1. Exclude supply of any exterior fire rated plywood.
2. Exclude any repair of exterior EIFS system. (by others).

-------------------------------------------------------------------------------------------

**Price:**

### CHANGE ORDER # 8

LABOR AND MATERIALS EXTERIOR FRAME - PORTE COCHERE

| | |
|---|---|
| Labor and materials on new exterior metal framing.................... | $1,800.00 |
| **TOTAL PRICE**.......................................................... | **$1,800.00** |

If you have any question regarding the above correspondence please do not hesitate to call immediately.

Thank you. We look forward to hearing from you.
Respectfully Submitted,


Giovanny Nino                                     Approved by:
VP / WFD                                         Date:

# CVC HOSPITALITY, INC.

## SUBCONTRACTOR CHANGE ORDER

| TO: | Continental Builders USA |
| --- | --- |
| | 2800 S Orange Blossom Trail |
| | Orlando, Florida 32805 |

| JOB NAME: | Orlando Vista Crowne |
| --- | --- |
| JOB #: CSD | 14374 |
| CHANGE ORDER #: | 14 |
| DATE: | 8/11/14 |

Reason: ☐Backcharge to Owner  ☐Backcharge to Subctr.    ☐Not billable to owner  ☐Billable to owner

DESCRIPTION

| Final change to Porte Co trusses | $ | 1,800.00 |
| --- | --- | --- |
| | | |
| | | |
| | | |
| | | |
| TOTAL | $ | 1,800.00 |

*Includes all travel, fuel and lodging expenses.*

| ORIGINAL CONTRACT AMOUNT | $ | 320,000.00 |
| --- | --- | --- |
| NET CHANGES BY PREVIOUS CHANGE ORDERS | $ | 193,620.00 |
| TOTAL CONTRACT AMOUNT PRIOR TO THIS CHANGE ORDER | $ | 513,620.00 |
| TOTAL CONTRACT AMOUNT WILL BE IN**CREASED** | $ | 1,800.00 |
| NEW TOTAL CONTRACT AMOUNT INCLUDING THIS CHANGE | $ | 515,420.00 |

CVC HOSPITALITY, INC.                CONTINENTAL BUILDERS

*Chris Callahan*
_____          _____
SIGNATURE                           SIGNATURE

DATE:  *August 11, 2014*             DATE: _____



**World Framing Design Inc.**
Metal Framing ♦ Drywall ♦ Finish

World Framing Design, Inc.
PO Box 721260
Orlando, FL 32872
Phone: 321-331-3248
Fax: 407-926-8273
August 5th, 2014

Yani Jusakos
Continental Builders USA
2800 S. Orange Blossom Trial
Phone: 407-509-9836; 107-839-8474
Fax: 407-839-0898
Email: yanijusakos@gmail.com

CVC# 15

Reference Project: Vista Hotel 535 @ Orlando, FL
Change Order # 7

Scope of work

**Work and Materials Qualifications: Cutting Interior Drywall on Demising Walls.**

1. Include straight cut from stud to stud of interior drywall.

Note: This work was approved by Bob Lewis. Walls that divide units required to open drywall to fix electrical issues. World Framing Design Inc. executed this job on April 30th 2014, by cutting all drywall holes on the six floor and half of the fifth floor by one person for two days as it was approved. Attached is copy of Bob's email.

-----------------------------------------------------------------------------------------

Price:

**CHANGE ORDER # 7**

LABOR ON INTERIOR WALLS

| Labor on cutting drywall holes | $400.00 |
|---|---|
| TOTAL PRICE............................................................ | $400.00 |

If you have any question regarding the above correspondence please do not hesitate to call immediately.

Thank you. We look forward to hearing from you.
Respectfully Submitted,

Giovanny Nino
VP / WFD

Approved by:
Date:

# CVC HOSPITALITY, INC.

## SUBCONTRACTOR CHANGE ORDER

TO:    Continental Builders USA
2800 S Orange Blossom Trail
Orlando, Florida 32805

| JOB NAME: | Orlando Vista Crowne |
|---|---|
| JOB #: CSD | 14374 |
| CHANGE ORDER #: | 15 |
| DATE: | 8/12/14 |

Reason: ☐Backcharge to Owner    ☐Backcharge to Subctr.      ☐Not billable to owner ☐Billable to owner

DESCRIPTION

| Description | | |
|---|---|---|
| Cut holes in drywall on 5&6 | $ | 400.00 |
| | | |
| | | |
| | | |
| | | |
| TOTAL | $ | 400.00 |

*Includes all travel, fuel and lodging expenses.*

| | | |
|---|---|---|
| ORIGINAL CONTRACT AMOUNT | $ | 320,000.00 |
| NET CHANGES BY PREVIOUS CHANGE ORDERS | $ | 195,420.00 |
| TOTAL CONTRACT AMOUNT PRIOR TO THIS CHANGE ORDER | $ | 515,420.00 |
| TOTAL CONTRACT AMOUNT WILL BE IN**CREASED** | $ | 400.00 |
| NEW TOTAL CONTRACT AMOUNT INCLUDING THIS CHANGE | $ | 515,820.00 |

CVC HOSPITALITY, INC.        CONTINENTAL BUILDERS

*Chris Callahan*

SIGNATURE             SIGNATURE

DATE:    *August 12, 2014*        DATE:

**World Framing Design Inc.**
Metal Framing ◆ Drywall ◆ Finish



World Framing Design, Inc.
PO Box 721260
Orlando, FL 32872
Phone: 321-331-3248
Fax: 407-926-8273
April 1st, 2014

Yani Jusakos
Continental Builders USA
2800 S. Orange Blossom Trial
Phone: 407-509-9836; 107-839-8474
Fax: 407-839-0898
Email: yanijusakos@gmail.com

Reference Project: Vista Hotel 535 @ Orlando, FL
Change Order # 2

Change Order
to Continental.
Note: No
cvc
part of stucco

Scope of work

**Work and Materials Qualifications: Painting Exterior Cornice.**

1. Include two (2) coats on exterior paint on existing exterior cornices.

**Notes:**

1. Color will be provided by owner.
2. Any damage on the cornice will be fixed by others.

-------------------------------------------------------------------------------

**Price:**

**CHANGE ORDER # 2**

EXTERIOR LABOR AND MATERIALS ON EXTERIOR CORNICES

| Labor and materials on exterior side of parapets | $4,000.00 |
|---|---|
| TOTAL PRICE................................................................. | **$4,000.00** |

If you have any question regarding the above correspondence please do not hesitate to call immediately.

Thank you. We look forward to hearing from you.
Respectfully Submitted,

Giovanny Nino
VP / WFD

Approved by:
Date:

# CVC HOSPITALITY, INC.

## SUBCONTRACTOR CHANGE ORDER

| TO: | Continental Builders USA |
|-----|--------------------------|
|     | 2800 S Orange Blossom Trail |
|     | Orlando, Florida 32805 |

| JOB NAME: | Orlando Vista Crowne |
|-----------|----------------------|
| JOB #: CSD | 14374 |
| CHANGE ORDER #: | 12 |
| DATE: | 8/8/14 |

Reason: ☐Backcharge to Owner   ☐Backcharge to Subctr.        ☐Not billable to owner   ☐Billable to owner

DESCRIPTION

| Deduct splitting the cost for elevator damage caused by opening roof membrane without coordinating closing with roofer | $ | (4,500.00) |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  | TOTAL $ | (4,500.00) |

*Includes all travel, fuel and lodging expenses.*

Not accepted by WED.

| ORIGINAL CONTRACT AMOUNT | $ | 320,000.00 |
|---|---|---|
| NET CHANGES BY PREVIOUS CHANGE ORDERS | $ | 198,595.00 |
| TOTAL CONTRACT AMOUNT PRIOR TO THIS CHANGE ORDER | $ | 518,595.00 |
| TOTAL CONTRACT AMOUNT WILL BE DE**CREASED** | $ | (4,500.00) |
| NEW TOTAL CONTRACT AMOUNT INCLUDING THIS CHANGE | $ | 514,095.00 |

CVC HOSPITALITY, INC.

