| UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION | | PROOF OF CLAIM |
|---|---|---|
| **Case Caption**<br>Pennant Management, Inc. v. First Farmers Financial, LLC, et al. | **Case Number:** 14 CV 7581<br>**Judge Initials:** AJS | |

| Name of Creditor (the person or other entity to whom the debtor owes money or property):<br>**Pennant Management, Inc.** | ☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars. | |
|---|---|---|
| Name and address where notices should be sent:<br>c/o Godfrey & Kahn, S.C.<br>780 North Water Street<br>Milwaukee, WI 53202-3590<br>Telephone number: 414-273-3500 | ☐ Check box if you have never received any notices from the bankruptcy court in this case.<br><br>☐ Check box if the address differs from the address on the envelope sent to you by the court. | THIS SPACE IS FOR COURT USE ONLY. |
| Last four digits of account or other number by which creditor identifies debtor: | Check here ☐ replaces<br>if this claim ☐ amends a previously filed claim, dated _____ | |

**1. Basis for Claim**
- ☐ Goods sold
- ☒ Services performed
- ☐ Money loaned
- ☐ Personal injury/wrongful death
- ☐ Taxes
- ☐ Other

☐ Wages, salaries, and compensation (fill out below)
Last four digits of your SS#: _____
Unpaid compensation for services performed
from _____ to _____
(date)          (date)

**2. Date debt was incurred:** October 1, 2014 - November 10, 2014

**3. If court judgment, date obtained:**

**4. Classification of Claim.** Check the appropriate box or boxes that best describe your claim and state the amount of the claim at the time case filed. See reverse side for important explanations.

**Unsecured Nonpriority Claim** $ 27,477.00

☒ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

**Secured Claim**
☐ Check this box if your claim is secured by collateral (including a right of setoff).

Brief Description of Collateral:
☐ Real Estate  ☐ Motor Vehicle  ☐ Other _____
Value of Collateral: $ _____
Amount of arrearage and other charges <u>at time case filed</u> included in secured claim, if any: $ _____.

| 5. Total Amount of Claim at Time Case Filed: | $27,477.00 | -- | -- | $27,477.00 |
|---|---|---|---|---|
| | (unsecured) | (secured) | (priority) | (TOTAL) |

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**6. Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

**7. Supporting Documents:** *Attach copies of supporting documents,* such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. **DO NOT SEND ORIGINAL DOCUMENTS.** If the documents are not available, explain. If the documents are voluminous, attach a summary.

**8. Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

| Date | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any): |
|---|---|
| 9/29/15 | TIM WEBER, TREASURER  /s/ TWeber |

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3

{10516-002 NTC A0414590.DOCX}

*Pennant Management, Inc. v. First Farmers Financial, LLC, et al.*
*Northern District of Illinois Case No. 14 CV 7581-AJS*

## Attachment to Proof of Claim of Pennant Management, Inc.

Legal Fees incurred by Pennant Management, Inc. related to formation of litigation recovery fund in action against First Farmers Financial, LLC, damages recoverable from First Farmers Financial, LLC:

| Invoice | Date of legal services rendered | Amount |
|---|---|---|
| Godfrey & Kahn, S.C. Invoice No. 623873 | 10-01-2014 – 10-31-2014 | $27,209.50 |
| Godfrey & Kahn, S.C. Invoice No. 626304 | 11-10-2014 | $267.50 |
| | **TOTAL** | **$27,477.00** |

14470648.1