## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re:

FIRST FARMERS FINANCIAL LITIGATION

Case No. 14 CV 7581
Hon. Amy J. St. Eve

### NOTICE OF MOTION

TO:     See Attached Service List

**PLEASE TAKE NOTICE** that on **December 14, 2015 at 1:30 p.m.** or as soon thereafter as counsel may be heard, I shall appear before the **Honorable Amy J. St. Eve** in Courtroom 1241 of the United States District Court for the Northern District of Illinois, 219 South Dearborn Street, Chicago, Illinois, or in her absence, before such other Judge who may be sitting in her place and stead and hearing motions, and shall present the **Overall Receiver's Motion for Entry of an Order Appointing Him as Receiver for Davenport Ventures II, LLC Property and Approving Management Agreement with Janus Hotel Management Services, LLC**, a copy of which is attached and herewith served upon you, and shall request for the entry of an order in conformity with that motion.

**AT WHICH TIME AND PLACE** you may appear if you so see fit.

Patrick Cavanaugh, Overall Receiver

Dated: December 7, 2015

By: /s/ Gordon E. Gouveia
One of his attorneys

Steven B. Towbin
Allen J. Guon
Gordon E. Gouveia
Shaw Fishman Glantz & Towbin LLC
321 North Clark Street, Suite 800
Chicago, IL 60654
(312) 541-0151

{10516-002 NOM A0424253.DOCX}

## <u>CERTIFICATE OF SERVICE</u>

Gordon E. Gouveia certifies that he caused to be served a true copy of the above and foregoing notice and the **Overall Receiver's Motion for Entry of an Order Appointing Him as Receiver for Davenport Ventures II, LLC Property and Approving Management Agreement with Janus Hotel Management Services, LLC** upon the CM/ECF Electronic Mail Notice List via the CM/ECF system and upon the attached service list via e-mail on December 7, 2015.

/s/ Gordon E. Gouveia

# Mailing Information for a Case 1:14-cv-07581

# Electronic Mail Notice List

- **Andrew Yahres Acker**
  andrew@srd-law.com,christen@srd-law.com,adurkin@srd-law.com
- **Sergio E. Acosta**
  sacosta@hinshawlaw.com,amedina@hinshawlaw.com,courtfiling@hinshawlaw.com
- **Terence G. Banich**
  tbanich@shawfishman.com,kbobb@shawfishman.com
- **Virginia Brette Bensinger**
  bbensinger@hinshawlaw.com,courtfiling@hinshawlaw.com
- **Laura Elizabeth Caplin**
  lauracaplin28@gmail.com
- **City of Elmhurst, Interested Person**
  aacker@srd-law.com
- **Jonathan Hale Claydon**
  claydonj@gtlaw.com,CHILitDock@gtlaw.com,michalekm@gtlaw.com
- **ComNet Communications, LLC**
  info@comnetcomm.com
- **Brooke Elizabeth Conner**
  bconner@vedderprice.com,shampton@vedderprice.com, ,ecfdocket@vedderprice.com
- **Creative Pavers Installations, Inc.**
  william@charlesshawlaw.com
- **Gerald William Delaney**
  william@charlesshawlaw.com
- **Anthony Angelo DiMonte**
  anthony.dimonte@adlilaw.com,scott.bayer@adlilaw.com,litigation@adlilaw.com
- **Michael R. Dockterman**
  mdockterman@steptoe.com,aguinn@steptoe.com
- **Paul Joseph Ferak**
  FerakP@gtlaw.com,scavom@gtlaw.com, CHILitDock@gtlaw.com,MitchellK@gtlaw.com
- **Jeffrey Wayne Finke**
  jwfinke@mindspring.com

