AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

PATRICK CAVANAUGH,

CASE NUMBER: 15-cv-10959

V.

ASSIGNED JUDGE: Honorable John Robert Blakey

DAVENPORT VENTURES II, LLC; CAPTAIN'S CAY HOTEL DAVENPORT, LLC; NIRAJ V. PATEL; AJAY G. PATEL; U.S. SMALL BUSINESS ADMINISTRATION; UNKNOWN OWNERS AND NON-RECORD CLAIMANTS,

DESIGNATED
MAGISTRATE JUDGE: Honorable Mary Rowland

TO: (Name and address of Defendant)

Ajay G. Patel
8579 Geddes Loop
Orlando, FL 32836

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Gordon E. Gouveia
Shaw Fishman Glantz & Towbin LLC
321 N. Clark Street, Suite 800
Chicago, IL 60654

an answer to the complaint which is herewith served upon you, _____21_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

THOMAS G. BRUTON, CLERK

(By) DEPUTY CLERK



December 11, 2015

DATE

## AFFIDAVIT OF SPECIAL PROCESS SERVER
### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS
### CASE NUMBER: 15-cv-10959
### PATRICK CAVANAUGH V. DAVENPORT VENTURES II, LLC

**Philip Dennington** being first duly sworn on oath deposes and states that he/she is over the age of 18 and not a party to and has no interest in this matter and that he/she attempted service of the following: **Summons & Complaint** to **Ajay G. Patel** located at **8579 Geddes Loop, Orlando, FL 32836** resulting in:

_____ Personal service on the defendant/respondent/witness on the ____ day of _____, 2016 at _____ .M.

__X__ Substitute service by leaving the documents with a resident over the age of 13 on the **8** day of **Jan**, 2016 at **9 40** a.M.
Name: **Marjolie Patel** Relationship: **co-resident**

__X__ After substitute service I mailed a copy of the listed documents, via regular mail to the subject on the **9** day of **Jan**, 2016

_____ Non-Service for the following reasons with the DATE and TIME of each attempt listed:

A description of the person with whom the documents were left is as follows:

Sex: **F**
Race: **Middle Eastern**
Age (approx.): **70**
Hair Color/Style: **Grey**
Height (approx.): **5'3**
Weight (approx.): **120**

Noticeable Features/Notes: _____

Signed and Sworn to before me
This **28** day of **Jan**, 2016.

_____
Notary Public

LAURE STEELE
MY COMMISSION #FF046041
EXPIRES September 15, 2017
(407) 398-0153   FloridaNotaryService.com

Served By: _____

Title _____

16-00410

Service was completed by an independent contractor retained by It's Your Serve, Inc.