

**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604
www.ilnd.uscourts.gov

## NOTIFICATION OF CHANGE OF ATTORNEY ADDRESS OR NAME

NOTE: The Northern District of Illinois is an electronic Court pursuant to General Order 14-0024. If you are not an electronic filer, visit our site at www.ilnd.uscourts.gov, E-Filing Info. or click this link for registration requirements http://www.ilnd.uscourts.gov/home/CMECF.aspx

Instructions: **In order to update your information**, complete this form and e-file it in each case you list below. Next, use the CM/ECF "Utilities" menu to update your address information in CM/ECF. Updating this information is critical. Instructions for this procedure can be found on the Court's website, select E-Filing Info, CM/ECF User Guide, "Managing Your CM/ECF Account." For assistance, please call the CM/ECF Help Desk at 312-582-8727.

NAME: Gordon E. Gouveia

FIRM: Fox Rothschild LLP

STREET ADDRESS: 321 N. Clark Street, Suite 800

CITY/STATE/ZIP: Chicago, IL 60654

PHONE NUMBER: (312) 541-0151

E-MAIL ADDRESS: ggouveia@foxrothschild.com

ARDC NUMBER (ILLINOIS STATE BAR MEMBERS): 6282986

If you have previously filed an appearance with this Court using a different name, enter that name: Shaw Fishman Glantz & Towbin LLC
List all active cases below in which you currently have an appearance on file.

| Case Number | Case Title | Assigned Judge |
|---|---|---|
| 1:14-cv-07581 | First Farmers Financial Litigation | Honorable John Robert Blakey |
| | | |
| | | |
| | | |
| | | |
| | | |

*/s/ Gordon E. G.*                                            06/22/18

Attorney Signature                                                  Date

updated 06/11/2015