*Chris Callahan*

SIGNATURE

DATE:   *August 8, 2014*

CONTINENTAL BUILDERS

Attached are emin'l to proof cvc responsibility and negligence

SIGNATURE

DATE:

4455 Dardanelle Drive
Orlando, Florida 32808
407-299-7619
Fax 407-299-2627

**Subject:** Re: Framing on top of elevator room
**From:** Bob Lewis <b.lewis@cvchospitality.com>
**Date:** 5/8/2014 9:00 PM
**To:** Chris Callahan <c.callahan@cvchospitality.com>
**CC:** "Eng. Giovanny" <eng.giovanny@wcdgn.com>, Stacy Cotis <s.cotis@cvchospitality.com>, "yanijusakos@gmail.com" <yanijusakos@gmail.com>, "stanhedgepeth@yahoo.com" <stanhedgepeth@yahoo.com>

Sure will.

On May 8, 2014, at 8:58 PM, "Chris Callahan" <c.callahan@cvchospitality.com> wrote:

Thank you Giovanny!

Stacy/Bob- please make sure the roofers close this first thing tomorrow

Sent from iPhone

On May 8, 2014, at 8:17 PM, "Eng. Giovanny" <eng.giovanny@wcdgn.com> wrote:

Stacy:

As you have been notice, the exterior framing on top of the elevator (machinery room) has been complete two (2) days ago. Since then, the roof company should be working on this metal framing to avoid any water damages on this machines. Furthermore, as required by you today, I will cut the metal pipes tomorrow.

Thank you

--

Giovanny A Nino
World Framing Design Inc.
Project Manager
www.worldconstructiondesign.com
Phone: (321) 331-3248
Fax: (407) 926-8273


Chris Callahan
VP of Construction
CVC Hospitality, Inc.
407-371-1753  Cell
407-299-7619 ext. 232  Office
407-299-2627  Fax
GC Lic. # CGC1520405 | AR Lic. # AR0011484
4455 Dardanelle Dr., Ste D, Orlando, FL 32808
c.callahan@cvchospitality.com | www.cvchospitality.com

Bob Lewis
Project Manager
CVC Hospitality, Inc.
407-962-7964   Cell
407-299-7619   Office
407-299-2627   Fax
GC Lic. # CGC1520405 | AR Lic. # AR0011484
4455 Dardanelle Dr., Ste D, Orlando, FL 32808
b.lewis@cvchospitality.com  |  www.cvchospitality.com



CASE No. 14cv7581





# EXHIBIT D

Demand for sworn statement of account.

## DEMAND FOR SWORN STATEMENT OF ACCOUNT

WARNING: YOUR FAILURE TO FURNISH THE REQUESTED INFORMATION & STATEMENT, SIGNED UNDER OATH, WITHIN 30 DAYS OR THE FURNISHING OF A FALSE STATEMENT WILL RESULT IN THE LOSS OF YOUR LIEN RIGHTS, IF ANY.

To:    **VIA CERTIFIED MAIL**
World Framing Design
Attn: Giovanny Nino
P.O. Box 721260
Orlando, FL 32872

The undersigned hereby demands to be furnished to 830 Lucerne Terrace, Orlando, Florida 32801 the following: (A) a copy of your contract(s) and all amendments and change orders; (B) a written statement under oath of account showing the dates of work and nature of the labor or services performed and to be performed, if any, the materials furnished, the materials to be furnished, the amount paid on account to date, the amount due and the amount to become due for the improvement of real property identified as **ORLANDO VISTA HOTEL 12490 S. Apopka-Vineland Rd, Orlando, FL 32836.**

Contractor:    CVC Hospitality Inc.
Lienor's Customer:    Continental Builders USA
2800 S Orange Blossom Trail
Orlando, FL 32802

Rosemary Hanna Hayes
830 Lucerne Terrace
Orlando, FL 32801

As Attorney for Owner
Alena Hospitality LBV, LLC
7335 W. Sand Lake Road
Suite 390
Orlando, Florida 32819

Dated: June 5, 2014



**World Framing Design Inc.**
Construction ♦ Renovations ♦ Design

World Framing Design, Inc.
PO Box 721260
Orlando, FL 32872
Phone: 321-331-3248
Fax: 407-926-8273
March 28th, 2014

Exhibit A.
Proposal.

Yani Jusakos
Phone: 407-509-9836
Email: yanijusakos@gmail.com

Reference Project: Orlando Vista Hotel SR 535 @ Orlando, FL
Exterior Metal Framing

Yani:

World Framing Design Inc. propose furnish all necessary labor, and equipment to complete our scope of work on the above referenced project. This bid assumes that if it is granted, all parties will work together to develop a mutually agreeable construction schedule. This bid is also based on information and set of drawings provided at this time. Our scope of work consists of the following:

### Labor and / or Material: Exterior Metal Framing and trusses.

1. Include 3 5/8" or 6", 16 o.c. or 24 o.c. 18GA metal framing on new exterior walls to set new trusses system.
2. Include all metal framing necessary such walls, columns, soffits, and ceilings using 3 5/8" or 6", 16 o.c. or 24 o.c. 18GA metal studs as specify by drawings.
3. Include 5/8" Denglass Gold over new exterior metal framing as specify by drawings.
4. Include demolition of existing roof membrane to install new metal framing to receive trusses. Size will be at least 2.00 ft width.
5. Include installation of all trusses systems. Trusses must be supply by the others.
6. Include 5/8 CDX pressure threaded plywood on top of all new trusses system.

### Work excluded.

1. Exclude any kind of work that is not listed above.
2. Exclude any supply of pre-engineering trusses (by others).
3. Exclude any sounds pads/sound caulking at electrical devices.
4. Exclude any testing and /or inspections of our work. All costs to be by others.
5. Exclude any engineering cost.
6. Exclude renting of any kind of machinery necessary to reach required heights.

### The General Contractor is to provide the following items.

1. Electrical outlets in sufficient locations as required for the performance of our work.
2. On-site parking for our employees.
3. Toilet facilities.
4. Trash dumpsters nearby for the deposit of debris.
5. Any necessary permits.
6. Any necessary control lines or bench marks.

World Framing Design Inc.
Construction ♦ Renovations ♦ Design



7. Temporary lighting at all areas of work.
8. Level grade for the erection of our scaffold or manipulation of machinery.

**General Conditions:**

1. We reserve the right to withdraw this bid if it is not accepted within 30 days.
2. Any revisions at a later date will be subject to price review at that time.
3. All work is to perform during normal working hours and days only (Monday thru Friday, 7:00 A.M. to 3:30 P.M.). No overtime premium pay is included.
4. All contractor terms and language to be negotiable.
5. Any change on drawings must be submitted with a change order and approved by the General Contractor to perform the work.
6. WFD Inc requires a scope meeting before entering into any subcontract agreement.
7. If this proposal will be accepted, it shall be integral part of the subcontract agreement or represent an official contract in case of no contract agreement.

**Notes:**

1. This proposal is based on blue prints and/or pictures provided by Yani Jusakos from Continental Inc.
2. Blue prints issue date is: 9/9/13 with project number not specifies. The set of drawings for bidding purpose was submitted by CVS General Contractor on 3/08/2014.
3. Any changes on the set of drawings will require a revision on this proposal and prices could change.
4. WFD did not receive any RFIs or addendums.

-------------------------------------------------------------------------------------------

**Price:**

EXTERIOR LABOR AND OR  MATERIALS ORLANDO VISTA SR 535 @ ORLANDO, FL

| | | |
|---|---|---|
| Labor and materials on exterior sheeting……………………….. | $ | 16,364.97 |
| Labor intallation exterior trusses system …………………….. | $ | 99,527.10 |
| Labor and materials on exterrior metal framing…………..…………… | $ | 36,132.92 |
| **TOTAL PRICE**…………………………………………………….….. | $ | **152,024.99** |

If you have any question regarding the above correspondence please do not hesitate to call immediately.

Thank you for giving us this opportunity. We look forward to hearing from you.
Respectfully Submitted,

Giovanny Nino
VP / WFD
eng.giovanny@wcdgn.com
www.wcdgn.com

2

**LOIGICA, P.A.**
One Biscayne Tower
2 South Biscayne Blvd, Suite 3760
Miami, Florida 3313
info@loigica.com
305-390-0450
www.loigica.com



# SWORN STATEMENT OF ACCOUNT FROM WORLD FRAMING DESIGN (LIENOR) TO OWNER

**DATE:**      July 3rd, 2014

**TO:**      ROSEMARY HANNA HAYES AS ATTORNEY FOR OWNER
     830 LUCERNE TERRACE
     ORLANDO, FLORIDA 32801

**CONTRACTOR:**      CVC HOSPITALITY INC.
**LIENOR'S CUSTOMER:**      CONTINENTAL BUILDERS USA
     2800 S ORANGE BLOSSOM TRAIL
     ORLANDO, FLORIDA 32802

In accordance with Section 713.16(2), Florida Statutes, and in response to your demand for a statement of account in your letter dated June 5, 2014, the undersigned submits the following Statement of Account:

**Nature of labor or services performed, if any**: World Framing Design, Inc. is installing the trusses and providing metal framing services. Please see **Exhibit A** for a description of the services performed by World Framing Design, Inc.