- **Kyle L Flynn**
  flynnk@gtlaw.com,torresa@gtlaw.com,CHILitDock@GTLAW.com
- **Ehren Michael Fournier**
  efournier@foley.com
- **Paul Thaddeus Fox**
  foxp@gtlaw.com,CHILitDock@gtlaw.com,mitchellk@gtlaw.com
- **Matthew Thomas Gensburg**
  mgensburg@dandgpc.com
- **Gordon Elliot Gouveia**
  ggouveia@shawfishman.com
- **Allen Jay Guon**
  aguon@shawfishman.com,cowens@shawfishman.com
- **Edward J. Halper**
  ehalper@shefskylaw.com,sfdocket@shefskylaw.com
- **Brian Hannon**
  bhannon@norgaardfirm.com
- **Harvard Savings Bank**
  ehalper@taftlaw.com
- **Timothy M. Herring**
  tmh@danburylaw.com
- **Anthony Gerard Hopp**
  ahopp@steptoe.com,kadelsbach@steptoe.com
- **Keith L. Hunt**
  khunt@huntassoclaw.com,nhoover@huntassoclaw.com,malarcon@huntassoclaw.com,bf
  aber@huntassoclaw.com
- **Steven R. Jakubowski**
  sjakubowski@rsplaw.com
- **Michael Joseph Kelly**
  michael.kelly@usdoj.gov,MRavelo@usa.doj.gov
- **Randall Marc Lending**
  rlending@vedderprice.com,ecfdocket@vedderprice.com,trobinson@vedderprice.com
- **J. Mark Lukanich**
  jmlukanich@mindspring.com
- **MSES, LLC**
  ecfnotices@hmblaw.com
- **Felicia Valerie Manno**
  mannof@gtlaw.com,chilitdock@gtlaw.com,mescom@gtlaw.com
- **Manno, Electric, Mechanical and General Contractors, Inc.**
  bhannon@norgaardfirm.com
- **Joseph M Mannon**
  ecfdocket@vedderprice.com,cthill@vedderprice.com
- **Master Tech Service, LLC**
  mark@mmcmillanlaw.com
- **Ward J. Mazzucco**
  wjm@danburylaw.com
- **William J. McKenna , Jr**
  wmckenna@foley.com

- **Mark A Mcmillan**
  mark@mmcmillanlaw.com
- **Sandra Dawn Mertens**
  smertens@dandgpc.com
- **Michael Anthony Nardella**
  mnardella@nardellalaw.com
- **NeJame Law, P.A.**
  mark@nejamelaw.com
- **Christopher Niewoehner**
  cniewoehner@steptoe.com
- **PMD Designs, LLC**
  william@charlesshawlaw.com
- **Christopher R. Parker**
  crparker@michaelbest.com,pguevara@michaelbest.com
- **Eric S. Rein**
  rrein@hmblaw.com,dzic@hmblaw.com,ECFNotices@hmblaw.com
- **Thomas A Sadaka**
  tom@sadakalaw.com,tsadaka@cfl.rr.com
- **Richard A. Saldinger**
  rsaldinger@shawfishman.com,msalazar@shawfishman.com
- **Michael Loren Shacter**
  MichaelS@esb-law.com,michaelshacter@gmail.com
- **Francis Sohn**
  fsohn@steptoe.com
- **Nidhi Srivastava**
  nsrivastava@taftlaw.com,sfdocket@shefskylaw.com
- **Peter G. Swan**
  peter@esb-law.com,michael@esb-law.com
- **William Martin Tasch**
  william.tasch@iladvocates.com,kyle@iladvocates.com
- **Sandra Jean Tatoian**
  statoian@mmrltd.com
- **Steven Bennett Towbin**
  stowbin@shawfishman.com,cknez@shawfishman.com
- **Daniel J. Vaccaro**
  djvaccaro@michaelbest.com,kjbrandt@michaelbest.com
- **James Constantine Vlahakis**
  jvlahakis@hinshawlaw.com,courtfiling@hinshawlaw.com
- **Kevin M. Wilemon**
  wilemon.kevin@dol.gov,Tyree.Vivian.K@dol.gov,sol-chi@dol.gov
- **James Donehoo Wilson**
  jwilson@shefskylaw.com,sfdocket@shefskylaw.com
- **Adam E Witkov**
  aewitkov@michaelbest.com,sllorenz@michaelbest.com
- **Richard Zachary Wolf**
  rwolf@hmblaw.com,ECFNotices@hmblaw.com