**Materials furnished:** all material necessary to complete is included in the scope of work.

**Materials to be furnished, if known**: all material necessary is already furnished.

**Amount paid to date to World Framing Design:** $41,858.19.

**Amount due: $155,198.81**

**Amount to become due, if known:** not known at the moment.

**Amount of our contract: $197,057.00.** Please note that that there are additional change orders attached to this letter as Exhibit B.

One Biscayne Tower, 2 South Biscayne Blvd, Suite 3760 Miami, Florida 33131

**Names of Parties to the contract:** World Framing Design, Corp., and Continental Builders USA.

The undersigned certifies that this Statement of Account has been served at the address specified above, on June _____, 2014, in accordance with Section 713.18, Florida Statutes.

Lienor's Name World Framing Design Corp;

By (signature) _____

Type or Print Name: Giovanny Nino Roncancio, World Framing Design President.

STATE OF FLORIDA
COUNTY OF _____

Sworn to (or affirmed) and subscribed before me this ___ day of ~~June~~ 2014 by _____ (name of person making statement) who is personally known to me or ~~produced~~ _____ as identification, and who did take an oath.

_____
NOTARY PUBLIC

Printed Name of Notary _____
Commission Expires _____

CAMILO ESPINOSA
MY COMMISSION #FF013265
EXPIRES April 30, 2017
(407) 398-0153    FloridaNotaryService.com

One Biscayne Tower, 2 South Biscayne Blvd, Suite 3760 Miami, Florida 33131

05/15 ___, 2014

<u>CONFIDENTIAL</u>

World Framing Design, Inc.
Giovanny Nino, President of World Framing Design, Inc.


Continental Builders USA, Inc.
Yani Jusakos, President of Continental Builders USA, Inc.

**Re:**       **HOTEL VISTA 535 – Construction project**

**Address: 12490 Apopka Vineland Road, Orlando, FL, 32836**

## AGREEMENT BETWEEN WORLD FRAMING DESIGN, INC AND CONTINENTAL BUILDERS USA, LLC

This agreement is entered today __05 / 15__ 2014 between WORLD FRAMING DESIGN, INC (hereinafter "WFD"), a Florida Corporation and CONTINENTAL BUILDERS USA, INC (hereinafter "Continental"), a Florida Corporation, and hereinafter serves as the only controlling document of all terms of this written agreement entered by the WFD and Continental, (collectively the "Parties").

### PARTIES

**A.**       WFD is a Florida Corporation located in Orlando Florida and registered under the laws of the state of Florida.

**B.**       Continental is a Florida Corporation located in Orlando Florida and registered under the laws of the state of Florida.

**C.**       Giovanny Nino is the president of WFD and has the authority to enter into this contract on behalf of WFD.

**D.**       Yani Jusakos states that he is president of Continental and has the authority to enter into this contract on behalf of Continental.

### DEFINITIONS

**A.**       **Construction Materials:** any material associated to the job site and/or construction project needed for the project including but not limited to: drywall, studs, nails, construction tools, and any other material associated to the job site.

**B.**       **Job Site or Construction Project or Construction Job:** this term refers to the project in which WFD and/or Continental are performing work. The only construction project, job site or construction job is: <u>**Hotel Visa 535**</u>

Continental _____

WFD _____       1

**C.**     **Labor or Cost of the Labor:** it refers to the work done by employees, supervisor, and/or independent contractor(s) in the job site or construction project where WFD and/or Continental are performing construction work.

**D.**     **Profits:** a financial gain, especially the difference between the amount earned and the amount spent in the construction of each construction project.

## ARTICLE 1: CONTRACT DOCUMENTS

**1.1**     The contract documents consist of this Agreement and all exhibits attached hereto, if any.

**1.2**     All of the Contract Documents, including any **Exhibit if any** are incorporated herein by this reference and are an integral part of this Agreement.

## ARTICLE 2: SCOPE OF AGREEMENT

**2.1**     WFD and Continental agree to pay 100% for the costs of the construction materials (50/50 each party) associated to the job site and/or the construction project.

**2.1.1**     WFD and Continental agree to pay 100% for any cost (50/50 each party) associated to the Construction project. These costs may include but are not limited to payment of any insurance, construction material, workers compensation and/or any other reasonable costs associated to the Construction job or job site.

**2.2**     WFD and Continental agree to pay 100% for the costs of the labor (50/50 each party) related to the construction project and/or job site.

**2.3**     WFD and Continental agree to provide construction services related to the Construction project.     WFD and Continental agree and are in charge of hiring the necessary employees and contractors to complete the Construction Project.

**2.4**     WFD agrees to provide supervisory services and/or search and hire a qualified supervisor with relevant experience in the Construction field for the job or Construction project. WFD and Continental agree that WFD's president (Giovanny Nino) or a qualified and experienced supervisor shall be paid for these services pursuant to this agreement.

**2.5**     WFD and Continental agree that WFD's president or any qualified and experienced employee or contractor selected by the parties will assume the role as a supervisor and such employee and/or contractor will be in charged of supervising and managing the Construction project or the job site. In case WFD's president is not able to perform the supervisory position, the parties shall hire a qualified and experienced employee and/or contractor to supervise the Construction project.

**2.5.1**     The parties will pay to supervisor $20 per hour for the services performed until the job is 100% finish.

**2.6**     The parties agreed to distribute 40% of the profits to WFD and 60% of the profits to Continental. Before any profits are distributed the parties agree to pay the construction material, the labor, the costs associated to the Construction job, and the supervisor and employees who have performed work in the job site or construction project.

Continental _____

WFD _____          2

**2.7** The parties agree that each party bears 50/50 responsibility for any loss incur in the Construction project, including but not limited to loss of profit due to errors in accounting, bidding, and estimating the Construction project.

**2.7.** The parties agree that Continental will pay WFD every two weeks for the services performed and pursuant to the terms and obligation of the parties in this agreement. ~~If Continental does not pay WFD, WFD may take at its own discretion any necessary measures to enforce the provisions of this agreement in a Court at law or in equity.~~ Pay when Pay. M·05\15\14    GN

**2.8.** The parties agreed that change orders would be supplied from time to time and each change order constitute part of this agreement. Any change order related to the Construction project automatically is part of this agreement. Also, the parties agree that as to the date of the signing of this agreement there are about six ("6") change orders that form part of this agreement and that will be added in this agreement as **Exhibit "A".**

## ARTICLE 3: CONTRACT DURATION

**3.1** The Contract Time is the period of time allotted in the Contract Documents and referenced in section 3.3.

**3.2** Date of Commencement: The date of commencement shall be _____, 2014.

**3.3** This agreement is for the duration of the Construction project, Hotel Vista 535.

## ARTICLE 4: REMEDIES

**4.1** If any of the parties defaults under this agreement, the non-defaulting party may pursue a claim(s) for damages under Florida Law. However, before filing a civil action, the no defaulting party shall send to the defaulting party a demand letter giving that party 30 days to remedy or cure its breach of contract or violation. In case that the defaulting party does not remedy or cure its breach or violation, the non-defaulting party may initiate a civil action pursuant to the terms of this agreement.

## ARTICLE 5: MISCELLANEOUS

**5.1** If any part of any Article of this Agreement shall be deemed to be invalid by any court of law, the remaining provisions of this Agreement shall remain in full force and effect.

**5.2** The prevailing party in any litigation arising out of this Agreement shall be entitled to recover its reasonable attorney fees and costs incurred in connection with the litigation including attorney fees and costs incurred for collections pre-trial and post-trial, appellate proceedings and costs related to the litigation.

**5.3** This Agreement shall be binding upon the parties hereto and their respective heirs, executors, administrators, successors, and assigns. However, the parties shall not assign nor transfer this Agreement nor any interest therein without the express written consent of the other party.

Continental _____

WFD _____ GN

3

**5.4**   This Agreement represents the entire and integrated agreement between the parties, WFD and Continental, and supersedes all prior negotiations, representations and agreements, either written or verbal. This Agreement may be amended only by written instrument signed by both parties.