- **Joseph R. Zapata**
  jrzapata@nmmlaw.com
- **Leon Zelechowski**
  lzelech@comcast.net

## Manual Notice List (Via Email)

Patrick D. Cavanaugh
Tina Hughes
Greg Apathy
High Ridge Partners, Inc.
140 S. Dearborn St., Suite 420
Chicago, IL  60603
pcavanaugh@high-ridge.com
thughes@high-ridge.com
gapathy@high-ridge.com

Patrick J. King, Jr.
Assistant U.S. Attorney
U.S. Department of Justice
219 S. Dearborn St., Suite 500
Chicago, IL  60604
Patrick.king@usdoj.gov

Jonathan I. Katz
Office of Enforcement No. 1
U.S. Securities & Exchange Commission
175 W Jackson Blvd., Suite 900
Chicago, IL  60604
katzj@sec.gov

Eric Glazer
General Counsel
Janus Hotels & Resorts
2300 Corporate Blvd. NW, Suite 232
Boca Raton, FL  33431
eglazer@janushotels.com

Michael M. Nanosky, Receiver
President/CEO
Janus Hotels & Resorts
2300 Corporate Blvd. NW, Suite 232
Boca Raton, FL  33431
mnanosky@janushotels.com

Marshall Seeder
Tressler LLP
233 S. Wacker Dr., 22nd Fl.
Chicago, IL  60606
mseeder@tresslerllp.com

Donald J. Kreger
Ruth E. Krugly
Schiff Hardin LLP
233 S. Wacker Dr., Suite 6600
Chicago, IL  60606
dkreger@schiffhardin.com
rkrugly@schiffhardin.com

Todd James
Blackhawk Bank
tjames@blakhawkbank.com

Stephen J. Calvacca
NeJame Law
189 S. Orange Ave., Suite 1800
Orlando, FL  32801
stephen@nejamelaw.com

Chris Niewoehner
Steptoe & Johnson LLP
115 S. LaSalle St., Suite 3100
Chicago, IL  60603
cniewoehner@steptoe.com

Ian S. Landsberg
Ecoff Landsberg, LLP
280 S. Beverly Dr., Suite 504
Beverly Hills, CA  90212
ian@ecofflandsberg.com

Judith Held
SVP and General Counsel
STV Group
225 Park Avenue South
New York, NY 10003-1604
Judith.held@stvinc.com

Mark A. Scheffers
Chairman and CEO
Grand Ridge National Bank
401 S. Carlton Avenue
Wheaton, IL 60187
Mark.scheffers@GRNbank.com

Ralph Treccia
President – Winfield
Grand Ridge National Bank
27W111 Geneva Road
Winfield, IL 60190
Ralph.Treccia@GRNbank.com

Charles O. Miller, Jr.
CEO
Citizens Bank
301 North Rochester Street
P.O. Box 223
Mukwonago, WI 53149
cmiller@citizenbank.com

W. Scott Porterfield
Barack Ferrazanno Kirschbaum & Nagelberg LLP
200 West Madison Street, Suite 3900
Chicago, IL 60606
scott.porterfield@bfkn.com

Brian F. Avril
Encore Bank
bavril@encorebank.com

**Manual Notice List (Via Overnight Mail)**

Davenport Ventures II, LLC
c/o Ajay G. Patel, Registered Agent
44199 U.S. Highway 27 South
Davenport, FL 33897

Ajay G. Patel
8579 Geddes Loop
Orlando, FL 32836

Captain's Cay Hotel Davenport, LLC
c/o Niraj V. Patel, Registered Agent
44199 U.S. Highway 27 South
Davenport, FL 33897

Captain's Cay Hotel Davenport, LLC
c/o Niraj V. Patel, Registered Agent
44199 U.S. Highway 27 South
Davenport, FL 33837

Niraj V. Patel
5042 Calle Del Sol
Orlando, FL 32819

U.S. Small Business Administration
500 W. Madison, Suite 1150
Chicago, IL 60661
Attn: Kate R. O'Loughlin
Special Assistant U.S. Attorney