**5.5**   Venue shall be in Orange County, Florida because this is the place where this Agreement was executed.

**5.6**   This AGREEMENT shall be interpreted, controlled, and enforced in accordance with the substantive laws of the State of Florida.

**5.7.**   The parties agree that they are allowed to take such actions as may be required to cause compliance with this Agreement.

**5.8**   The parties hereby represents and warrants that (i) the they have full right and authority to enter into this Agreement and to perform their obligations hereunder, and (ii) the execution and delivery of this Agreement by the parties and the performance by the parties of their obligations hereunder will not conflict with or breach any agreement, order or decree to which the Company is a party or by which the Company is bound.

**5.9**   The parties agree that each will give the support to develop the Construction project.

**5.10**   Neither party may disclose publicly in any manner without the other party's written consent any information related to the projects, work sites and/or any confidential information related to the construction project, except as may be required by law, regulation or court order but subject to the limitation below.

IN WITNESS HEREOF, WFD through its officer, Giovanny Nino, and Yani Jusakos, individually, have caused this Agreement to be executed as of the day and year first written as referenced.

WORLD FRAMING DESIGN, INC

_____
**Signature**

Giovanny A. Nino
**Printed Name**

05/05/2014
**Date**

Continental

Continental Builders USA INC

_____
**Signature**

YANI JUSAKOS
**Printed Name**

05/15/14
**Date**

WFD   6N

4



**World Framing Design Inc.**
Construction ◆ Renovations ◆ Design

World Framing Design, Inc.
PO Box 721260
Orlando, FL 32872
Phone: 321-331-3248
Fax: 407-926-8273
March 28th, 2014

Exhibit A.
Proposal.

Yani Jusakos
Phone: 407-509-9836
Email: yanijusakos@gmail.com

Reference Project: Orlando Vista Hotel SR 535 @ Orlando, FL
Exterior Metal Framing

Yani:

World Framing Design Inc. propose furnish all necessary labor, and equipment to complete our scope of work on the above referenced project. This bid assumes that if it is granted, all parties will work together to develop a mutually agreeable construction schedule. This bid is also based on information and set of drawings provided at this time. Our scope of work consists of the following:

**Labor and / or Material: Exterior Metal Framing and trusses.**

1. Include 3 5/8" or 6", 16 o.c, or 24 o.c. 18GA metal framing on new exterior walls to set new trusses system.
2. Include all metal framing necessary such walls, columns, soffits, and ceilings using 3 5/8" or 6", 16 o.c, or 24 o.c. 18GA metal studs as specify by drawings.
3. Include 5/8" Denglass Gold over new exterior metal framing as specify by drawings.
4. Include demolition of existing roof membrane to install new metal framing to receive trusses. Size will be at least 2.00 ft width.
5. Include installation of all trusses systems. Trusses must be supply by the others.
6. Include 5/8 CDX pressure threaded plywood on top of all new trusses system.

**Work excluded.**

1. Exclude any kind of work that is not listed above.
2. Exclude any supply of pre-engineering trusses (by others).
3. Exclude any sounds pads/sound caulking at electrical devices.
4. Exclude any testing and /or inspections of our work. All costs to be by others.
5. Exclude any engineering cost.
6. Exclude renting of any kind of machinery necessary to reach required heights.

**The General Contractor is to provide the following items.**

1. Electrical outlets in sufficient locations as required for the performance of our work.
2. On-site parking for our employees.
3. Toilet facilities.
4. Trash dumpsters nearby for the deposit of debris.
5. Any necessary permits.
6. Any necessary control lines or bench marks.

1



**World Framing Design Inc.**
Construction ♦ Renovations ♦ Design

7. Temporary lighting at all areas of work.
8. Level grade for the erection of our scaffold or manipulation of machinery.

**General Conditions:**

1. We reserve the right to withdraw this bid if it is not accepted within 30 days.
2. Any revisions at a later date will be subject to price review at that time.
3. All work is to perform during normal working hours and days only (Monday thru Friday, 7:00 A.M. to 3:30 P.M.). No overtime premium pay is included.
4. All contractor terms and language to be negotiable.
5. Any change on drawings must be submitted with a change order and approved by the General Contractor to perform the work.
6. WFD Inc requires a scope meeting before entering into any subcontract agreement.
7. If this proposal will be accepted, it shall be integral part of the subcontract agreement or represent an official contract in case of no contract agreement.

**Notes:**

1. This proposal is based on blue prints and/or pictures provided by Yani Jusakos from Continental Inc.
2. Blue prints issue date is: 9/9/13 with project number not specifies. The set of drawings for bidding purpose was submitted by CVS General Contractor on 3/08/2014.
3. Any changes on the set of drawings will require a revision on this proposal and prices could change.
4. WFD did not receive any RFIs or addendums.

---

**Price:**

EXTERIOR LABOR AND OR MATERIALS ORLANDO VISTA SR 535 @ ORLANDO, FL

| | |
|---|---|
| Labor and materials on exterior sheeting............................ | $ 16,364.97 |
| Labor intallation exterior trusses system ........................... | $ 99,527.10 |
| Labor and materials on exterior metal framing............................... | $ 36,132.92 |
| **TOTAL PRICE**................................................................ | $ 152,024.99 |

If you have any question regarding the above correspondence please do not hesitate to call immediately.

Thank you for giving us this opportunity. We look forward to hearing from you.
Respectfully Submitted,

Giovanny Nino
VP / WFD
eng.giovanny@wcdgn.com
www.wcdgn.com

2

**World Framing Design Inc.**
Metal Framing ◆ Drywall ◆ Finish



World Framing Design, Inc.
PO Box 721260
Orlando, FL 32872
Phone: 321-331-3248
Fax: 407-926-8273
April 1ˢᵗ, 2014

*Exhibit B*
*Charges orders*

Yani Jusakos
Continental Builders USA
2800 S. Orange Blossom Trial
Phone: 407-509-9836; 107-839-8474
Fax: 407-839-0898
Email: yanijusakos@gmail.com

Reference Project: Vista Hotel 535 @ Orlando, FL
Change Order # 1

Scope of work

### Work and Materials Qualifications: Demolition of Top Cornices.

1. Include demolition of top cornices to receive trusses system.
2. Include cleanup of all material removed from the exterior top cornice.

**Notes:**

1. This price is given on information provided by Bob Lewis.

---

**Price:**

**CHANGE ORDER # 1**

EXTERIOR LABOR AND MATERIALS ON TOP CORNICES

| | |
|---|---|
| Labor on demolition of top cornices | $1,500.00 |
| TOTAL PRICE............................................................... | $1,500.00 |

If you have any question regarding the above correspondence please do not hesitate to call immediately.

Thank you. We look forward to hearing from you.
Respectfully Submitted,

Giovanny Nino
VP / WFD

Approved by:
Date:

CASE No. 14 CV 7581

## World Framing Design Inc.
Metal Framing ♦ Drywall ♦ Finish



World Framing Design, Inc.
PO Box 721260
Orlando, FL 32872
Phone: 321-331-3248
Fax: 407-926-8273
April 1st, 2014

Yani Jusakos
Continental Builders USA
2800 S. Orange Blossom Trial
Phone: 407-509-9836; 107-839-8474
Fax: 407-839-0898
Email: yanijusakos@gmail.com

Reference Project: Vista Hotel 535 @ Orlando, FL
                            Change Order # 2

Scope of work

## Work and Materials Qualifications: Painting Exterior Cornice.

1. Include two (2) coats on exterior paint on existing exterior cornices.

**Notes:**

1. Color will be provided by owner.
2. Any damage on the cornice will be fixed by others.

-----------------------------------------------------------------

**Price:**

### CHANGE ORDER # 2

EXTERIOR LABOR AND MATERIALS ON EXTERIOR CORNICES

| Labor and materials on exterior side of parapets | |
|---|---|
| TOTAL PRICE........................................................................... | $4,000.00 |
| | $4,000.00 |

If you have any question regarding the above correspondence please do not hesitate to call immediately.

Thank you. We look forward to hearing from you.
Respectfully Submitted,


Giovanny Nino
VP / WFD

Approved by:
Date:

**World Framing Design Inc.**
Metal Framing ♦ Drywall ♦ Finish



World Framing Design, Inc.
PO Box 721260
Orlando, FL 32872
Phone: 321-331-3248
Fax: 407-926-8273
April 16th, 2014

Yani Jusakos
Continental Builders USA
2800 S. Orange Blossom Trial
Phone: 407-509-9836; 107-839-8474
Fax: 407-839-0898
Email: yanijusakos@gmail.com

Reference Project: Vista Hotel 535 @ Orlando, FL
                   Change Order # 3

Scope of work

**Work and Materials Qualifications: Temporary Roof on top of Parapets.**

1. Include built a temporary roof using to receive plywood.
2. Include plywood on top of temporary roof.
3. Include installation of 4 mil plastic (temporary water proof membrane)
4. Include installation on 5/8" pressure threated plywood on exterior side of parapet to 2 ft. from bottom.
5. Include installation on ½" pressure threated plywood on interior side of parapet to 1 ft. from bottom.

**Notes:**

1. This price is given on information provided by Bob Lewis.
2. The trusses system must arrive within a week. Material used to build temporary roof is made by using materials for parapets.

---

**Price:**

**CHANGE ORDER # 3**

EXTERIOR LABOR AND MATERIALS ON TOP PARAPETS

| | |
|---|---|
| Labor and materials on exterior side of parapets | $4,500.00 |
| Labor and materials on interior side of parapets | $1,200.00 |
| TOTAL PRICE............................................................ | $5,700.00 |

If you have any question regarding the above correspondence please do not hesitate to call immediately.

Thank you. We look forward to hearing from you.
Respectfully Submitted,

Giovanny Nino
VP / WFD

Approved by:
Date:

**World Framing Design Inc.**
Metal Framing ◆ Drywall ◆ Finish



World Framing Design, Inc.
PO Box 721260
Orlando, FL 32872
Phone: 321-331-3248
Fax: 407-926-8273
May 1st, 2014

Yani Jusakos
Continental Builders USA
2800 S. Orange Blossom Trial
Phone: 407-509-9836; 107-839-8474
Fax: 407-839-0898
Email: yanijusakos@gmail.com

Reference Project: Vista Hotel 535 @ Orlando, FL
Change Order # 4

Scope of work

**Work and Materials Qualifications: Exterior Roof at Balconies.**

1. Include demolition of two (2) rows of existing foam 6" width to receive exterior metal clips.
2. Include installation of 2x6 pressure threated wood, flat with existing surfaces.
3. Include installation of 5/8" anchor bolts, 2" long , at every 16" o.c. to support 2x6 wood.

Price:

**CHANGE ORDER # 4**

EXTERIOR LABOR AND MATERIALS ON EXTERIOR TRUSSES @ BALCONIES

| Labor and materials on exterior balconies trusses supports | |
|---|---|
| Labor and materials on exterior balconies drains | $9,500.00 |
| TOTAL PRICE....................................................................... | $3,200.00 |
| | $12,700.00 |

→ Not Approved
GN

If you have any question regarding the above correspondence please do not hesitate to call immediately.

Thank you. We look forward to hearing from you.
Respectfully Submitted,

Giovanny Nino
VP / WFD

Approved by:
Date:

**World Framing Design Inc.**
Metal Framing ♦ Drywall ♦ Finish



World Framing Design, Inc.
PO Box 721260
Orlando, FL 32872
Phone: 321-331-3248
Fax: 407-926-8273
May 23rd, 2014

Yani Jusakos
Continental Builders USA
2800 S. Orange Blossom Trial
Phone: 407-509-9836; 107-839-8474
Fax: 407-839-0898
Email: yanijusakos@gmail.com

Reference Project: Vista Hotel 535 @ Orlando, FL
Change Order # 5

Scope of work

## Work and Materials Qualifications: Exterior Sheeting at Roof .

1. Include demolition of installed 5/8" CDX regular sheeting plywood (150 sheets).
2. Include installation of new 5/8" exterior plywood fire rated on all trusses system.

---

**Price**:

**CHANGE ORDER # 5**

LABOR AND MATERIALS ON EXTERIOR SHEETING @ TRUSSES SYSTEM

| | |
|---|---|
| Materials on exterior sheeting trusses | |
| Labor on exterior sheeting trusses | $24,500.00 |
| TOTAL PRICE........................................................................ | $5,000.00 |
| | $29,500.00 |

If you have any question regarding the above correspondence please do not hesitate to call immediately.

Thank you. We look forward to hearing from you.
Respectfully Submitted.

Giovanny Nino
VP / WFD

Approved by:
Date:

CASE No 14CV7581

**World Framing Design Inc.**
Metal Framing ♦ Drywall ♦ Finish



World Framing Design, Inc.
PO Box 721260
Orlando, FL 32872
Phone: 321-331-3248
Fax: 407-926-8273
June 30rd, 2014

Yani Jusakos
Continental Builders USA
2800 S. Orange Blossom Trial
Phone: 407-509-9836; 107-839-8474
Fax: 407-839-0898
Email: yanijusakos@gmail.com


Reference Project: Vista Hotel 535 @ Orlando, FL
                   Change Order # 6


Scope of work

**Work and Materials Qualifications: Exterior Membrane and Roof Tile System.**

1.  Include installation of membrane polystick on FRT 1/2" plywood.
2.  Include installation of roofing metal tile system on all exterior trusses.

---

**Price:**

**CHANGE ORDER # 6**

LABOR AND MATERIALS ON EXTERIOR MEMBRANE AND ROOF TILE SYSTEM

| Labor on exterior membrane and roof tile system | |
|---|---|
| **TOTAL PRICE**................................................................ | $19,357.00 |
| | **$19,357.00** |

If you have any question regarding the above correspondence please do not hesitate to call immediately.

Thank you. We look forward to hearing from you.
Respectfully Submitted.


Giovanny Nino
VP / WFD

Approved by:
Date:

# EXHIBIT D-1

Claim of Lien.

**WARNING!**

THIS LEGAL DOCUMENT REFLECTS THAT A CONSTRUCTION LIEN HAS BEEN PLACED ON THE REAL PROPERTY LISTED HEREIN. UNLESS THE OWNER OF SUCH PROPERTY TAKES ACTION TO SHORTEN THE TIME PERIOD, THIS LIEN MAY REMAIN VALID FOR ONE YEAR FROM THE DATE OF RECORDING, AND SHALL EXPIRE AND BECOME NULL AND VOID THEREAFTER UNLESS LEGAL PROCEEDINGS HAVE BEEN COMMENCED TO FORECLOSE OR TO DISCHARGE THIS LIEN.

**CLAIM OF LIEN**

State of Florida
County of Orange

A. Nino.

Before me, the undersigned notary public, personally appeared Giovany Nino Roncancio, who was duly sworn and says that she or he is (the agent of the lienor herein World Framing Design Inc.), whose address is 2213 S CONWAY RD #1301, ORLANDO, FL 32812; and that in accordance with a contract with CONTINENTAL BUILDERS USA, INC lienor furnished labor, services, or materials consisting of material and labor on the following described real property in Orange County, Florida:

## LIVENGOOD PARK AT VINELAND Q/64 BEG 30 FT N OF SW COR OF NW1/4 RUN N 299.4 FT E 300.17 FT S 10 DEG E 60.58 FT E 225 FT S 10 DEG E 233.06 FT W 576.54 FT TO POB & NLY 30 FT OF VAC RD ON S BEING PT OF TRACT 2

owned by ALENA HOSPITALITY LBV LLC (owner) of a total value of $199,695.00, of which there remains unpaid $18,695.00, and furnished the first of the items on April 4, 2014, and the last of the items on October 31st, 2014; and (if the lien is claimed by one not in privity with the owner) that the lienor served her or his notice to owner on April 24, 2014, by certified or registered mail; and (if required) that the lienor served copies of the notice on the contractor (CVC Hospitality Inc.) on April 24, 2014, by certified or registered mail and on the subcontractor (CONTINENTAL BUILDERS USA, INC) on April 24, 2014 by certified or registered mail.

Sworn to (or affirmed) and subscribed before me this 27th day of January, 2015, by:

Giovanny A Nino.
World Framing Desing Inc
Project Manager     Design.

SEAL:

**ALDIS W. LEONARDO**
Notary Public, State of Florida
Commission # FF 33406
My comm. expires Aug. 12, 2017

(Signature of Notary Public - State of Florida)

Aldo Leonardo

(Print, Type, or Stamp Commissioned Name of Notary Public)

Personally Known _____ OR Produced Identification ✓
Type of Identification Produced  FDL #2200

DOC# 20150046586 B: 10867 P: 3494
01/27/2015 03:45:22 PM   Page 1 of 1
Rec Fee: $10.00
Martha O. Haynie, Comptroller
Orange County, FL
MB - Ret To: WORLD FRAMING DESIGN INC



# EXHIBIT E

Respond to District Court
Illinois by August 25, 2015.

UNITED STATES DISTRIC COURT
FOR THE NORTHERN DISTRIC OF ILLINOIS
EASTERN DIVISION

PENNANT MANAGEMENT, INC.

Plaintiff,                                Case No. 14 CV 7581

vs.                                       Hon. Amy J. St. Eve

FIRST FARMERS FINANCIAL, LLC, *et al.*,

Defendants.
_____/

## WORLD FRAMING DESIGN, INC.'S PROOF OF CLAIM

World Framing Design, Inc. possesses an interest and claim on the Orlando LBV property as reflected in its Construction Claim of Lien recorded in the public records of Orange County, Florida on January 27, 2015, a copy of which is attached hereto. The claim is for a principal amount owed of $18,695.00 for labor, services and materials furnished.

Giovanny E. Nino
World Framing Design, Inc.
P.O. Box 721260
Orlando, FL 32872

Date: August 20, 2015

cc via email: Allen J. Guon, Esq. at aguon@shawfishman.com.

CASE No. 14 CV 7581.

## WARNING!

THIS LEGAL DOCUMENT REFLECTS THAT A CONSTRUCTION LIEN HAS BEEN
PLACED ON THE REAL PROPERTY LISTED HEREIN. UNLESS THE OWNER OF SUCH
PROPERTY TAKES ACTION TO SHORTEN THE TIME PERIOD, THIS LIEN MAY
REMAIN VALID FOR ONE YEAR FROM THE DATE OF RECORDING, AND SHALL
EXPIRE AND BECOME NULL AND VOID THEREAFTER UNLESS LEGAL
PROCEEDINGS HAVE BEEN COMMENCED TO FORECLOSE OR TO DISCHARGE THIS
LIEN.

## CLAIM OF LIEN

State of Florida
County of Orange

A. Nino.

Before me, the undersigned notary public, personally appeared Giovany Nino Ronceneio, who was duly sworn and
says that she or he is (the agent of the lienor herein World Framing Design Inc.), whose address is 2213 S
CONWAY RD #1301, ORLANDO, FL 32812; and that in accordance with a contract with CONTINENTAL
BUILDERS USA, INC lienor furnished labor, services, or materials consisting of material and labor on the
following described real property in Orange County, Florida:

**LIVENGOOD PARK AT VINELAND Q/64 BEG 30 FT N OF SW COR OF NW1/4 RUN N 299.4 FT E
300.17 FT S 10 DEG E 60.58 FT E 225 FT S 10 DEG E 233.06 FT W 576.54 FT TO POB & NLY 30 FT OF
VAC RD ON S BEING PT OF TRACT 2**

owned by ALENA HOSPITALITY LBV LLC (owner) of a total value of $199,695.00, of which there remains
unpaid $18,695.00, and furnished the first of the items on April 4, 2014, and the last of the items on October 31st,
2014; and (if the lien is claimed by one not in privity with the owner) that the lienor served her or his notice to
owner on April 24, 2014, by certified or registered mail; and (if required) that the lienor served copies of the notice
on the contractor (CVC Hospitality Inc.) on April 24, 2014, by certified or registered mail and on the subcontractor
(CONTINENTAL BUILDERS USA, INC) on April 24, 2014 by certified or registered mail.

Sworn to (or affirmed) and subscribed before me this 27th day of January, 2015 , by:

Giovanny A Nino.
World Framing Desing Inc
Project Manager    Desiǵn.

SEAL:

ALDIS W. LEONARDO
Notary Public, State of Florida
Commission # FF 33406
My comm. expires Aug. 12, 2017

(Signature of Notary Public - State of Florida)

Aldu Leonardo

(Print, Type, or Stamp Commissioned Name of Notary Public)

Personally Known _____ OR Produced Identification ✓
Type of Identification Produced  FLDL #0000

DOC# 20150046586 B: 10867 P: 3484
01/27/2015 03:45:22 PM Page 1 of 1
Rec Fee: $10.00
Martha O. Haynie, Comptroller
Orange County, FL
MB - Ret To: WORLD FRAMING DESIGN INC



# EXHIBIT F

Balance sheet of amount own
and payment made by
Continental Builders USA Inc.

## World Construction and Design Inc
## BUDGET VISTA 535- FINAL REPORT.xlsx
## INCOME AND CHANGES ORDERS

| Description | Total | Total |
|---|---|---|
| Initial Proposal -CVC#7 | $152,438.00 | |
| Change Order #1- Demo cornices - CVC#2 | $1,500.00 | |
| Change Order #3 - Temporary Roof - CVC#6 | $5,700.00 | |
| Change Order #4 - Balcony Trusses Supports - CVC#1 | $9,500.00 | |
| Change Order #5 - Replace Sheating-CVC#4 | $5,000.00 | |
| Change Order #6 - Membrane and Tile Roof - CVC#5 | $19,357.00 | |
| Damage Elevator - CVC#12 | -$4,500.00 | |
| Damage Elevator - CVC#12 Not Accepted by WFD | $4,500.00 | |
| Change order #8 - CVC#14 | $1,800.00 | |
| Change order #9 - CVC#15 | $400.00 | |
| Painting Cornices - Continental Contract | | $4,000.00 |
| | $195,695.00 | $4,000.00 |

| TOTAL | $199,695.00 |
|---|---|

# World Construction and Design Inc
# BUDGET VISTA 535- FINAL REPORT.xlsx
# DEPOSIT & BALANCE TO WFD

CHECK SUMMARY

| DESCRIPTION | AMOUNT |
|---|---|
| Check 1914 - 04/11/2014 | $2,000.00 |
| Check 1918 - 05/16/2014 | $4,000.00 |
| Check 1929 - 05/19/2014 | $6,000.00 |
| Check 1925 - 05/26/2014 | $14,354.52 |
| Check 1960 - 06/13/2014 | $8,503.67 |
| Check 1981 - 07/03/2014 | $7,000.00 |
| Check 1987 - 07/11/2014 | $5,500.00 |
| Check 1991 - 07/25/2014 | $3,600.00 |
| Check 2009 - 08/01/2014 | $5,000.00 |
| Check 2010 - 08/01/2014 | $1,693.00 |
| Check 2000 - 08/08/2014 | $2,162.84 |
| Check 2038 - 08/22/2014 | $3,000.00 |
| Check 2053 - 08/29/2014 | $13,254.03 |
| Check 2075 -09/12/2014 | $3,000.00 |
| Check 2093 - 09/18/2014 | $12,960.00 |
| Check 2111 - 10/04/2014 | $3,163.40 |
| Check 2134 - 10/17/2014 | $3,000.00 |
| Check 2154 - 10/24/2014 | $14,660.95 |

| SUBTOTAL | $112,852.41 |
|---|---|

BALANCE AMOUNT

| DESCRIPTION | AMOUNT |
|---|---|
| Payments to WFD by | $112,852.41 |
| Contract Labor Paid to WFD | -$85,361.26 |
| Materials Paid to WFD | -$11,866.52 |
| by | |
| TOTAL WFD | $15,624.63 |



# World Construction and Design Inc
## VISTA 535 FINAL REPORT.xlsx
## BALANCE

| DESCRIPTION | TOTAL | |
|---|---|---|
| Contract Metal Framing | | $199,695.00 |
| Total Cost Metal Framing labor/material | $ | (113,895.93) |
| Subtotal | | $85,799.07 |

| | | | | |
|---|---|---|---|---|
| Continental 60% | $ | 51,479.44 | | |
| WFD 40% | | | $ | 34,319.63 |
| Previuos Balance Paid to WFD | | | $ | (15,624.63) |
| | | | | |
| TOTAL | | | $ | 18,695.00 |

# World Construction and Design Inc
## BUDGET VISTA 535- FINAL REPORT.xlsx
## DEPOSIT & BALANCE TO WFD

CHECK SUMMARY

| DESCRIPTION | AMOUNT |
|---|---|
| Check 1914 - 04/11/2014 | $2,000.00 |
| Check 1918 - 05/16/2014 | $4,000.00 |
| Check 1929 - 05/19/2014 | $6,000.00 |
| Check 1925 - 05/26/2014 | $14,354.52 |
| Check 1960 - 06/13/2014 | $8,503.67 |
| Check 1981 - 07/03/2014 | $7,000.00 |
| Check 1987 - 07/11/2014 | $5,500.00 |
| Check 1991 - 07/25/2014 | $3,600.00 |
| Check 2009 - 08/01/2014 | $5,000.00 |
| Check 2010 - 08/01/2014 | $1,693.00 |
| Check 2000 - 08/08/2014 | $2,162.84 |
| Check 2038 - 08/22/2014 | $3,000.00 |
| Check 2053 - 08/29/2014 | $13,254.03 |
| Check 2075 -09/12/2014 | $3,000.00 |
| Check 2093 - 09/18/2014 | $12,960.00 |
| Check 2111 - 10/04/2014 | $3,163.40 |
| Check 2134 - 10/17/2014 | $3,000.00 |
| Check 2154 - 10/24/2014 | $14,660.95 |

| SUBTOTAL | $112,852.41 |
|---|---|



SECURITY FEATURES INCLUDE TRUE WATERMARK PAPER, HEAT SENSITIVE ICON AND FOIL HOLOGRAM

**CONTINENTAL BUILDERS USA, INC.**
2875 S. ORANGE AVE. 500-1705
ORLANDO, FL 32806

1918

BB&T
BRANCH BANKING AND TRUST COMPANY
1-800-BANK BBT  BBT.com
63-9138/2631

5/16/2014

PAY TO THE
ORDER OF____World Framing Design Inc_____ $ **4,000.00

Four Thousand and 00/100********************************************************************************************************
DOL

World Framing Design Inc.
P.O.Box: 721260
Orlando, FL 32872

MEMO

AUTHORIZED SIGNATURE

⑈0019⒙⑈ ⑆263191387⑈000014960258⒙⑈

CASE No. 14 CV 7581



CONTINENTAL BUILDERS USA, INC.
2875 S. ORANGE AVE. 500-1705
ORLANDO, FL 32806

1929

BB&T
BRANCH BANKING AND TRUST COMPANY
1-800-BANK BBT BBT.com
63-9138/2631

5/19/2014

PAY TO THE
ORDER OF_  World Framing Design Inc

$ **6,000.00

Six Thousand and 00/100******************************************************************************** DOLLARS

World Framing Design Inc.
P.O.Box: 721260
Orlando, FL 32872

MEMO _____

AUTHORIZED SIGNATURE

⑈"001929⑈ ⑆:263191138 7⑆:0000 1 4 960 25 1 8⑈"



**CONTINENTAL BUILDERS USA, INC.**
2875 S. ORANGE AVE. 500-1705
ORLANDO, FL 32806

1925

BB&T
BRANCH BANKING AND TRUST COMPANY
1-800-BANK BBT BBT.com
65-9138/2631

5/26/2014

PAY TO THE
ORDER OF ___ World Framing Design Inc _____ $ **14,354.52

Fourteen Thousand Three Hundred Fifty-Four and 52/100***************************************** DOLLARS

World Framing Design Inc.
P.O. Box 721260
Orlando, FL 32872

AUTHORIZED SIGNATURE

MEMO _____

⑈001925⑈ ⑆263191938 7⑈0000014960251⑈⑆

Security Features included   Details on Back.

CASE No. 14 CV7581

**Bank of America**

Online Banking

Business Fundamentals Chk – 0280: Account Activity Transaction Details

**Post date:** 06/16/2014

**Amount:**

**Type:** Deposit

**Description:** Deposit



**Bank of America** 🇺🇸

*Online Banking*

## Business Fundamentals Chk – 0280: Account Activity Transaction Details

| | |
|---|---|
| **Post date:** | 07/03/2014 |
| **Amount:** | 7,000.00 |
| **Type:** | Deposit |
| **Description:** | BKOFAMERICA ATM 07/03 #000002611 DEPOSIT CURRY FORD ORLANDO FL CKCD 4635761001914714 |

CONTINENTAL BUILDERS USA, INC.
2675 S. ORANGE AVE. 600-1705
ORLANDO, FL 32805

BB&T
BRANCH BANKING AND TRUST COMPANY
1-800-BANK BBT (BBT.com)
63-8108/2631

1981

7/3/2014

PAY TO THE ORDER OF___ World Framing Design Inc

$ **7,000.00

Seven Thousand and 00/100************************************************************ DOLLARS

World Framing Design Inc.
P.O.Box: 721260
Orlando, FL 32872

MEMO

AUTHORIZED SIGNATURE

⑈001981⑈ ⑆263191387⑆0000149602518⑈

**CONTINENTAL BUILDERS USA, INC.**
2875 S. ORANGE AVE. 500-1705
ORLANDO, FL 32806

BB&T
BRANCH BANKING AND TRUST COMPANY
1-800-BANK BBT BBT.com
63-9138/2631

1987

07/11/2014

PAY TO THE ORDER OF _World Framing Design, Inc_                     $ 5,500 00

_Five Thousand Five Hundred w/00/100_

DOLLARS

MEMO _VISTA 535 EX FRAMING_

AUTHORIZED SIGNATURE

⑈"001987⑈" ⑆263191387⑆:000014960 2518⑈"

CASE No. 14CV7581

SECURITY FEATURES INCLUDE TRUE WATERMARK PAPER, HEAT SENSITIVE ICON AND FOIL HOLOGRAM.

**CONTINENTAL BUILDERS USA, INC.**
2875 S. ORANGE AVE. 500-1705
ORLANDO, FL 32806

**BB&T**
BRANCH BANKING AND TRUST COMPANY
1-800-BANK BBT BBT.com
63-9138/2631

1991

07/25/.

PAY TO THE ORDER OF _World Framing Design, In_ | $ 3,600 -°

_Three Thousand Six Hundred_ ⁰⁰ ⁰⁰/100 . DOLL

MEMO _Vista 535 Ex Framing._

AUTHORIZED SIGNATURE

⑈00199⑈⑈ ⑈263191387⑈0000149602518⑈

CONTINENTAL BUILDERS USA, INC.

1991

CONTINENTAL BUILDERS USA, INC.

199'

**Bank of America** 🌊

**Business Fundamentals Chk – 0280: Account Activity Transaction Details**

**Post date:** 08/01/2014

**Amount:** ~~━━━━~~ $5,000

**Type:** Deposit

**Description:** Counter Credit

**Bank of America**

Online Banking

Business Fundamentals Chk - 0280: Account Activity Transaction Details

**Post date:** 08/01/2014

**Amount:** ~~████~~ 1,693.90

**Type:** Deposit

**Description:** Counter Credit





CONTINENTAL BUILDERS USA, INC.
2875 S. ORANGE AVE. 500-1705
ORLANDO, FL 32806

2000

BB&T
BRANCH BANKING AND TRUST COMPANY
1-800-BANK BBT BBT.com
63-9138/2631

8/8/2014

PAY TO THE
ORDER OF    World Framing Design Inc                                    $ **2,162.84

Two Thousand One Hundred Sixty-Two and 84/100**************************************************** DOLLARS

World Framing Design Inc.
P.O.Box: 721260
Orlando, FL 32872

MEMO

AUTHORIZED SIGNATURE

⑆00 2000⑆  ⑈ 2b3191387⑈ 0000 1496025181⑈

SECURITY FEATURES INCLUDE TRUE WATERMARK PAPER, HEAT SENSITIVE ICON AND FOIL HOLOGRAM

Details on Back. 🔒

Security Features Included 🔒

**Bank of America**

*Online Banking*

---

## Business Fundamentals Chk - 0280: Account Activity Transaction Details

---

**Post date:**    08/22/2014

**Amount:**     ███████    $ 3000

**Type:**     Deposit

**Description:**    BKOFAMERICA ATM 08/22 #000001326
DEPOSIT CONWAY ORLANDO FL CKCD
4635761001914714





Bank of America | Online Banking | Accounts | Account Details | Account Activity

Online Banking

## Business Fundamentals Chk - 0280: Account Activity Transaction Details

**Post date:** 08/29/2014

**Amount:** 13,254.03

**Type:** Deposit

**Description:** BKOFAMERICA ATM 08/29 #000004269
DEPOSIT WATERFORD LAKES ORLANDO FL
CKCD 4635761001914714

---

CONTINENTAL BUILDERS USA, INC.
2875 S. ORANGE AVE. 500-1705
ORLANDO, FL 32806

BB&T
BRANCH BANKING AND TRUST COMPANY
1-800-BANK BBT 2557.com
53-9106/0531

2053

8/29/2014

PAY TO THE
ORDER OF    World Framing Design Inc                                    $ ***13,254.03

Thirteen Thousand Two Hundred Fifty-Four and 03/100**********************************************      DOLLARS

World Framing Design Inc.
P.O.Box 721250
Orlando, FL 32872

MEMO

#002053#  �semicolon;053191387�semicolon;00001496025 18⑥

---

9/2/2015

Case: 1:14-cv-07581 Document #: 505 Filed: 09/18/15 Page 78 of 88 PageID #:8872  CASE No. 14CV7581.

Bank of America | Online Banking | Accounts | Account Details | Account Activity

**Bank of America** 

Online Banking

---

## Business Fundamentals Chk - 0280: Account Activity Transaction Details

---

**Post date:** 09/15/2014

**Amount:** 3,000.00

**Type:** Deposit

**Description:** Deposit

| | |
|---|---|
| CONTINENTAL BUILDERS USA, INC.<br>2875 S. ORANGE AVE. 500-1705<br>ORLANDO, FL 32808 | 8883<br>BRANCH BANKING AND TRUST COMPANY<br>1-800-BANK BBT BBT.com<br>53-9138/0631<br>2075<br>9/12/2014 |

PAY TO THE ORDER OF __ World Framing Design Inc __ | $ **3,000.00

Three Thousand and 00/100***************************************** DOLLARS

World Framing Design Inc.
P.O.Box: 721260
Orlando, FL 32872

MEMO

⑈002075⑈ ⑆263191387⑉0000149602 918⑈

CASE No. 14 CV 7581.



CONTINENTAL BUILDERS USA, INC.
2875 S. ORANGE AVE. 500-1705
ORLANDO, FL 32806

2093

BB&T
BRANCH BANKING AND TRUST COMPANY
1-800-BANK BBT BBT.com
83-913/2631

Sep - 18 - 2014

PAY TO THE
ORDER OF  World Framing  Design INC

Twelve Thousand  nine hundred sixty

$ 12,960 00/xx

DOLLARS

MEMO  Orlando Vista.

AUTHORIZED SIGNATURE

⑈00 2093⑈ ⑈: 263 1913 87⑈: 0000 14 960 25 18⑈

CASE No. 14CV7581



CONTINENTAL BUILDERS USA, INC.
2875 S. ORANGE AVE. 500-1705
ORLANDO, FL 32806

2111

10-4-2014

BB&T
BRANCH BANKING AND TRUST COMPANY
1-800-BANK BBT BBT.com
63-9138/2631

PAY TO THE ORDER OF _World Construction 'Design_ $ 3163.40

_Three Thousand One Hundred sixty three 40/00_ DOLLARS

MEMO

AUTHORIZED SIGNATURE

⑈ Details on Back. ⑈

Security Features Included

"⑈002111"  ⑈263191387⑈:0000 14960 2518"

SECURITY FEATURES INCLUDE TRUE WATERMARK PAPER, HEAT SENSITIVE ICON AND FOIL HOLOGRAM.

**CONTINENTAL BUILDERS USA, INC.**
2875 S. ORANGE AVE. 500-1705
ORLANDO, FL 32806

**BB&T**
BRANCH BANKING AND TRUST COMPANY
1-800-BANK BBT BBT.com
63-9138/2631

2134

10/17/2014

AY TO THE
RDER OF___ World Framing Design Inc

$ **3,000.00

Three Thousand and 00/100*********************************************************************************************** DOLLARS

World Framing Design Inc.
P.O.Box: 721260
Orlando, FL 32872

MEMO   Orlando Vista project

AUTHORIZED SIGNATURE

⑈002134⑈ ⑆263191387⑉0000149602518⑈

**Bank of America** 

**Online Banking**

## Business Fundamentals Chk – 0280: Account Activity Transaction Details

**Post date:** 10/24/2014

**Amount:** 14,660.95

**Type:** Deposit

**Description:** BKOFAMERICA ATM 10/24 #000007782
DEPOSIT LAKE NONA ORLANDO FL CKCD
4635761001914714

CONTINENTAL BUILDERS USA, INC.
2875 S. ORANGE AVE. 500-1705
ORLANDO, FL 32806

BB&T
BRANCH BANKING AND TRUST COMPANY
1-800-BANK BBT  BBT.com
63-6138/2631

2154

10/16/2014

PAY TO THE
ORDER OF____World Framing Design Inc

$ ***14,660.95

Fourteen Thousand Six Hundred Sixty and 95/100**************************************** DOLLARS

World Framing Design Inc.
P.O.Box 721280
Orlando, FL 32872

MEMO  cvc framing

⑆0021548⑆ ⑈263191387⑈0000149602518⑈

# EXHIBIT G

## Invoice to Continental Builder USA Inc.

**WORLD FRAMING DESIGN INC**
PO BOX 721260
ORLANDO, FL 32872
PHONE: 321-331-3248
FAX: 407-926-8273



| Bill To |
| --- |
| Continental Builders USA |
| 2800 S. Orange Blossom Trial |
| Orlando, FL, 32805 |
| Phone: 407-839-8474 |
| Email: yanijusakos@gmail.com |

# Invoice

| Date | Invoice # |
| --- | --- |
| 11/14/2014 | 210 |

| Project |
| --- |
| Vista 535 Exterior |

| Quantity | Description | U/M | Rate | Amount |
| --- | --- | --- | --- | --- |
| 1 | Contract Labor | | 131,547.41 | 131,547.41 |
| | Open balance: $18,695.00 | | | |
| | | | **Total** | $131,547.41 |

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

# EXHIBIT H

Attorney's fees.

# LOIGICA & ATTORNEYS

LOIGICA & ATTORNEYS
2 S BISCAYNE BLVD, STE 3760
MIAMI, FL 33131

(305)390-0450
harry.tapias@loigica.com

## Invoice

| Date | Invoice # |
|------|-----------|
| 09/11/2015 | 1013 |

| Terms | Due Date |
|-------|----------|
| Due on receipt | 09/11/2015 |

**Bill To**

World Framing Design
9459 Dowden road Ste 2210
Orlando, Florida 32832

| Amount Due | Enclosed |
|------------|----------|
| $1,500.00 | |

Please detach top portion and return with your payment.

| Activity | Amount |
|----------|--------|
| • 5 hours ($300.00) related to meeting with Client, filing of the lien, to the motion to intervene and related to the lawsuit in Orlando Florida | 1,500.00 |

Dear Giovany Nino,

| | Total | $1,500.00 |
|-|-------|-----------|

Please find attached the referenced invoice for 5 hours of legal work related to
the lawsuit in Orlando, Florida (2014-CA-012377-0).

Thank you

# **EXHIBIT I**

Statement of Interest.

CASE No. 14CV 7581

# World Construction Design Inc
## Stament of Interest

Annual Interest Rate          4.7500%

| Monthly | Principal | Monthly Interest | Interest Amount | Balance |
|---|---|---|---|---|
| Nov-14 | $ 18,695.00 | 0.3958% | $ 74.00 | $ 18,769.00 |
| Dec-14 | $ 18,769.00 | 0.3958% | $ 74.29 | $ 18,843.30 |
| Jan-15 | $ 18,843.30 | 0.3958% | $ 74.59 | $ 18,917.88 |
| Feb-15 | $ 18,917.88 | 0.3958% | $ 74.88 | $ 18,992.77 |
| Mar-15 | $ 18,992.77 | 0.3958% | $ 75.18 | $ 19,067.95 |
| Apr-15 | $ 19,067.95 | 0.3958% | $ 75.48 | $ 19,143.42 |
| May-15 | $ 19,143.42 | 0.3958% | $ 75.78 | $ 19,219.20 |
| Jun-15 | $ 19,219.20 | 0.3958% | $ 76.08 | $ 19,295.28 |
| Jul-15 | $ 19,295.28 | 0.3958% | $ 76.38 | $ 19,371.65 |
| Aug-15 | $ 19,371.65 | 0.3958% | $ 76.68 | $ 19,448.33 |
| Sep-15 | $ 19,448.33 | 0.3958% | $ 76.98 | $ 19,525.31 |
| Total amount of interest | | | $ 830.31 | |

| Balance | $ 19,525.31 |
|---|---|